```
 1                  IN THE UNITED STATES DISTRICT COURT
                          DISTRICT OF COLUMBIA
 2

 3   UNITED STATES OF AMERICA,     ) CIVIL NO.:
     et al.,                       ) 20-3010-APM
 4              Plaintiff,          )
          vs.                      )
 5                                 )
     GOOGLE, LLC,                  )
 6                                 ) May 7, 2025
                Defendant.         ) Washington, D.C.
 7   _____) Day 12 - Afternoon Session

 8
                  Transcript of Remedies Hearing Proceedings
 9                  Before the Honorable Amit P. Mehta
                       United States District Judge
10

11   APPEARANCES:

12   For DOJ PLAINTIFFS: David E. Dahlquist, Esquire
                         United States Department of Justice
13                       Antitrust Division
                         209 South LaSalle Street
14                       Suite 600
                         Chicago, IL 60604
15
                         Diana Arlen Aguilar Aldape, Esquire
16                       U.S. Department of Justice
                         450 Golden Gate Avenue
17                       Room 10-101
                         San Francisco, CA 94102
18
                         Sarah Bartels, Esquire
19                       U.S. Department of Justice
                         Antitrust Division
20                       450 Fifth Street, NW
                         Washington, DC 20530
21
                         Veronica N. Onyema, Esquire
22                       DOJ-CIV
                         450 E Street NW
23                       Suite 8714
                         Washington, DC 20530
24

25
```

APPEARANCES: (Cont'd)


For Plaintiff
State of Colorado:  Adam T. Severt, Esquire
                    Sara Trent, Esquire
                    Travis R. Chapman, Esquire
                    Ryan T. Karr, Esquire
                    R. Cameron Gower, Esquire
                    DOJ-ATR
                    Liberty Square Building
                    450 Fifth Street, NW
                    Suite 7106
                    Washington, DC 20530

                    Jonathan B. Sallet, Esquire
                    Colorado Department of Law
                    Consumer Protection Section,
                    Antitrust Unit
                    Ralph L. Carr Colorado Judicial
                    Center
                    1300 Broadway
                    Suite 7th Floor
                    Denver, CO 80203

                    Austin Ostiguy, Esquire
                    Tennessee Attorney General's Office
                    Consumer Protection Division
                    P.O. Box 20207
                    Nashville, TN 37202

                    Michael Schwartz, Esquire
                    Office of the New York State
                    Attorney General
                    Antitrust Bureau
                    28 Liberty Street
                    20th Floor
                    New York, NY 10005

3951

APPEARANCES: (Cont'd)


For Defendant
Google:              John E. Schmidtlein, Esquire
                     Graham Safty, Esquire
                     Kenneth C. Smurzynski, Esquire
                     Colette Connor, Esquire
                     Gloria K. Maier, Esquire
                     Williams & Connolly LLP
                     680 Maine Avenue, S.W.
                     Washington, DC 20024

                     Matthew L. McGinnis, Esquire
                     Ropes & Gray LLP
                     Prudential Tower
                     800 Boylston Street
                     Boston, MA 02199


Reported by:    Christine T. Asif, RPR, FCRR
                Federal Official Court Reporter
                333 Constitution Avenue, NW
                Washington, D.C. 20001
                (202) 354-3247


Proceedings recorded by machine shorthand; transcript produced
by computer-aided transcription

3952

1                              INDEX

2   Witness Name                                      Page

3   Sameer Samat

4       Direct Examination By Mr. Schmidtlien.................... 5

5       Cross-examination By Mr. Karr ........................... 29

6       Cross-examination By Mr. Sallet ......................... 56

7       Redirect Examination By Mr. Schmidtlien ................. 59

8   Dr. Lorin Moultrie Hitt

9       Voir Dire Examination By Mr. Smurzynski ................. 62

10      Direct Examination By Mr. Smurzynski .................... 67

11      Cross-examination By Mr. Dahlquist ...................... 132

12

13

14

15

16

17

18

19

20

21

22

23

24

25


            Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Samat

```
 1                    P R O C E E D I N G S
 2     (1:30 p.m.)
 3               THE COURT:  Come on back up, Mr. Samat.  Have a seat,
 4     and we'll continue with the examination.
 5               DIRECT EXAMINATION (Con't)
 6     BY MR. SCHMIDTLIEN:
 7     Q.  All right.  Mr. Samat, I want to switch topics again and
 8     talk about hot word functionality.
 9     A.  Yes.
10     Q.  Can you describe for the Court what a hot word is?
11     A.  Sure.  A hot word is, I guess, an industry term.  It means
12     a trigger word that a device would listen for to respond in a
13     certain way, maybe opening up an application or performing some
14     other action.
15     Q.  How does a mobile device become hot-word enabled?  Just
16     give us the high-level engineering here, if you can.
17     A.  Yeah, of course.  At a high level, the appropriate way to
18     do this is to use a special chip on the mobile device called a
19     digital signal processor, or DSP.  And the DSP is a chip that
20     is able to run in a very low power state, and it can be made to
21     listen for a word, an utterance, if you will, like "Google" or
22     something else, and then it can alert the operating system or
23     an application that it has heard that word, and you can then go
24     from there.
25     Q.  Who decides whether to enable a hot word, like "Hey,
```

Direct Examination - Samat

1    Google," on a device?

2    **A.**  To enable a hot word to run on top of the DSP is really a

3    decision made by the OEM, or the device maker.

4    **Q.**  Can Google enable hot words for Google apps, like the

5    Gemini assistant, through Google's design of the Android

6    operating system?

7    **A.**  There's nothing in the Android operating system that gives

8    Google a unique ability to enable a hot word.  Google would

9    need to work -- to run a hot word on it -- to make a DSP on a

10   device able to recognize a hot word, Google would need to work

11   with the device maker, just like everyone else.

12   **Q.**  Can third-party assistants be activated with a hot word on

13   Android devices?

14   **A.**  They can and -- they can and they are.  We usually --

15   again -- again, the way that works is that the assistant maker

16   would work with the device manufacturer to enable their hot

17   word on their DS -- on that DSP.

18   **Q.**  Can an Android device have multiple hot words enabled for

19   different assistants?

20   **A.**  It can.  Usually, the DSP can support a certain number of

21   hot words.  It depends on the memory in the DSP.  Some DSPs

22   have enough memory to support multiple at once, some can only

23   support one at once.  And then what would happen is depending

24   on which assistant you wanted to use, for example, that -- the

25   DSP would be told to activate one hot word or another.

Direct Examination - Samat

1    **Q.**  And are there examples of OEMs building devices with

2    multiple hot words enabled?

3    **A.**  One historical example is Samsung.  With their devices,

4    they had a "Hey, Bixby" hot word as well as a "Hey, Google" hot

5    word.

6    **Q.**  Okay.  I want to switch gears again.  I want to talk about

7    AI Core.  What is AI Core?

8            THE COURT:  Just want to interrupt.  Similar question

9    I asked you before lunch, are you aware of any OEMs that have

10   struck deals with either non-Google search engines or AI

11   companies to install a hot word to trigger a search

12   functionality?

13           THE WITNESS:  I mentioned the Motorola Razr

14   previously.  I don't know if the Motorola Razr -- they didn't

15   announce whether they're using a hot word or not, but they

16   could have done that together.  That would certainly be one.  I

17   mentioned Samsung before, with Bixby, has been doing that.  As

18   I mentioned, I think, earlier, previously, Amazon used to make

19   devices that I knew -- that I know would respond to the "Hey,

20   Alexa" hot word as well.

21           THE COURT:  Okay.  Any other examples?

22           THE WITNESS:  Not off the top of my head, but I'm

23   sure there are others.

24           THE COURT:  All right.  Thank you.

25   **Q.**  (BY MR. SCHMIDTLIEN)  What is AI Core?

Direct Examination - Samat

1    **A.**   AI Core is a software module made by Google, which enables

2    developers to utilize Google's on-device large language model

3    called Gemini Nano.  So it provides a set of APIs for

4    developers to use Gemini Nano.

5    **Q.**   And what is the difference between an on-device and

6    off-device AI model?

7    **A.**   Yeah, that's a good question.  So a -- a model to provide

8    generative AI services could be run on a server somewhere, or

9    it could be run locally on the device itself.

10       And so when we say "on-device," it means that the request

11   being made to -- for generative AI to that model -- in this

12   case I was referring to Gemini Nano, which is a model from

13   Google that runs on-device -- are happening all -- the

14   processing for that is happening all on that device and not

15   going to the cloud at all.

16   **Q.**   Does the Gemini app call on the Gemini Nano model?

17   **A.**   The Gemini app, or also known as the Gemini assistant, does

18   not use the Gemini Nano or on-device models.  It is purely

19   cloud-based today.

20   **Q.**   At the time that Google released AI Core and the Gemini

21   Nano on-device model, were there other competing on-device

22   models?

23   **A.**   I don't believe so.  I think we were first to do that.  But

24   there certainly are now other models from other companies that

25   run on-device.

Direct Examination - Samat

1    **Q.**  What are the advantages of on-device AI?

2    **A.**  Well, there can be several advantages.  For particular use

3    cases or problems that an app developer may be trying to solve,

4    two that are commonly talked about are privacy and latency.

5         So let me give a couple examples of privacy -- or an

6    example of privacy.  There's a feature that we have on Android

7    to help detect whether or not the phone call you're on right

8    now is somebody trying to scam you.  And that is made possible

9    by Gemini Nano running on the device and the dialer application

10   talking to Gemini Nano and sharing the voice of what's

11   happening on the call.

12        Now, that's a very private thing, your conversation with

13   someone, so you would want it to be done on that device, never

14   leaving your device.  And that model can determine:  Wait a

15   minute, this call seems pretty suspicious.  They're asking you

16   for information that really people don't ask you for on the

17   phone.  And it flashes a warning that says this is a possible

18   fraudulent call.  So that's an example of privacy.

19        An example of latency might be maybe your network

20   connection is really, really slow or maybe nonexistent at that

21   moment, and you want to summarize a document that you're

22   looking at, but you're on a plane or you're -- just your

23   network is a little bit flaky at that moment.  That task could

24   be done on the device and the results given to you without

25   having to use a model in the cloud.

Direct Examination - Samat

1   **Q.**  Can you just describe in general how much effort went into

2   developing an on-device generative AI system?

3   **A.**  Yeah, it was a pretty significant effort.  There's really a

4   couple parts that I could talk about briefly.  First is the

5   development of the model itself, which was done by the Google

6   deep mine team.  And it's really taking what previously was a

7   model that could only run on a server, billions of parameters,

8   and figuring out how to distill it or condense it, if you will,

9   so it was still pretty smart, but able to run on a device that

10  is not a server and obviously has much -- much less

11  computational power.  So that process was challenging and a lot

12  of, you know, new science.

13       The other part of new science that was involved was

14  figuring out how to get that model to run efficiently.  When I

15  say "efficiently," I mean quickly and without draining the

16  battery of the device in a massive way, figuring out how to do

17  that on the different chips that are available in the Android

18  that device makers use when they build Android phones, because

19  it's not one chip like with Apple.  It's many different chips

20  that could be chosen.  Each one has a different architecture.

21       And so figuring out how to make the model run really

22  efficiently on those different architectures was a challenge

23  and is all pretty much new science, and we're still learning a

24  heck of a lot about it and will take us some time before we can

25  really claim that we're good at it.

Direct Examination - Samat

1    **Q.**  Has AI Core tried to solve some of those problems?

2    **A.**  AI Core has tried to -- we've tried to optimize the way our

3    model runs on these different chips.  And that's been a big

4    part of our effort, and that's been a challenge.  I mean, we've

5    been working with different chip manufacturers.

6          The way I can best describe this is every chip is kind of

7    like a calculator, and every calculator might be a little bit

8    different, might have different buttons on it.  And then the

9    model expects to do certain mathematical operations, but

10   everybody's calculator is a little bit different.

11         And so figuring out how to make sure that the model runs

12   well on all these different calculators is, it turns out, a

13   pretty big task.  The tools to do this -- the testing; the

14   environment to make that happen, it was taking us almost a year

15   to take a new model that we would develop from the Google deep

16   mine team and then get it to run efficiently on these devices.

17   We're now down to months, not a year, but we still have a long

18   way to go before I can say we're super proficient at this.

19   **Q.**  If AI Core and Gemini Nano are loaded on a smartphone, can

20   other models from other generative AI companies also be loaded

21   on the device?

22   **A.**  They can and they are.

23   **Q.**  Can you give us some examples?

24   **A.**  Sure.  Well, for example, with the -- with Samsung's

25   devices, the Galaxy devices that are -- that are their highest

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Samat

1    end devices that are capable of running on-device models, they

2    have also -- they have loaded Gemini Nano on those devices, but

3    they have also loaded their own proprietary model called Gauss.

4         In addition, Motorola, I believe, just announced that they

5    have Meta's Llama 3 model running on their latest Motorola Razr

6    device as well.  So those are two examples.

7         THE COURT:  Sorry to interrupt.  Can you just explain

8    to me how AI Core ends up on a device?  Is it hardware?  Is it

9    downloaded software?

10        THE WITNESS:  Yeah, that's a good question.  So it

11   can end up in a device -- on a device in a couple of different

12   ways.  The way that -- one way is for it to be preloaded onto

13   the device at the time that it is built in the factory, just

14   like other software applications might be preloaded.  It could

15   technically be downloaded as well when it was needed.  However,

16   I don't believe we've deployed it in that fashion.  But there's

17   nothing technically that stops it from being downloaded in that

18   way.

19        THE COURT:  So right now it has to be preloaded on a

20   device?

21        THE WITNESS:  It doesn't have to be preloaded, but

22   that is the way we have deployed it.

23        THE COURT:  Okay.

24        THE WITNESS:  I don't recall -- it's pretty new, so

25   we haven't deployed it in that many places either, but where we

Direct Examination - Samat

1    have deployed it, it has been preloaded.  It is a -- what we

2    call an APK, which is essentially the definition of that is

3    just an app.  So it could be downloaded as well, but we haven't

4    deployed it in that way yet.

5            THE COURT:  And the preloading agreement is with

6    whom?

7            THE WITNESS:  The preloading agreement is between

8    Google and the O- -- and the device manufacturer.

9            THE COURT:  The OEM?

10           THE WITNESS:  Yes.

11           THE COURT:  Thank you.

12           MR. SCHMIDTLIEN:  Can you put up the next slide.

13   **Q.**  (BY MR. SCHMIDTLIEN)  Now, Mr. Samat, this was a slide that

14   one of plaintiff's experts, Professor Mickens, used during his

15   testimony in this case.  And I believe his testimony was, was

16   that he had gotten this from an internal Google document.  Can

17   you describe what's on this slide?

18   **A.**  Sure.  So this slide depicts two things.  On the left-hand

19   side, it depicts a box which is labeled Android app.  Imagine

20   that's like Netflix or Spotify or any app that wanted to use

21   on-device AI services.

22       The blue box inside it is the Google AI Edge SDK.  It's a

23   very fancy way of saying the software APIs to be able to access

24   Google's on-device model.  So you can see that box is inside

25   that application, so that would be inside Spotify or something

Direct Examination - Samat

1    like that.

2         And then the arrow depicts basically an API call that's

3    being made to this other box which is labeled AI Core.  And AI

4    Core has a set of APIs which allow the calling application to

5    access the -- to make requests of Gemini Nano that is running

6    on the device.

7         So maybe, for example, an example request might be, "Could

8    you generate me a playlist from everyone who won a grammy this

9    year?"  Okay.  That could be an example.  And the model could

10   go and figure that out and come up with a playlist.

11        The model -- the last arrow here is to this box below

12   called TPU and NPU.  And what that is depicting is that Gemini

13   Nano is the model, but it needs to run in an accelerated way,

14   meaning you take advantage of very specific hardware on this

15   device called the TPU or NPU, neural processing unit, which is

16   capable of executing the math that large language models need

17   at low power and very quickly.

18   **Q.**  And what do TPU and NPU stand for?

19   **A.**  TPU is tensor processing unit, and NPU is neural processing

20   unit.

21        Taking a step back for a minute, These are specific chips

22   that are included in high-end devices today that are capable of

23   doing the math that neural networks need, which is how large

24   language models work, doing the math that these neural networks

25   need for inference, meaning answering a question, if you will,

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Samat

1    in a very low power and quick way.

2         If you didn't have a TPU or NPU on the device, you might

3    be using the CPU, which can also do the math, but it turns out

4    at much higher cost to the battery and much more slowly.

5    **Q.**  And I believe you just testified here just a few moments

6    ago about the work that AI Core or Google did with AI Core to

7    optimize for TPUs and NPUs.  Is that also part of this

8    diagram?

9    **A.**  Yeah, it's not -- it's maybe not depicted here.  The amount

10   of work is not depicted here.

11        But just to understand, the TPU/NPU box, that would be a

12   different TPU or NPU depending on who made the chip that this

13   phone is built on top of.  So there are many different

14   providers of those chips:  Qualcom, MediaTek.  Google makes a

15   chip calls Tensor.  Samsung makes a chip from their subsidiary,

16   Samsung SLI.  Each of those different chip manufacturers has a

17   different NPU architecture or capability.

18        As I said before, it's kind of like thinking about a

19   calculator.  So everybody's calculator might work a little bit

20   differently, may be better at some things, not as good at some

21   things.  And so it's really a careful dance in figuring out how

22   to get your model to use that calculator in the best way.

23   Sometimes that can mean, hey, we've got to make changes to the

24   model.  Sometimes it may mean we have to push the buttons on

25   the calculator in a particular order.  Those kind of things.

Direct Examination - Samat

1      And so I'm obviously trivializing a bunch of work that

2   people have done, but at a high level, that's how it works.

3   **Q.**  And who decides how to architect a device with the TPU or

4   NPU?  Is that somebody like Google who's doing the model, or is

5   that the OEM?

6   **A.**  No, that's the OEM.  The OEM, the device manufacturer, will

7   select their -- in industry terms, their chip set that they

8   want to use, and they will do it from one of the set of chips

9   set manufacturers that's available.  And as a result, they will

10  have picked the CPU, the NPU, or the TPU.

11  **Q.**  Now, I'll represent to you Professor Mickens in this case

12  gave testimony to the effect that AI Core -- and based on this

13  diagram, that AI Core is the gatekeeper for access to the

14  TPU/NPU accelerator on Android devices.

15     Do you agree with that?

16  **A.**  I don't know his entire testimony, of course, but what you

17  just said I don't agree with.

18          MR. SCHMIDTLIEN:  Can you go to the next slide.

19  **Q.**  (BY MR. SCHMIDTLIEN)  Can you explain what's depicted on

20  this slide?

21  **A.**  Sure.  Well, the previous slide -- just to compare the two

22  briefly, the previous slide was a depiction of just AI Core

23  running on Android.  And of course, it's accurate, at a high

24  level, of course.  But it is perhaps incomplete.  It's not the

25  case that the presence of AI Core excludes other on-device

Direct Examination - Samat

1    models from running on these devices.

2        In fact, this diagram, which we -- which I put together,

3    helps explain that an Android app could have a selection of

4    different APIs or on-device model APIs it might choose to use.

5    I mentioned earlier that Samsung, for example, has a Gauss

6    model.  They call their model Gauss.  And it is already running

7    on their latest devices.

8        So an app developer could use Gauss, or it could use

9    Gemini Nano.  Both are present on the device, both are capable

10   of using the NPU to perform their function.  And then while I

11   haven't personally inspected the Motorola device from their

12   announcements that they made, they said that -- they announced

13   that they have the Llama 3 model from Meta also running on

14   their device, which would -- which is depicted here as another

15   example of a model that could be on the device.  And to run

16   Llama on the device effectively, you would, of course, need

17   access to the NPU.

18       So there's nothing about AI Core that prevents access to

19   the NPU for other models that may want to be on the device.

20   **Q.**  Is --

21           THE COURT:  I'm sorry, why don't you ask your

22   question, then I'll follow up.

23   **Q.**  (BY MR. SCHMIDTLIEN)  Is AI Core the only way to access a

24   device's NPU, CPU, or GPU?

25   **A.**  No.

Direct Examination - Samat

1    **Q.**  Does AI Core provide any special advantage with respect to

2    accessing a device's NPU, CPU, or GPU, that another model

3    couldn't, with work, gain access to?

4    **A.**  There's nothing we've done that others couldn't go do by

5    working with device makers and chip set providers themselves.

6    **Q.**  Is there anything particular about the manner in which

7    Google has architected, designed, and built the Android

8    operating system that gives AI Core some special access or

9    advantage to accessing a OEM's TPU or NPU accelerator?

10   **A.**  We have not architected it in a way that provides any

11   special capabilities.

12            THE COURT:  My question was going -- is as follows,

13   which is:  Is there a current capacity for a number of small

14   on-device models that can run on AI Core?  Is it more than two,

15   or is it right now maxed out at two?

16            THE WITNESS:  For how many models could run on a

17   device?

18            THE COURT:  Right.

19            THE WITNESS:  Okay.  Yeah, so a couple things.  One

20   is AI Core is kind of a container around Google's Gemini Nano

21   model.  Okay.  So it sits here, let's say.  And then your

22   question, I believe, is how many other things could sit next to

23   it.

24            THE COURT:  Right.  I'm sorry, I misspoke.

25            THE WITNESS:  Okay.  No, I just wanted to make sure

Direct Examination - Samat

1   so I give you the right answer.

2          THE COURT:  You're reformulating my query.

3          THE WITNESS:  16 years at Google, I guess I learned

4   to do that.

5          So I think it's actually a great question.  So the --

6   there's no limit, per se.  There's, like, no limit in the

7   operating system, per se.  But of course, just like any

8   software, you know, you have a certain amount of storage space,

9   and you have a certain amount of RAM.  So those are different

10  things.

11         Storage is like, you know, long-term storage, and

12  then RAM is like what the system is working with right now.  So

13  if you have apps open, that's in RAM.  And then if you have

14  just a bunch of apps installed, that's in storage.  But when

15  you tap on them, they go into RAM.  So you have those two

16  factors.  That's the same for any software.

17         So how many different models can exist kind of

18  depends on how big the models are.  I could say right now there

19  would be no problem on these premium devices having multiple

20  models on storage.  You know, they are -- they are large, but

21  games are large too.  I mean, there are other apps that take a

22  lot of space; they're not particularly bigger than some of the

23  most popular games.  So you could have many of them.

24         How many could be in RAM at the same time is a

25  function of the size of the model as well.  But practically

Direct Examination - Samat

1    speaking, what happens there, just like for apps, is when

2    you're using one, you have it in RAM, and then when you're not

3    using it, you swap it out and you swap the other one in.

4         So that's the way, I believe, that Samsung handles

5    Gemini Nano and Gauss.  So when an app calls for Nano, it loads

6    Nano.  When an app calls for Gauss, it loads Gauss.

7         THE COURT:  Are you aware of any devices that have

8    more than two on-device LLMs?

9         THE WITNESS:  It's pretty new science, so I think

10   we're just at the beginning.  I'm aware of Samsung having at

11   least two.  I haven't inspected the Motorola device.  They have

12   talked about their partnership with open -- or with Copilot,

13   Perplexity, and as well as Llama, but they highlighted Llama

14   being on their device.  Maybe they have others.  I'm not

15   sure.

16        THE COURT:  Thank you.

17   Q.  (BY MR. SCHMIDTLIEN)  Okay.  Switching topics again, I want

18   to go back to a question that His Honor asked -- had a

19   conversation about Moto- -- the new Motorola devices and this

20   launch of Moto AI.

21       Can you explain:  What is Moto AI, to your knowledge?

22   A.  Moto AI is a assistant, is a digital assistant built by

23   Motorola in concert with a number of other providers like

24   Perplexity and Copilot.

25   Q.  When did Moto AI first launch on a device?

Direct Examination - Samat

1   **A.**  They announced it, I believe, in April.  Middle of April.

2   And the new devices are shipping, I think, any day now.

3   **Q.**  And is there a particular device that was -- has been

4   highlighted as part of the launch of Moto AI?

5   **A.**  At their launch event, and in the press, they highlighted

6   the Motorola Razr as the device that they were -- that was the

7   device that they were launching.

8   **Q.**  And is that one of Motorola's high-end smart phones?

9   **A.**  It would be one of their flagship smart phones.

10  **Q.**  And I know you've made reference to this, but I just want

11  to make sure we're clear.  Are there other generative AI

12  providers that are powering Moto AI?

13  **A.**  From their material that they shared publicly, Perplexity

14  and Copilot are two that they referenced, as well as an

15  on-device model from Meta, the Llama 3 model.

16        MR. SCHMIDTLIEN:  Your Honor, may I approach?

17        THE COURT:  Uh-huh.

18        So just to be clear, to the extent that they partner

19  with Perplexity and Copilot, those are being run through

20  cloud-based models, to your knowledge?

21        THE WITNESS:  To my knowledge.  I don't know for

22  sure, Your Honor.  I would -- I would -- my guess is that those

23  are being run through the cloud.  And they have certain -- in

24  their press release, they talk about certain actions being

25  taken on-device via Llama 3.

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

3970
Direct Examination - Samat

1    **Q.**  (BY MR. SCHMIDTLIEN)  So, Mr. Samat, I've handed you up

2    some additional slides.  We've marked these as RDXD 31.001.

3              MR. SCHMIDTLIEN:  Can we put the first slide up.

4    **Q.**  (BY MR. SCHMIDTLIEN)  What is this first slide?

5    **A.**  This first slide is from an announcement that they -- that

6    Motorola made about their new Razr, and it announces Moto AI

7    and how they've partnered with a variety of different companies

8    to power it, including, as I mentioned earlier, Microsoft and

9    Perplexity and others.

10   **Q.**  And there's a reference to Google in this announcement.

11   Can you explain to the Court, how is Google a part of these new

12   Razr devices?

13   **A.**  Yeah.  So for the -- for Moto AI, Google is a part of

14   Moto AI because Motorola has chosen to use services from Google

15   Cloud to power parts of Moto AI.  So it's not an Android or

16   Google Search collaboration.  It's with the cloud team.

17   **Q.**  And does the -- does Google Cloud actually host some of

18   these other models?

19   **A.**  I'm not sure if Google Cloud hosts all of these other

20   models.  I know that Google Cloud will -- can host additional

21   models, but that's not my area of expertise.

22   **Q.**  Let's go to the next slide.  What does this slide depict?

23   **A.**  This is a further -- it's further down in their release

24   where there is a discussion about how Moto AI works and how

25   Perplexity is deeply integrated with Moto AI, and you can

1    access Perplexity really anywhere on the device through

2    Moto AI.

3    **Q.**  Let's go to the next slide.

4         MR. KARR:  Your Honor, I'm going to object to the

5    line of questioning as hearsay.  We've had some leeway on the

6    statements from Motorola, but these are out-of-court statements

7    by other party.

8         MR. SCHMIDTLIEN:  I think Mr. Samat has firsthand

9    knowledge of how this device operates.

10        THE COURT:  Well, I think it's less about that than

11   if this is coming from Motorola's web page.  I assume it's --

12   maybe we don't have a certification, per se, but is there any

13   reason that you question the authenticity and accuracy of any

14   of this?

15        MR. KARR:  This is the first we're seeing of it, Your

16   Honor.

17        THE COURT:  Okay.  All right.  Well, look, it's

18   certainly publicly available.  I don't think there's a hearsay

19   issue as such.  I think at a minimum, it's probably -- it's

20   arguably an online business record, seems to me, to some

21   extent.  So I'll go ahead and allow the questioning to

22   continue.

23   **Q.**  (BY MR. SCHMIDTLIEN)  Just so we're clear, Mr. Samat,

24   you're familiar with this launch?

25   **A.**  Yes.

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Samat

1  **Q.**  Are you not?

2  **A.**  I am.

3  **Q.**  Is Google Gemini also a part of the Motorola Razr phone?

4  **A.**  Yes, Google Gemini is also available on the Motorola

5  Razr.

6  **Q.**  Prior to the launch of this device, did Motorola make known

7  to Google that other products were going -- like these were

8  going to be on the device?

9  **A.**  Yes.

10 **Q.**  And was there a launch event that took place two weeks ago

11 for this device?

12 **A.**  There was.

13         THE COURT:  What's Gemini's role on the phone?

14         THE WITNESS:  So Gemini --

15         MR. SCHMIDTLIEN:  Objection, Your Honor.

16         THE WITNESS:  The Motorola Razr has multiple digital

17 assistants on it.  If you long-press the power button, you can

18 access Google Gemini.  There is a dedicated hardware button on

19 the other side, which, when you press it, brings up Moto AI as

20 a digital assistant.

21         And so both are active -- can be active at the same

22 time.  And when you bring up the Moto AI, you can access

23 Perplexity and Copilot and so forth.

24 **Q.**  (BY MR. SCHMIDTLIEN)  Let's go to the next slide.

25     You also made reference to Llama.  Is this the part of the

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1    press release where Motorola announces Llama's participation in

2    Moto AI?

3    **A.**   Yes.  I believe they're using Llama for on-device tasks

4    like summarizing your notifications and other such things.

5    These are just things that were listed in the press release.

6    **Q.**   Okay.

7         MR. SCHMIDTLIEN:  Can we go to the next slide.

8    **Q.**   (BY MR. SCHMIDTLIEN)  I think this is a little bit of what

9    you were trying to get into to explain to the Court.  Can you

10   take the Court through how this Moto AI key here is invoked and

11   operates?

12   **A.**   Yeah.  There is -- so this is the Motorola Razr.  And it is

13   a folding -- it's a flip phone, so this is what it looks like

14   in the opened position.  On the left-hand side of the device,

15   you will see a button.  That is, I think, called by Motorola

16   the Moto AI button.  When you press that button -- and you'll

17   see here that the user is browsing the BBC.  When you press

18   that button, Moto AI appears on top of whatever you're

19   browsing, just like any other assistant would.  And the top

20   action that you can take is to explore what you're looking at

21   with Perplexity.  And when you touch on that, Perplexity gives

22   you information about what you're looking at, and in this case,

23   it's Mount Fuji.

24   **Q.**   And are there other ways to invoke Moto AI in addition to

25   the button on the right side of the phone?

Direct Examination - Samat

 1    **A.**  Yeah, actually, Motorola created a number of different

 2    access points to Moto AI and described them in their launch

 3    event and their press release.  I believe we have those --

 4              MR. SCHMIDTLIEN:  Can we go to the next slide.

 5              THE WITNESS:  Next slide.

 6    **A.**  They created several access points.  One, on the left-hand

 7    side here, is a little icon that floats on your screen all the

 8    time.  So it's a software button.  It's not a hardware button,

 9    but it's a software button that is always present no matter

10    what screen of the phone you're looking at.  So you could have

11    your email open or you could be watching, you know, a

12    Commander's game or whatever, and you tap on it and you would

13    be able to invoke Moto AI.

14         In the center, what you see is the user swiping up.  When

15    you swipe up on Android, you go to what's called the All Apps

16    home.  And All Apps just means this is where you can find all

17    your apps.

18         At the bottom of All Apps, they have also added another

19    access point.  You can see it there labeled "ask" or "search."

20    You tap on that and you can access Moto AI and Perplexity or

21    Copilot that way as well.

22    **Q.**  And is the user of this device able to sort of pick which

23    AI provider they want to have as sort of a default within

24    Moto AI?

25    **A.**  Well, I think that Moto AI provides access to all these

Direct Examination - Samat

1    different AI providers.  In fact, it instructs you how it works

2    when you set up your phone.  I believe on the next slide we

3    have some depiction of that.

4         When you set up your phone, it walks you through what Moto

5    AI is, what it can do for you, and that you can take advantage

6    of it to use Perplexity or Copilot or, presumably, more, in the

7    future, different AI providers.

8              THE COURT:  So it's effectively, in this case,

9    providing sort of binary choice screen, if you will, between --

10             THE WITNESS:  Well, actually, Your Honor, the way I

11   understand it to work from their press material is that even

12   though there's this red box around this, that was a thing that

13   we added to this slide.  It's not actually a choice that the

14   user makes, because they have Perplexity performing certain

15   functions, and they have Copilot performing other functions.

16             THE COURT:  I see.

17             THE WITNESS:  Then also they have the ability --

18   again, this is from their launch event.  You could, if you --

19   when you hold the Moto AI button, it opens the microphone, and

20   so you can talk to it.  So you can say, you know, I'd like to

21   ask Perplexity this question or I'd like to ask Co-Pilot this

22   question.  So it gives the user the ability also at any given

23   point in time to direct.  So it's not an either/or choice.

24             THE COURT:  I see.  Okay.

25             THE WITNESS:  In the way they've architected it.

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Samat

1          MR. SCHMIDTLIEN:  All right.  We can take that down.

2     **Q.**  (BY MR. SCHMIDTLIEN)  Mr. Samat, the Court has heard some

3     testimony -- not a lot, but has heard some testimony about

4     Pixel.

5     **A.**  Uh-huh.

6     **Q.**  Can you just remind the Court what Google Pixel is?

7     **A.**  Google Pixel is a line of phones that are based on Android

8     but made by Google.

9     **Q.**  And does your group and Android ecosystems work with groups

10    at Google who manufacture the Pixel phones?

11    **A.**  We work with the hardware team for the Pixel just like we

12    work with other OEMs in the ecosystem like Samsung or

13    Motorola.

14    **Q.**  Do you have -- based on all that work with the Pixel team,

15    do you have an understanding of what Pixel users expect in

16    terms of the software that comes preloaded on Pixel devices?

17    **A.**  Yeah, we're on the ninth iteration of Pixel at the moment.

18    From the beginning, since Pixel 1, it has been -- the

19    proposition for the consumer has been the best Google

20    experience on a phone.  So users who are buying a Pixel are

21    often Google fans, and they want Google experiences very

22    prominently.

23    **Q.**  And do you have an understanding of whether that expected

24    Google experience would include software like Google Search,

25    Google Chrome, and Google Nano?

Cross-examination - Samat

1    **A.**  I think these are some of the reasons why people are buying

2    Pixels, is because they want to be using all of Google's

3    services.

4              MR. SCHMIDTLIEN:  Your Honor, at this time I would

5    ask to admit as demonstratives RDXD 30.001 and RDXD 31.001, and

6    with that, I will pass the witness.

7              THE COURT:  Okay.  So those will be admitted as

8    demonstratives.

9              (Exhibits RDXD 30.001 and RDXD 31.001 were

10   received.)

11             THE COURT:  And we'll hear now from DOJ counsel in

12   cross-examination.

13             MR. KARR:  Thank you, Your Honor.  Ryan Karr for the

14   United States.  May I proceed?

15             THE COURT:  Yes, you may.

16                     CROSS-EXAMINATION

17   BY MR. KARR:

18   **Q.**  It's good to see you again, Mr. Samat.

19   **A.**  You as well, Mr. Karr.

20   **Q.**  So a couple of quick questions to begin with.  The Motorola

21   phone that was the subject of the second demonstrative you

22   discussed with your counsel, that phone hasn't launched yet; is

23   that right?

24   **A.**  I believe it launches any day now.

25   **Q.**  You've never seen that phone?

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Cross-examination - Samat

1    **A.**  I have seen that phone.

2    **Q.**  Can a user buy that phone today, though?

3    **A.**  A use- -- I don't know exactly what their on-sale date is.

4    I think it's -- if it's not already on sale, it will be soon,

5    but I have -- they gave me one of their phones.

6    **Q.**  You also talked about, during your direct examination,

7    payments that Google makes to wireless carriers.  Do you recall

8    that testimony?

9    **A.**  Testimony that we just discussed with --

10   **Q.**  With your counsel.

11   **A.**  Yes.

12   **Q.**  Today, you would agree that Android's share of devices, as

13   compared to iPhones sold by wireless carriers, that share is

14   going down right now?

15   **A.**  Depends on the wireless carrier.  But in -- certainly,

16   there are instances where the share between iPhones and

17   Android, there are more iPhones being sold than Android phones

18   in certain cases, yes.

19   **Q.**  Let's talk about Circle to Search now.  Do you recall that

20   topic from your direct testimony?

21   **A.**  Yes.

22   **Q.**  You would agree that Google has deeply integrated Search

23   into the user experience of an Android phone using Circle to

24   Search?

25   **A.**  The function of Search is a big part of how I think we've

Cross-examination - Samat

1    innovated on Android, and we have made it possible to Circle to
2    Search from different places, as I was describing earlier.  I
3    think so much so that Apple is looking at copying that
4    feature.
5    **Q.**  And you've described that integration as a deep integration
6    directly into the user experience of an Android phone?
7    **A.**  I think that Search is definitely integrated with -- the
8    search capability is definitely integrated with Android, the
9    ability to search from anywhere on anything, yes.
10   **Q.**  And you talked about the two parts of Circle to Search
11   during your direct testimony, the search service and the user
12   interface.  Do you recall that?
13   **A.**  I do.
14   **Q.**  So the search service part, let's set that aside for a
15   second.
16       The user interface part, that code is a part of the
17   Android open-source project; right?
18   **A.**  Yeah, the code for actually invoking the circling?
19   **Q.**  Yeah, the code for actually invoking the circle is a part
20   of the Android open-source project?
21   **A.**  Yeah, at a high level, the code for being able to
22   long-press on the home button, or what we call the nav handle,
23   and for that to trigger an action like Circle to Search is part
24   of the Android open-source project, yes.
25   **Q.**  So I'd like to call up a slide from the demonstrative you

Cross-examination - Samat

1    used in the morning, first demonstrative.

2    **A.**  Sure.

3            MR. KARR:  Ms. Sullivan, could you pull up slide 12

4    of RDXD 30.

5    **Q.**  (BY MR. KARR)  Do you recall this slide, Mr. Samat?

6    **A.**  I do.

7    **Q.**  On what phone, that is available today, can a user access

8    the functionality displayed on this slide?

9    **A.**  I'm trying to think of a phone that you can't access it on.

10   I can't think of one.

11   **Q.**  So your testimony is that if I download Perplexity on any

12   Android device, I can receive the functionality that's depicted

13   on slide 12?

14   **A.**  I haven't personally tried it on every Android device, but

15   if the Android device is functioning the way that we built the

16   operating system to function, then if you set Perplexity as

17   your assistant, and the Perplexity app has the function in it

18   -- the version of the Perplexity app that you downloaded has

19   this function that I mentioned in it -- I think you should be

20   able to access it.  But I haven't tried it on every phone,

21   Mr. Karr.

22   **Q.**  The version of the Perplexity app that I can go to the app

23   store and download today, does that version of the Perplexity

24   app have this functionality?

25   **A.**  I believe so.

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Cross-examination - Samat

1    **Q.** You also talked a little bit about AI Core.  Do you recall
2    that?

3    **A.** I do.

4    **Q.** So AI Core, that allows both Google and third-party
5    developers to take advantage of on-device AI models; right?

6    **A.** Sorry, could you repeat the question?  Allows for
7    first-party develop- -- Google and third-party developers to
8    take advantage of -- I missed the last part.

9    **Q.** Yeah.  AI Core allows both Google and third-party
10   developers to take advantage of on-device models?

11   **A.** Ah, right.  So the last part, it allows them to take
12   advantage of Gemini Nano, Google's on-device model.

13   **Q.** Because today, the only on-device model that AI Core hosts
14   is Gemini Nano?

15   **A.** Well, AI Core was built to host Gemini Nano, and so it does
16   that.  There are -- as we discussed earlier, there are other
17   models that are available on devices that are -- that have APIs
18   provided by other model makers.

19   **Q.** But today, no other model maker's model can be put into
20   AI Core; correct?

21   **A.** Well, it wasn't designed to do that.  It was designed for
22   Google's model, for Gemini Nano.

23   **Q.** But just so I get a yes/no to my question, you cannot,
24   today, put another model maker's model into AI Core?

25   **A.** No, you cannot.

Cross-examination - Samat

1    **Q.**  And today, the features that AI Core and Gemini Nano power,
2    those don't require connection to the internet; correct?
3    **A.**  The features that AI Core powers -- I don't -- I don't know
4    all the features that AI Core is being used for.  What I can
5    say is that when Gemini Nano is asked to perform a function, it
6    is performing that function on the device.  Whether afterwards,
7    to provide the full feature -- whatever feature the developer
8    is planning -- they also have to do something else on the
9    internet, I can't exactly say.
10           THE COURT:  Sorry to interrupt.  Can you just refresh
11   my memory, and I think you answered -- I'm sure you answered
12   this previously.  Can you explain how AI Core ends up on a
13   device?
14           THE WITNESS:  Yes.  So AI Core could end up on a
15   device in a couple ways.  One is a hypothetical, because we
16   haven't done it yet.  The other is the -- it's very early with
17   AI Core, so it represents the way we've done it so far.  The
18   first way is you preload AI Core on the device.
19           THE COURT:  Right.
20           THE WITNESS:  And that's the way we've done it thus
21   far.  There's another hypothetical way.  There's nothing
22   technically that stops AI Core from being able to be downloaded
23   on a device as -- when it was needed or what have you.  It is a
24   large model, so it would take time.  But other than that time,
25   nothing technically stops it.

 1              THE COURT:  And if AI Core exists preloaded on a

 2    device, another on-device LLM could also sit next to it?

 3              THE WITNESS:  It can and, in fact --

 4              THE COURT:  It does.  It does, on a few devices.

 5              THE WITNESS:  Yeah, on a few devices.

 6              THE COURT:  Thank you.

 7    **Q.**  (BY MR. KARR)  Mr. Samat, we talked about how AI Core works

 8    today.  Let's talk about how it might work in the future.

 9              MR. KARR:  Can I approach, Your Honor, with some

10    binders for the witness?

11              THE COURT:  Sure.

12              THE WITNESS:  Thank you.

13    **Q.**  (BY MR. KARR)  So, Mr. Samat, could you please turn in that

14    binder to the tab identified as PXR 0042.

15              MR. KARR:  And Ms. Sullivan will put it up on the

16    screen as well.

17              Your Honor, this document has already been admitted

18    into evidence.

19    **Q.**  (BY MR. KARR)  And, Mr. Samat, this is a presentation

20    titled "September gLeads Meeting, Platforms and Devices

21    Update."

22          Do you see that?

23    **A.**  I do.

24    **Q.**  And it's dated September 11, 2024, and lists you as one of

25    the presenters; correct?

Cross-examination - Samat

1    **A.**  Correct.

2    **Q.**  And you -- you actually presented this slide deck along

3    with Rick Osterloh; correct?

4    **A.**  I believe so.  I don't have any reason to believe I didn't.

5    I think so.

6    **Q.**  Mr. Osterloh -- he's the senior vice president of platforms

7    and devices?

8    **A.**  Yes.

9    **Q.**  And he's your boss?

10   **A.**  He is my boss.

11   **Q.**  And this slide deck was presented to gLeads, and they're

12   the most senior Google leaders, all of whom report to Google's

13   CEO; right?

14   **A.**  Correct.

15   **Q.**  So let's talk about a section of this deck in the middle.

16   If you go about 16 pages into the deck, Mr. Samat, to the page

17   ending with the Bates on the bottom right-hand corner 880?

18   **A.**  880?

19   **Q.**  Yeah.

20   **A.**  Okay.

21   **Q.**  And it will be on your screen or your binder, however you

22   prefer to follow along.

23   **A.**  Yeah, I see it.

24   **Q.**  So second section of this deck, Android AI strategy.

25        Do you see that?

Cross-examination - Samat

1    **A.**  I do.

2    **Q.**  So I just have a couple questions I want to ask about the

3    material that was a part of this section of the deck.  Let's go

4    another about 16 pages into the deck, within this section, to

5    the page ending in 896.

6    **A.**  Okay.

7    **Q.**  Do you see that?

8    **A.**  I do.

9    **Q.**  So this slide is titled "Solving Three Core Problems to Win

10   Developers Over."

11        Do you see that?

12   **A.**  I do.

13   **Q.**  And the problems the title referred to are what Google has

14   to do to win app developers over to use Gemini Nano, at a high

15   level?

16   **A.**  No.

17   **Q.**  How would you describe what these problems are?

18   **A.**  It's speaking about winning developers over from developing

19   for other operating systems, like IOS versus Android.

20   **Q.**  I appreciate the clarification.

21        Let's look at the third problem on the slide.

22   **A.**  Uh-huh.

23   **Q.**  That problem reads "Making our solution available

24   cross-platform."

25        Do you see that?

Cross-examination - Samat

1    **A.**  I do.

2    **Q.**  And you agree, that's a problem Google has to solve to win

3    developers over to the Android platform?

4    **A.**  I think it's certainly a part of what developers would

5    appreciate, is if they -- when they develop, you know -- an

6    intuitive thing might be make it really easy to do things on

7    just your platform, but it turns out that developers really

8    want the lowest cost to develop across multiple platforms.  So

9    sometimes it's best to have one solution that works across

10   multiple different platforms, including the iPhone.

11   **Q.**  So let's look --

12          THE COURT:  I'm sorry, just -- the platform here

13   means OS?

14          THE WITNESS:  Yes, I think so.  I haven't read -- I

15   would have to refresh my memory on the whole deck, but I take

16   it to mean OS.

17   **Q.**  (BY MR. KARR)  So let's look at the slide in the deck that

18   discusses this problem.

19   **A.**  Okay.

20   **Q.**  That is the page ending in 900.  It's about four pages

21   later in your copy, Mr. Samat.

22   **A.**  Sure.

23   **Q.**  Are you there?

24   **A.**  I am.

25   **Q.**  So this slide is titled "Introducing a Hybrid Approach,"

Cross-examination - Samat

1    then after "Hybrid," in parentheses "(On-device and Cloud)."

2        Do you see that?

3    **A.**  I do.

4    **Q.**  Would you agree that this slide generally describes a way

5    that Google is trying to solve that third core problem we were

6    just looking at?

7    **A.**  It does try to describe a possible solution at that time to

8    this problem, although I will also note that we haven't figured

9    out how to do this yet technically.

10   **Q.**  Just so we're clear, the time you presented this deck, that

11   was September 2024?

12   **A.**  That's right.

13   **Q.**  "On-device," in the title here, that's referring to Gemini

14   Nano; right?

15   **A.**  Yes, I assume it's referring to Gemini Nano.

16       MR. KARR:  So, Ms. Sullivan, could you please zoom in

17   on the first paragraph on the right-hand side, please.

18   **Q.**  (BY MR. KARR)  So I want to ask you about this section of

19   this slide, Mr. Samat.  This paragraph reads "This dynamically

20   routes traffic between on-device and server, where the

21   on-device model decides if it can serve the request."

22       Do you see that?

23   **A.**  I do.

24   **Q.**  So I just want to make sure we understand what that text

25   means.  You would agree that this language suggests that when

Cross-examination - Samat

1  an on-device model receives a prompt, under this proposed

2  solution, it has two options it can choose from; right?

3  **A.**  It could try to answer the question itself, I think is what

4  it means, or it could say, "I can't answer that question; I'm

5  not smart enough; I don't have the information to answer that

6  question as a model," and, instead, "Would you like to have

7  this answered by the cloud model?"

8  **Q.**  So you've previewed -- you forecast my next question.  So

9  one option is the on-device model can decide, "I can answer

10  this; I'm going to answer it"; correct?

11  **A.**  This -- yes, in the simplest form, the on-device model

12  could simply say, "I don't know how to do that; would you like

13  to go to the cloud?"

14       What the rest of this presentation presents is a

15  theoretical, more elegant solution for that, which is quite

16  technical, which I'm happy to get into, but we haven't realized

17  it technically yet.

18  **Q.**  I will spare us all the expertise that would certainly go

19  through my head.

20       But at a high level, if the on-device model doesn't serve

21  it, the request would go to a cloud-based version of Gemini,

22  and that version would respond to a request; right?

23  **A.**  Conceptually.

24  **Q.**  And if the request went to the cloud-based model, the

25  cloud-based model would have access to the internet in order to

Cross-examination - Samat

1    respond to the request; right?

2    **A.**  Potentially.  Just because the model's in the cloud doesn't

3    mean it necessarily has access to everything on the internet.

4    **Q.**  So the on-device model potentially could have access to the

5    ability to use retrieval-augmented generation; right?

6    **A.**  So could the local model though, right.

7    **Q.**  And the cloud model, could it also have access to grounding

8    using search results, potentially?

9    **A.**  I mean, all these are hypotheticals, but sure.

10   **Q.**  All right.  You can set that document aside.

11   **A.**  Okay.

12   **Q.**  You talked about Chrome OS briefly on your direct.  Do you

13   recall that?

14   **A.**  I do.

15   **Q.**  You're responsible for product management, design, and

16   engineering of Chrome OS?

17   **A.**  I am.

18   **Q.**  And you talked about Google is building a new version of

19   Chrome OS based on Android; right?

20   **A.**  Yes.

21   **Q.**  That's Project Aluminium?

22   **A.**  Yes.

23   **Q.**  I learned the British pronunciation.

24   **A.**  I'm still getting used to it.

25   **Q.**  So I just want to ask a couple of questions on that.

Cross-examination - Samat

1    Google plans to launch Project Aluminium in 2026; correct?

2    **A.**  We hope so.  We're working hard on it.

3    **Q.**  And Project Aluminium, in your view, will help Google get

4    its Gemini-powered tools and features to Chrome OS users

5    faster; correct?

6    **A.**  I think it will do a number of things to help us speed up

7    our development.

8    **Q.**  And one of the things it will help you do to speed up your

9    development is get Google's Gemini-powered tools and features

10   to Chrome OS users faster?

11   **A.**  What I would say is if we have built features on Android,

12   today, those features are not able to be run on Chrome OS

13   easily because Chrome OS is running a different underlying base

14   operating system.  That isn't just for Gemini features, that's

15   for any feature.

16       So there are many, many reasons why it makes sense to have

17   one operating system if you want to leverage your -- the

18   engineering work in ways that are, you know, lower cost for the

19   company.

20   **Q.**  So moving Chrome OS to be based on Android would help get

21   Gemini-powered tools and features to Chrome OS users faster?

22   **A.**  As I said before, it could help with a lot of tools,

23   getting them to be there faster and --

24   **Q.**  And Project Aluminium could also help get Gemini-powered

25   tools and features to Chrome OS users at scale; right?

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Cross-examination - Samat

1    **A.**  At -- I'm not sure what "at scale" refers to.

2    **Q.**  So, Mr. Samat, if you please turn to PXR 0372 in your

3    binder.

4            MR. KARR:  Your Honor, this is a document that is not

5    in evidence.

6    **A.**  372?

7    **Q.**  (BY MR. KARR)  That's correct.

8    **A.**  Okay.

9    **Q.**  And there's a heading -- this is an email that you wrote to

10   Rick Osterloh.  In that email is a paragraph that's headed

11   "Three better together."

12       Do you see that?

13   **A.**  Let me flip to No. 3.

14       I do see it.  I haven't read it yet, but yes, I do.

15   **Q.**  If you could just read, in particular, the one, two, three,

16   four, the fifth from the bottom lines up, those sentences, to

17   yourself, and let me know when you're done.

18   **A.**  Yes, I've read it.  Thank you.

19   **Q.**  You can set that aside.

20       So to just ask my question again, you would agree that

21   Chrome OS will allow Google to get its Gemini-powered tools and

22   features to Chrome OS at scale?

23   **A.**  In the laptop space, yes.

24   **Q.**  So I'd like to turn to another topic now, Mr. Samat, and

25   talk about how Android and Google Search relate to each other.

Cross-examination - Samat

1    **A.**  Okay.

2    **Q.**  The Android group you work for, would you call that a

3    product area or product group or something else?

4    **A.**  I'm sorry, Mr. Karr, could you just repeat it again?

5    **Q.**  Yeah.

6        So the Android project area's budget is something that you

7    are ultimately responsible for; right?

8    **A.**  Android is not a product area inside Google, which is I

9    think why it hit my ear a little bit wrong.  We're a team

10   inside a product -- inside Google, we have these things called

11   product areas which have a formal definition.  We're part of

12   the platform and devices product area.  So Android's a team.

13   Android ecosystem is a team inside that product area.

14   **Q.**  But the Android team has a budget, and you're ultimately

15   responsible for it; right?

16   **A.**  Yes.

17   **Q.**  And you review and argue for changes in the Android

18   budget?

19   **A.**  I do suggest changes to the Android budget, yes.

20   **Q.**  Your input into the Android budget includes defining what

21   you think the right strategy is?

22   **A.**  Yes.

23   **Q.**  And your input includes defining what you think resource --

24   or what resources you think are required to execute that

25   strategy?

Cross-examination - Samat

1   **A.**  Yes.

2   **Q.**  And you are accountable for the Android group's -- your

3   team's profit and loss statement; correct?

4   **A.**  I'm accountable for the budget we set, including the top

5   line and the bottom line, definitely.

6   **Q.**  And you would describe that budget as a management P&L?

7   **A.**  That's right.

8   **Q.**  And you are ultimately accountable for the Android

9   management P&L?

10  **A.**  Yeah, ensuring that we don't go over budget, those kinds of

11  things, yes.

12  **Q.**  So let's look at that budget for a second.

13  **A.**  Sure.

14          MR. KARR:  Ms. Sullivan, could you please pull up PXR

15  0162.

16  **Q.**  (BY MR. KARR)  It's also in your binder, Mr. Samat.

17          MR. KARR:  And, Your Honor, this document has already

18  been admitted into evidence.

19  **A.**  162?

20  **Q.**  (BY MR. KARR)  Yeah, we're going to start on the cover

21  page, Mr. Samat.

22  **A.**  Thank you.  Uh-huh.

23  **Q.**  Are you there?

24  **A.**  I am.

25  **Q.**  So this deck is entitled "P&D CFO Briefing Overview Deck."

Cross-examination - Samat

1          Do you see that?

2     **A.**  I do.

3     **Q.**  It's Products and Devices Chief Financial Officer

4     Overview?

5     **A.**  Yes.

6     **Q.**  And it's dated August 2024; correct?

7     **A.**  I see that.

8     **Q.**  We discussed this document in your deposition?

9     **A.**  I do remember that.

10    **Q.**  Google got a new CFO in 2024; right?

11    **A.**  We did.

12    **Q.**  And you have a partner in Google's finance organization

13    that you work with; right?

14    **A.**  Yes.

15    **Q.**  And you work with your finance partner on budget, hiring,

16    and revenue?

17    **A.**  Well, I work with Cristina Bita on a number of different

18    things, including budgeting and planning and all the things you

19    mentioned.

20    **Q.**  And Ms. Beede -- she prepared this deck; correct?

21    **A.**  I assume she prepared this deck.  I don't know --

22    **Q.**  The goal of this deck was to help explain platforms and

23    devices, the product group you work in, to Google's new CFO?

24    **A.**  I can imagine that was the goal of the deck.  I wasn't

25    there for the meeting, and I didn't see the deck before you

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1    showed it to me in our deposition together.  But I don't know

2    why she prepared it.

3    **Q.**  So we're going to look at just the portions that are

4    specific to your responsibility, Mr. Samat.

5    **A.**  Sure.

6    **Q.**  Can you please turn to the page ending in 871.  It's about

7    21 pages into your hard copy.

8    **A.**  Okay.

9    **Q.**  Let me know when you're there.

10   **A.**  Sure.

11        I'm at the slide.

12   **Q.**  So the middle column of this slide is titled "Indirect

13   Value."

14        Do you see that?

15   **A.**  I do.

16   **Q.**  Android is one of the items listed under that column;

17   correct?

18   **A.**  I do see that.

19   **Q.**  So Android generates indirect value for Google.  You'd

20   agree with that?

21   **A.**  If indirect value means there's value that's not directly

22   attributed to Android in the form of our strategy or other

23   elements, sure.  I don't know exactly what was meant by it in

24   this context.

25   **Q.**  And Google has calculated the indirect value in terms of

Cross-examination - Samat

1  dollars that Android has -- generates; correct?

2  **A.**  I think Google has tried to calculate that a few times

3  across the years.  I don't know of a regular calculation of

4  that that's done.

5  **Q.**  And you have personally seen calculations like that;

6  correct?

7  **A.**  At one time or another, those are passed by me, yes.

8  **Q.**  So let's look at those calculations, Mr. Samat.  Could you

9  please turn four pages further to the page ending in 875 of PXR

10  1062.

11      Are you there?

12  **A.**  I am, Mr. Karr.

13  **Q.**  So a lot of information on this slide is redacted,

14  Mr. Samat.  In your hard copy, it's in red boxes.  On the

15  screen, it's blacked out.  I'm not going to ask you to reveal

16  any of that, so please do not volunteer it.

17  **A.**  Okay.

18  **Q.**  But just the black box all the way on the far left of the

19  slide; do you see that?

20  **A.**  I do see it.

21  **Q.**  At a very high level, that contains a bar chart; correct?

22          THE COURT:  Contains a what?

23          MR. KARR:  A bar chart.

24          THE COURT:  A bar chart.  Okay.

25  **A.**  Yes, it contains a bar chart.

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Cross-examination - Samat

1    **Q.**  (BY MR. KARR)  I'm going to just ask you to identify some

2    things in the bar chart without revealing their specifics.

3        There's a number on the very top of the bar chart.  Do you

4    see that?

5    **A.**  I do.

6    **Q.**  So that number represents the total indirect value

7    channeled through Android smartphones in 2023; correct?

8    **A.**  I think it refers to the amount of revenue generated from

9    Google's services on Android smartphones.

10   **Q.**  And the title to this bar chart, that reads, "2023 Indirect

11   Revenue Channeled Through Android Smartphones by Category";

12   correct?

13   **A.**  I see the title, yes.

14   **Q.**  Okay.  If you look at the bottom part of the bar chart,

15   there's a chunk of that that's in blue that corresponds to

16   Search.

17       Do you see that?

18   **A.**  I do see the bottom of the bar chart, yes.

19   **Q.**  So the number in that blue box, that's the indirect revenue

20   channeled through Android smartphones attributable to Search;

21   correct?

22   **A.**  I think that's just the amount of revenue that happens when

23   people use Google Search on Android devices.

24   **Q.**  And above the blue box, there's a red box that corresponds

25   to Play.

Cross-examination - Samat

1    Do you see that?

2  **A.**  I do see that.

3  **Q.**  And the number in the red box, it's the indirect revenue,

4  Android revenue, that flows through Google Play; correct?

5  **A.**  Yeah, I'm a little confused by Christina's definitions in

6  here, but I see the box you're referencing, or the -- and it

7  seems to be talking about the amount of revenue from Google

8  Play.

9  **Q.**  You don't have any reason to doubt the accuracy of the

10  number depicted here?

11  **A.**  No, I don't have any reason to doubt the accuracy of the

12  number.

13  **Q.**  So looking to the right of the bar chart, there's a

14  paragraph that begins "Search constitutes."

15    Do you see that?

16  **A.**  I do see it.

17  **Q.**  So the first red box in that sentence, do you see that red

18  box?

19  **A.**  I do.

20  **Q.**  That red box describes the portion of Android's indirect

21  revenue that comes from Search; correct?

22  **A.**  That's what it -- that's what it says here.  Again, I view

23  this as how much Search revenue happens when people decide to

24  use Google Search on Android.

25  **Q.**  The second red box on that sentence, a few lines below,

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1    that describes the percentage of Android indirect platform

2    margin that comes from Search; correct?

3    **A.**  It says that.  I'm not clear what exactly was meant by

4    that.

5    **Q.**  You don't have any reason to doubt the accuracy of either

6    of those figures?

7    **A.**  I don't know how it's calculated, to be honest.

8    **Q.**  Let's turn ahead a few more pages, about 11 more, to the

9    page ending in 886.

10   **A.**  Okay.

11   **Q.**  Are you there?

12   **A.**  I am there.

13   **Q.**  So this slide generally describes Search ads on Android in

14   2023; correct?

15   **A.**  I think so.  I'm just absorbing it for a moment.

16       Okay.  Yes, I think so.

17   **Q.**  Again, same caution here with the red boxes.

18           MR. KARR:  Ms. Sullivan, could you please call out

19   the right-hand portion of the slide, please.

20   **Q.**  (BY MR. KARR)  So do you see the heading, "P&E P&L"?

21       Do you see that?

22   **A.**  I do see that.

23   **Q.**  So that stands for Platforms and Ecosystems Profit and

24   Loss?

25   **A.**  I assume so.

Cross-examination - Samat

1   **Q.**  And plat- -- you explained on your direct that Platforms

2   and Ecosystems was the predecessor product group to the one you

3   currently work for?

4   **A.**  That's correct.

5   **Q.**  So there's a number in a red box under that heading that --

6   and it's followed by B costs.

7       Do you see that?

8   **A.**  Yes.  Sorry.  Without revealing the number, yes.

9   **Q.**  And so what that represents is the number of billion

10  dollars of costs that Google attributes to Android?

11  **A.**  Well, maybe this is just the portion of Android that is

12  open -- the open-source Android platform.  But I don't believe

13  this includes all the other pieces that we've talked about

14  today, like Google Play services or the Play store, or all the

15  other verticals that make up Android, or all the services that

16  are provided by other teams around Google, like trust and

17  safety and so forth.  So I don't think this is the same kind of

18  thing we were talking about earlier today.

19  **Q.**  But would you agree that this does include the cost to

20  develop and support the Android operating system?

21  **A.**  I think it includes costs for a portion of what we would

22  consider the Android ecosystem, perhaps the open-source Android

23  project, although I don't -- I don't know this particular

24  number -- this particular number is not familiar to me in that

25  way.

Cross-examination - Samat

1   **Q.**  So, Mr. Samat, you explained earlier that you have

2   accountability for Android's P&L statement?

3   **A.**  Yes.

4   **Q.**  Do you have any reason to believe that the number here does

5   not accurately reflect the costs that you're accountable for?

6   **A.**  When I would talk about the full costs of what we're

7   accountable for, there are many things that I believe this

8   number leaves out, and many things beyond my team that we

9   depend on that this number also leaves out.  Again, I didn't

10  create this presentation, so --

11  **Q.**  Let's look at the left half of the slide for a second.

12          MR. KARR:  Ms. Sullivan, could you call that out,

13  please.  Thank you.

14  **Q.**  (BY MR. KARR)  So top left of the slide, there are two red

15  boxes.  Let's start with the bottom of those two.  The one that

16  reads "BTAC" after the red box.

17      Do you see that?

18  **A.**  Yes.

19  **Q.**  So the number there, that's the billions of dollars that

20  Google has paid to OEM and carrier distribution partners;

21  correct?

22  **A.**  That's what it says on the slide.

23  **Q.**  And those payments are almost entirely on Search;

24  correct?

25  **A.**  I believe so.

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Cross-examination - Samat

 1    **Q.**  Okay.  So let's look at the red box all the way at the top

 2    of the call-out that's on the screen right now that reads, red

 3    box, "B ads revenue."

 4         Do you see that?

 5    **A.**  Yes, I do see that.

 6    **Q.**  The number in that red box is the billions of dollars of

 7    Search ad revenues on Android smartphones?

 8    **A.**  Yes, that seems to be representing the dollars from the

 9    revenue from Search when people use Search on Android devices,

10    yes.

11    **Q.**  And all of the numbers in this deck, these were presented

12    to Google's new chief financial officer when she joined the

13    company?

14    **A.**  I don't know if the deck was presented.  I assume -- I

15    think you told me it was presented.  It's the first time I had

16    heard that, that it was presented to the new CFO.  But it could

17    have been.

18    **Q.**  Okay.  Couple of wrap-up questions, Mr. Samat.

19         You agree that a lot of Google Search happens on Android

20    devices?

21    **A.**  A lot of Google certainly happens on Android devices.

22    **Q.**  And you agree that distribution of Google Search is a

23    strategic part of why Android exists?

24    **A.**  I think the ability for Google to compete to have its

25    Search be accessible on -- and all of its services on mobile

Cross-examination - Samat

1    devices is a big reason Android exists.  If there was no

2    Android, there would only be one predominant mobile operating

3    system, and Google and many other companies may not have the

4    opportunity to compete for presence on those devices.  So it's

5    certainly a strategic part of how we think about Android.

6    **Q.**  And I guess just so I'm clear on what part of your answer

7    you're describing as the strategic part, I'll ask my question

8    again.

9        You'll agree that distribution of Google Search is a

10   strategic part of why Android exists?

11   **A.**  That's not why we started Android.  We started Android to

12   make sure that the ecosystem was open, that all -- that

13   we could -- we, certainly Google, we were self-interested, but

14   also other parties could participate in mobile.  And we didn't

15   think a single solution to that was a good idea.

16       So a lot of search happens on mobile.  We are chosen a lot

17   on mobile, and I think Android helps make that possible.  But

18   also for our other services, too, and other third-party

19   services.

20   **Q.**  So I just want to confirm your testimony, Mr. Samat.

21       Is it your testimony that distribution of Google Search is

22   not a strategic part of why Android exists?

23   **A.**  No, that's not my testimony.

24   **Q.**  So I guess -- so if you could answer my question.  I asked

25   you, distribution of Google Search, that's a strategic part of

Cross-examination - Samat

1    why Android exists.

2        A yes/no answer to that question is yes or no?

3    **A.**  I would say it certainly is a part but not the only

4    strategic part of why Android exists.  Android exists to make

5    sure there is -- as I said before, there is an open ecosystem

6    for being able to compete for open distribution of services.

7            MR. KARR:  Thank you, Mr. Samat.

8            Pass the witness, Your Honor.

9            THE COURT:  Mr. Sallet.

10                        CROSS-EXAMINATION

11   BY MR. SALLET:

12   **Q.**  Mr. Samat, I'm Jonathan Sallet, and I represent the State

13   of Colorado.  I just have a few questions.

14   **A.**  Of course.

15   **Q.**  Did you have a chance to review -- have you read the

16   plaintiff's revised proposed final judgment that was filed in

17   this action in March?

18   **A.**  I have read it, but I didn't read it in the last few days

19   or so.  I read it a while back.

20   **Q.**  Do you understand that there is no current request in front

21   of this Court that Android be now divested?

22   **A.**  You mean immediately divested?

23   **Q.**  Yes.

24   **A.**  I took that there was the possibility for Android to be

25   divested in the future.

Cross-examination - Samat

1   **Q.**  Yes.  And so to go through that, you know that right now,

2   we're not asking the judge to divest Android at this moment;

3   correct?

4   **A.**  On day one, if you will.

5   **Q.**  Correct.

6   **A.**  Yes, I understand that.

7   **Q.**  And you know that there's a section of the remedies

8   proposal, 5C, that's entitled "Contingent Structural Relief";

9   correct?

10  **A.**  Yes, I remember that.

11  **Q.**  And you know that if one were to look at that section, in

12  the first sentence there's language that describes

13  circumstances in which the Court may, M-A-Y, impose additional

14  structural relief, including the divestiture of Android;

15  correct?

16  **A.**  I don't remember that exact sentence, but I'll take your

17  word for it.

18  **Q.**  And if the Court may do something, then Google would have

19  an opportunity to address the Court at that time as to whether

20  divestiture was appropriate or not.  Is that your

21  understanding?

22  **A.**  Presumably, there would be a conversation about it with the

23  Court.

24  **Q.**  And then the next sentence, which speaks directly to the

25  question of Android divestiture, talks about what could happen

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Redirect Examination - Samat

1    at least five years after entry of this final judgment.  Do you

2    recall that?

3    **A.**  I remember five years, yes.

4    **Q.**  Right.  And in fact, since it's at least five years, such a

5    request for divestiture could come before this Court with

6    Google having an opportunity to respond five, six, seven, eight

7    years after the entry of final judgment; isn't that right?

8    **A.**  I don't have any reason to disagree with what you're

9    saying.

10                   MR. SALLET:  Thank you.  No more questions.

11                   THE COURT:  All right.  Thank you, Mr. Sallet.

12                   Mr. Schmidtlien, redirect?

13                         REDIRECT EXAMINATION

14    BY MR. SCHMIDTLIEN:

15    **Q.**  Mr. Samat, do you believe that putting a cloud over the

16    Android operating system through a potential contingent

17    divestiture five, six, seven, eight -- however many years

18    Mr. Sallet is imagining here -- would be a good thing for

19    Android?

20    **A.**  It's going to make Android -- it's going to put Android in

21    an extremely challenging position.  We have partners that

22    depend on the way Android works.  We have partners that depend

23    on building their entire business on top of this open-source

24    operating system and all the services that we have around it.

25    That kind of possibility may cause them to take other steps in

Redirect Examination - Samat

1    between, because they don't know what the outcome may look

2    like.  So I can see a lot of partners saying that they need to

3    do something else.

4    **Q.**  Counsel for the DOJ asked you some questions about indirect

5    revenues attributable to Android.  I'm not going to go back and

6    look at those individual pages, but were the numbers that were

7    red-boxed in those pages, both the costs and/or the revenues,

8    were those worldwide revenues or U.S. revenues?

9    **A.**  Those were worldwide numbers.

10   **Q.**  You were asked a question about the Circle to Search

11   functionality on Perplexity slide that we showed you, and some

12   question was raised about whether or not this was somehow

13   available on a device today.

14       Can you explain how this slide was actually made?

15   **A.**  Yeah, I --

16   **Q.**  What device did this come from?

17   **A.**  Well, I used my own personal Pixel 9 to generate this

18   slide.  And I also repeated the same screenshots on my

19   Galaxy S25.  And I also did it on my Motorola Razr.  Those were

20   all the devices I could find in my desk.

21           THE COURT:  And on his burner phone too.

22   **Q.**  (BY MR. SCHMIDTLIEN)  I'm not going to ask you how many

23   Android devices you own, Mr. Samat.

24   **A.**  Too many, according to my wife.

25   **Q.**  Last question, Mr. Samat.  You were asked some questions

Redirect Examination - Samat

1    about strategic reasons for the Android platform, and I believe

2    you gave -- you gave some testimony describing the Android

3    platform as being an open platform.  Would you consider the

4    Apple platform to be open?

5    **A.**  I think Apple's a great company.  I think they have a

6    different philosophy of how to build an operating system.  I

7    think it's well accepted and understood that Android is one of

8    the most open operating systems that's ever been created.  The

9    ability to switch out services, the ability to -- not only to

10   switch out services but to build services that access more of

11   the device.  There are some things that Apple is now doing to

12   open up IOS more.  I think many of those things are modeled

13   after Android.

14   **Q.**  Is the Android platform more open than, let's say, the

15   Windows platform?

16   **A.**  Yes, I believe so.

17           MR. SCHMIDTLIEN:  No further questions, Your Honor.

18           THE COURT:  All right.  Mr. Samat, thank you very

19   much for your time and testimony.

20           THE WITNESS:  Thank you, Your Honor.

21           THE COURT:  Safe travels home.

22           THE WITNESS:  Thank you, Your Honor.

23           THE COURT:  All right.  Mr. Schmidtlien, who do we

24   have next?

25           MR. SCHMIDTLIEN:  We have -- Google next calls

Voir Dire Examination - Hitt

 1    Professor Lorin Hitt.

 2              THE COURT:  All right.  Let's go ahead and call

 3    Professor Hitt.  Let's get him qualified and then we'll take

 4    our break after that.

 5              MR. SCHMIDTLIEN:  Thank you.

 6              THE CLERK:  Please remain standing and raise your

 7    right hand.

 8                        DR. LORIN MOULTRIE HITT,

 9    called as a witness, being first duly sworn, was examined and

10    testified as follows:

11              THE WITNESS:  I do.

12              THE CLERK:  Thank you.  Be seated.

13              THE COURT:  All right.  Professor Hitt, welcome.

14              THE WITNESS:  Thank you, Your Honor.

15              MS. CONNOR:  Good afternoon, Your Honor.  Ken

16    Smurzynski for Google.

17                        VOIR DIRE EXAMINATION

18    BY MR. SMURZYNSKI:

19    **Q.**  Please state your name.

20    **A.**  My name is Lorin Moultrie Hitt.

21    **Q.**  And have you prepared a demonstrative to assist us today

22    with the presentation?

23    **A.**  Yes, I have.

24    **Q.**  Okay.  We'll do that in a minute.

25              MR. SMURZYNSKI:  I understand Your Honor wants to do


                Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Voir Dire Examination - Hitt

1  qualifications first and then we'll take a break?

2          THE COURT:  Yeah, I just thought we could get the

3  preliminaries out of the way and then take our break, optimize

4  the rest of the day.

5          MS. CONNOR:  All right.  Why don't we do that then.

6  **Q.**  (BY MS. CONNOR)  Professor Hitt, what is your current

7  position?

8  **A.**  So I am a professor in the Operations, Information, and

9  Decisions department at the University of Pennsylvania Wharton

10  School.

11  **Q.**  And, Professor, can you please tell us the degrees you've

12  earned since high school?

13  **A.**  So I went to Brown, got my undergraduate degree in

14  electrical engineering.  Stayed on for another year, got my

15  master's degree in electrical engineering, focusing on

16  electronic materials, semiconductor physics.  Then I took

17  several years off to be a consultant, went back to MIT, got my

18  Ph.D. in management from MIT in the information systems

19  group.

20  **Q.**  And that group at MIT in which you got your Ph.D., could

21  you describe that for the Court?

22  **A.**  So that group is entirely focused on information technology

23  management, and it's divided into several segments.  The

24  subgroup I was involved in was focused on economic issues of

25  information technology.

Voir Dire Examination - Hitt

1    **Q.**  And what are your areas of specialization now teaching at

2    Wharton?

3    **A.**  So in terms of research, I'm teaching at the sort of upper

4    levels.  I focus on the economics of information and economics

5    of information technology.  I also teach a business analytics

6    and technology strategy as well.

7    **Q.**  And when you say "the economics of information technology,"

8    what does that mean?

9    **A.**  So most of that work is focused on -- a lot of my work has

10   been focused on the economic value of information technology,

11   so how organizations and consumers can use technology to create

12   value, thinking about the productivity of technology

13   investments, and how technology, for example, affects other

14   outcomes such as innovation.

15   **Q.**  Do you do research?

16   **A.**  Yes.  It's a big part of my day job.

17   **Q.**  Could you describe for the Court the areas that you do

18   research in?

19   **A.**  It's very similar to the areas in which I teach.  It's

20   focused very much on the economics of information technology.

21   I've done a lot of research on -- I describe it as the impact

22   of information technology on consumers, organizations, and

23   markets.  So thinking about how technology investments changes

24   the way people buy things, changes the way corporations

25   organize, and the ways in which companies can organize

Voir Dire Examination - Hitt

1    themselves or use technology to perform better across a wide

2    variety of dimensions.

3    **Q.** And in this research that you've done and published, has

4    any of it involved AI or machine learning?

5    **A.** Yes.  So we've been using AI-based tools since the

6    mid 2000s for doing large-scale data analytics.  More

7    specifically, I started working in analytics in the early

8    2010s, which included a bit of AI.  It wasn't a huge thing in

9    the broader business world then, but it's increased since then.

10   Starting in sort of late 2019 or so, we started doing more

11   research that was directly focused on AI and ML, and then more

12   recently, you know, thinking about applications of GenAI doing

13   our research as well.

14   **Q.** Could you please give us a rough estimate of how many times

15   your work has been cited?

16   **A.** I think, according to Google Scholar, which is the way that

17   everybody does it now, I think it's a little over 41,500 times,

18   to date.  Changes every day.

19   **Q.** And you mentioned earlier that you're a professor at

20   Wharton.  For how long have you taught at Wharton?

21   **A.** We're coming up on next year will be my 30th year.  So I

22   started my career there at 1996, and I've been there ever

23   since, minus a short stint teaching at MIT.

24   **Q.** Could you describe, in general terms, the courses that you

25   teach at Wharton?

Voir Dire Examination - Hitt

1   **A.**   So Wharton is a business school, so we teach business

2   courses, but that covers a wide span of things.  I teach

3   undergraduates, MBAs, and Ph.D. students.

4        For the undergraduates, I teach a combination of

5   technology strategy and data analytics.

6        For the MBAs, I've taught the technology strategy class

7   for many, many years, including we began actually incorporating

8   generative AI material in that.  I taught it shortly after

9   OpenAI showed up, so we started incorporating it then.

10       And then at the Ph.D. level, whenever we need to teach it

11  for our doctoral students who are working in these areas, I

12  teach that periodically.  And that's focused on, you know,

13  broader issues about economics of technology, and in

14  particular, in the last five or so years, it's increasingly

15  shifting over, so now about a third of the course is directly

16  about the economics of AI and ML.

17  **Q.**   Have you won any teaching awards?

18  **A.**   Yes.  So I've won the sort of general student vote teaching

19  awards about half the time I've been teaching.  I think

20  something like 13 of those I've won.  I also won the schoolwide

21  Hawk award, which is what they gave, I think, two of them to

22  all the faculty at Wharton.  I also won the universitywide

23  Lindback award, which I think goes to a handful of faculty

24  across the entire University of Pennsylvania.

25  **Q.**   Have you ever been qualified as an expert in federal

Direct Examination - Hitt

1    court?

2    **A.**  Yes, I have.

3           MS. CONNOR:  Your Honor, I ask that Dr. Hitt be

4    qualified as an expert in the economics of information and

5    information technology.

6           MR. DAHLQUIST:  No objection.

7           THE COURT:  All right.  So we'll recognize Dr. Hitt

8    as an expert in the economics of information and information

9    technology.

10          Dr. Hitt, now that you're qualified, we're going to

11   take a break.

12          So we'll resume -- it's just about 3:00 o'clock.

13   We'll resume at 3:15.

14          And, Dr. Hitt, I'll just ask you not to discuss your

15   testimony during the break.  See you shortly.

16          (A recess was taken from 2:58 to 3:17 p.m.)

17          THE COURT:  All right.  Mr. Smurzynski, whenever you

18   are ready.

19          MS. CONNOR:  Thank you, Your Honor.  Let me hand out

20   the demonstratives that -- and, Your Honor, for the record, the

21   demonstrative has been marked as RDXD-32.

22          And, Michelle, if you could advance the slides.

23   We've already seen and talked about this first slide, so we'll

24   go to slide 3, please.

25                          DIRECT EXAMINATION

Direct Examination - Hitt

1   BY MR. SMURZYNSKI:

2   **Q.**  Professor Hitt, what was your assignment in this matter?

3   **A.**  So, broadly, I was asked to do two things.  The first was

4   to look at the state of competition among firms in the GenAI

5   space, to think about competition, innovation, other economic

6   issues in that space.  And then the second is to, with that

7   backdrop, think about the implications of the remedies that

8   have been proposed and how that might affect competition or

9   innovation or other economic outcomes.

10          MR. SMURZYNSKI:  Michelle, if you could advance the

11   slide.

12   **Q.**  (BY MR. SMURZYNSKI)  At a high level, could you provide the

13   Court with a summary of the opinions you've reached?

14   **A.**  Sure.  So I think you can broadly break my report down into

15   four key areas.  The first area I considered is competition in

16   foundation models.  You know, it's the underlying models that

17   power GenAI.  I looked at the inputs to these models:  Things

18   like people, data, computational resources, to think about

19   whether that market is competitive and whether those resources

20   are available, as well as competition in the foundation model

21   space.  And in that, I find that to be highly competitive, and

22   that was one of the areas I considered.

23          Second is those foundation models then become part of

24   GenAI applications.  Those applications may be stand-alone

25   applications, like the ChatGPT app or the ChatGPT website.  It

Direct Examination - Hitt

1    might also be GenAI application where GenAI technology is

2    incorporated in some other product; for example, how Copilot

3    interacts with other Microsoft products.

4         So I looked at competition in that space and the extent to

5    which firms are able to effectively integrate their

6    technologies in downstream applications used by consumers and

7    to get those into consumers' hands.  And again, I found that

8    those capabilities -- that firms, many firms have the

9    capability to not only produce a good product but also to get

10   consumer adoption.

11        The third general area is focused on the economic concept

12   that GenAI is a general purpose technology.  I think there's an

13   emerging literature that's indicating it has those properties.

14   That means something very specific.  It's a technology that

15   develops very quickly, has a variety of applications, and

16   drives innovation in other industries as those applications are

17   being incorporated.

18        General purpose technologies are very important for

19   driving economic growth.  That's one aspect of it.  Then the

20   second aspect of it is to consider the specific relationship

21   between GenAI and Search, and in particular, whether or not

22   GenAI search is a search -- GenAI is a search access point, and

23   I conclude that it is not.

24        Fourth, I then look at the remedies, at least my

25   understanding of the remedies as a nonlawyer, to try to think

Direct Examination - Hitt

1    of, given the industry context in the jury of competition, are

2    these remedies addressing a competition problem and what might

3    the implications be of imposing these remedies in terms of

4    economic outcomes like the competition in the GenAI space or

5    innovation in the GenIA space.

6              MR. SMURZYNSKI:  All right.  Michelle, if you could

7    go forward.

8    **Q.**  (BY MR. SMURZYNSKI)  Then I want to start at the beginning

9    with opinion one:  "The foundational model space is highly

10   competitive."

11        Then if we go ahead to slide 6, Professor Hitt, how did

12   you go about assessing the competitiveness amongst foundation

13   models?

14   **A.**  Well, you can think about the process of producing GenAI

15   products, is you take some inputs that are unique to producing

16   an intermediate product, which would be the foundation model,

17   which is then incorporated in a final product, which is GenAI

18   applications.  I'm taking from this sort of value chain

19   analysis perspective, this --

20              (Stenographer clarification.)

21              THE WITNESS:  Sorry.  Fair enough.  Thank you.

22   **A.**  I'm taking from the perspective of sort of the business

23   analysis approach.  You know, value chain is a very common

24   approach used in strategy.  In fact, it's anchored on

25   underlying models of industrial organization and microeconomics

Direct Examination - Hitt

1    of competition.  So it's got an econ feel, but it's packaged in

2    a way that's intended to be useful for analyzing the structure

3    of industries.

4        On the left-hand side, I think about what are the types of

5    resources necessary to produce foundation models.  And you can

6    divide them into human capital, the people that produce these

7    models, to train these models, and provide the supporting

8    services to do so.  Computing resources, which is, you know,

9    this is a very compute-intense world.  In fact, the vast growth

10   in these models was in part driven by breakthroughs in

11   computing technology that made it possible to even, you know,

12   to do this at all.

13       And then finally, data.  I think there's been a lot of

14   discussion of data as a key input to producing these models

15   that basically use data to learn patterns.

16       I consider those three inputs and the degree of

17   competition there.  And then to the extent those markets tend

18   to be competitive, and with these resources available, you can

19   think about what the implications of that for the production of

20   foundation models.  So I consider the competition and the

21   production of those models as well.

22       And then finally, think about, you know, how those models

23   can be translated into GenAI applications.  Can people build

24   effective applications.  Are they able to get user acceptance

25   in those applications.

Direct Examination - Hitt

1          THE COURT:  And where do you include, if you do at
2     all, capital in here?  Maybe it's implicit in talent and
3     compute?
4          THE WITNESS:  I think that's -- I think that's right,
5     which is that you need capital to be able to hire the people
6     that will produce these models.  You need capital to pay for
7     the compute resources.  And to the extent you're using
8     proprietary or privately generated data, you need the capital
9     there.  This is a capital-intensive industry in the sense that
10    many of these things can be expensive.  I think a little bit
11    later on we'll talk about the fact that there's a lot of
12    capital here.
13         But I think that's right, that capital -- capital is
14    a resource, but I think of it as these are the sort of
15    individual things that you put into a production process and
16    then produce the foundation model.
17         THE COURT:  Thank you.
18         MS. CONNOR:  Michelle, if you go to the next slide.
19    **Q.**  (BY MR. SMURZYNSKI)  And, Professor Hitt, what did you find
20    with respect to the talent input?
21    **A.**  So like many technology industries, the talent is highly
22    mobile.  And that's important because, you know, the -- you
23    know, it is in part the mobility of talent that enables ideas
24    to move across companies and for the economy to move forward.
25         In this particular case, I was focused on talent because

Direct Examination - Hitt

1    to assess the degree to which, say, one firm could, you know,

2    have an advantage resulting from talent -- now, certainly,

3    hiring more effectively and picking good people is critically

4    important, but these folks are highly mobile.  They can go

5    where they can be attracted to other firms.  And this high

6    degree of mobility simply says that no particular firm can

7    horde the resources that are here.

8         And more specifically, you know, for example, Google --

9    people have gone to Google, worked there for a while, and then

10   been hired away by almost everybody else in the GenAI space,

11   including new entrants like OpenAI have hired from Google,

12   Microsoft, Apple as well.  And we have some specific examples

13   that are called out on the right-hand side.  They've hired from

14   the deep mine area, Google.  They've hired other talent there

15   as well.  A number of people have gone from the Gemini team to

16   OpenAI.

17        This high mobility of talent means that talent is

18   available in the market.  It's not necessarily inexpensive, but

19   certainly the talent is available for firms that have the

20   resources to be able to pay and accept these folks.

21             MR. SMURZYNSKI:  Michelle, if you go to the next

22   slide.

23   Q.  (BY MR. SMURZYNSKI)  Professor Hitt, what did you find with

24   respect to the compute input?

25   A.  So this is a compute-intensive activity.  And the ability

Direct Examination - Hitt

1    to train these models is critically dependant on the ability to

2    get sufficient compute resources.  As I mentioned before,

3    that's been one of the reasons why there's been this

4    acceleration in the industry, is because it's now become

5    possible to train models that would have been difficult to do

6    in prior generations of technology.

7        To get compute resources, there's sort of two ways you can

8    do it.  One way is you can essentially build your own.  You go

9    to Nvidia, you buy their GPUs or other technology that enable

10   compute acceleration combined with sort of general purpose

11   technology, computing technology into your data center, and you

12   can train it on your own infrastructure.  And some firms do.

13   Google does that, Microsoft does that, other firms have -- xAI

14   has been in the news because they built a couple of very large

15   data centers relatively quickly.

16       So one option to do is to get the AI chips, integrate them

17   in your own data centers, and provide the computing services

18   there.  The alternative is to purchase them from somebody else

19   who's chosen to do that.  So the cloud computing providers such

20   as Amazon, Microsoft.  Google is also in that space.  So is,

21   for example, IBM, Oracle, and other large firms.

22       In terms of thinking about AI chips, the sort of critical

23   resources are really the chips.  There we're in a world where

24   Nvidia is probably the largest provider.  I think they've been

25   in a good position because they've been a little bit ahead, and

Direct Examination - Hitt

1    demand has vastly outstripped supply in recent periods.  But

2    it's still a competitive industry in the sense that there's

3    been a lot of entry.  There's been a lot of companies who are

4    realizing that this is an attractive place to be.  So now you

5    have startup firms producing these chips.  You have large tech

6    firms, including Google, but also Amazon and Meta, building

7    their own chips to be used for training models.  So there's an

8    active entry and progress in this industry.  So it's

9    competitive in that sense, despite the fact that Nvidia is a

10   relatively large player right now.

11        There's also a separate market, in the sense for on-device

12   technology as well.  Google also participates there.  They make

13   an on-device chip for their Pixel phones.  But relative to all

14   the devices that are out there, Google has a very small share.

15        Net effect as well.  Google participates here.  Not in the

16   resale market of the chips themselves, but is a participant

17   here.  They're by no means dominant in the production of chips

18   and cannot limit other people from acquiring chips.

19        Similarly, in the cloud computing space, there's a number

20   of participants here.  Google has been active in cloud

21   computing.  They provide cloud computing services for AI

22   training through their -- the chips that they produce

23   themselves.  But there are many providers of cloud computing

24   services.  And companies who are interested in training these

25   models can go to any of these providers and essentially leave

Direct Examination - Hitt

1    space on dedicated AI training hardware and train their models

2    there.

3        Regardless of whether we're talking about chips or we're

4    talking about cloud computing services, there's no ability of

5    Google to restrict the access that other firms have to these

6    kinds of resources.

7    **Q.**  Professor, on this slide, with regard to Google and the

8    cloud compute, it's the green line; is that right?

9    **A.**  Yes, it's the green line.  I think this is public

10    information, that Google's basically -- yeah, third behind

11    Amazon and Microsoft, and they're growing -- I think they're

12    growing a bit as well.  And they're --

13        THE COURT:  I'm sorry, this is market share of cloud

14    computing services?

15        THE WITNESS:  Yes, this is cloud compute overall.

16    It's hard to segment out the AI component of it, but this is

17    the cloud compute overall.  Again, the Amazon web services,

18    Microsoft Azure and then Google Cloud, I think are sort of the

19    three big ones.  But Google is significantly smaller than the

20    other two, especially when you think of data --

21        THE COURT:  This is sort of apropos of nothing, but

22    I'm a little surprised at the number of smaller players that

23    are well known, but in the aggregate, there's a lot of

24    unidentified others who make up a large component of the

25    market?

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Hitt

1          THE WITNESS:  Yes, that's the case.  So a lot of --
2    so cloud computing is one of those spaces where a number -- so
3    Amazon got into this because it was something they were doing
4    anyway, and they said, "Oh, okay, since we have this massive
5    infrastructure, we could also sell it to other people."  And
6    there are a number of other firms.  For example, Oracle is an
7    example that got into this space because they provided another
8    kind of software.  And then, of course, it takes a life of its
9    own.  There's other ones in there.  Alibaba is mentioned in
10   here too because of their activities.

11         So there are many providers.  Also within AI, there's
12   a number of new entrants that are totally dedicated to this.
13   So they're much smaller than -- you know, these firms are
14   enormous because they also serve very large corporate
15   customers, but there's also a lot of AI entrants, for example,
16   that specialize in renting out Nvidia-based compute clusters
17   for $5 an hour.

18         So it's -- there's a lot of participants here.  You
19   tend to focus on the big ones but there are -- there's a fair
20   number of other participants here as well.

21         THE COURT:  Thank you.

22         MS. CONNOR:  All right.  Michelle, if you go to the
23   next slide.

24   **Q.**  (BY MR. SMURZYNSKI)  And, Professor, what did you find with
25   respect to the data input for foundation models?

Direct Examination - Hitt

1    **A.**   So I understand there's been a fair amount of discussion

2    about the ports of data, the role of data in AI training, so I

3    won't repeat any of that.

4              (Stenographer clarification.)

5              THE WITNESS:  Yes, I do speak quickly, yeah.

6    **A.**   So in terms of data, these models are data intensive.  Now,

7    where does that data come from?  You can broadly define the

8    types of data that can be used into sort of three categories.

9    And just for the purposes of discussion, there's a large body

10   of publicly available information, there's licensed data from

11   third parties, and then there's data that you basically pay to

12   create in various ways.

13             Among the publicly accessible data, we're talking about

14   sort of everything that's accessible, you know, machine

15   readable on the internet.  There's certain, you know, sort of

16   specialized sources that have been particularly important, like

17   Wikipedia or Stack Exchange, which you can access online, that

18   turn out to be very helpful for training these models.  Open

19   domain books, there's a lot of code on the internet.  Scholarly

20   articles, especially open articles.  All this is widely

21   available, and that represents a large body of data that has

22   been used to train these models.  And it's not just text.

23   There's also other things out there as well that might be

24   machine readable and available in the public domain.

25             Second, there's licensed data.  So this is particularly

Direct Examination - Hitt

1    important for things like video image data that might come with

2    some kind of intellectual property protection, but also sort

3    of, you know, copyrighted materials as well.

4         Firms can enter into licensing agreements with third

5    parties to license access to their data for the purposes of AI

6    training.  And this has been an active area for companies that

7    have had these kinds of resources.  This has opened up a new

8    frontier to license their data sources, and many people do

9    that.  Important thing here is these tend to be nonexclusive.

10        THE COURT:  You're anticipating my question.

11        THE WITNESS:  Okay, yes.  They tend to be

12   nonexclusive.  It does not -- and I think that makes a lot of

13   sense, because you don't necessarily know who might find your

14   data interesting, especially in the AI space.  So I think

15   there's this rate of technological progress kind of pushes

16   against that kind of commitment, at least for these firms.  I

17   haven't seen anything that suggests it's heading that way.

18        And then, finally --

19        THE COURT:  Sorry to interrupt.  How about with what

20   I'll call sort of traditional media content providers:

21   newspapers, periodicals.  What are you seeing in that space?

22        THE WITNESS:  So same story.  They are recognizing

23   that is a revenue stream to possibly replace, especially when

24   you're talking about newspapers' revenue streams that have

25   suffered in the last many years, and so they're beginning to

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Hitt

1    license out their repositories.  There are, in many cases,

2    high-quality training data, and they have begun to license that

3    out as well.

4              Again, I have not seen, at least in my scan of these

5    documents, any gravitation toward exclusive agreements there.

6    You see many different firms.  It's like, "Oh, I know who they

7    are," kind of licensing out their data for AI training.  I

8    think that's going to be an important revenue stream for them

9    going forward.

10             THE COURT:  Thank you.

11             MS. CONNOR:  All right.  Michelle, if you could go to

12   the next slide.

13   **A.**  There's one other point on here.

14   **Q.**  (BY MR. SMURZYNSKI)  Sorry.

15   **A.**  Just to touch on it.

16   **Q.**  Yes.

17   **A.**  There is a world out there, and they have attracted some

18   interest in the press recently, of companies that specialize in

19   the production of AI training data.  So if it's not out in the

20   world and it's not in an existing repository, there do exist

21   companies -- think of firms like Scale AI -- that do this as a

22   business.  So if you need, you know, a Ph.D. to evaluate

23   30 articles and show how they did that, you can pay companies

24   to do that.  You can pay individual -- you know, teenagers to

25   rate what they find interesting.  You can get any sort of

Direct Examination - Hitt

1    curated data set you want.

2        This is something that's particularly valuable, not so

3    much for training the big foundation models but for fine-tuning

4    for specific applications.  Google uses the term, which is also

5    prevalent to the world, getting "golden examples."  You don't

6    need a million examples of how to set your alarm clock, but you

7    might want, say, 20 good examples to do that.  You can acquire

8    them to the extent you want to incorporate that into your

9    training set.

10       Bottom line on all these three things is that all these

11   sources are generally available to anybody building an AI

12   model, and they generally tend to be nonexclusive.

13       Oh, and then the final point, which I think is important,

14   is not all data that's out there winds up being useful for

15   training.  It is a common business practice to filter your

16   models in various ways, remove duplicates, remove spam,

17   garbage, inappropriate content.  There's a lot of stuff out

18   there that you don't want to put into your models, and it's a

19   routine business practice to filter it.  Firms have -- you

20   know, I think every model card I've looked at has described

21   some form of filtering that's done to reduce these data sets

22   down to the useful components.

23   **Q.**  Okay.

24       MR. SMURZYNSKI:  All right.  Michelle, if you could

25   advance it.

Direct Examination - Hitt

1    **Q.**  (BY MR. SMURZYNSKI)  Now, Professor Hitt, in the earlier

2    phase of this case, we heard a lot about click-and-query data

3    as it related to operating general search engines.  What did

4    you find with respect to the utility of that data for these new

5    foundation models?

6    **A.**  Right.  And so this is something I was interested in

7    specifically for the training of foundation models.  I asked

8    the folks at -- I asked the folks at Google about this.

9    There's also some type of testimony in this case about this as

10    to whether or not this sort of -- that unique asset that Google

11    has, this click-and-query data, what link did you find useful.

12        Turns out to be useful for training foundation models.  It

13    appears this does not -- is not something of significant

14    utility, at least for training the foundation models.  It might

15    be tremendously valuable for training a model that is focused

16    specifically on search, but in terms of training these general

17    models, you see it from the folks at Microsoft, they don't use

18    it.  OpenAI suggested it might not be valuable.  Collins, at

19    Google, has also indicated they don't use these data for

20    pretraining, which would indicate sort of limited utility for

21    the foundational.  Not to say it couldn't be useful, for

22    example, of training a dedicated GenAI tool specifically

23    associated with Search.

24        MR. SMURZYNSKI:  Michelle, if you could advance this

25    slide.

Direct Examination - Hitt

1    **Q.**  (BY SMURZYNSKI)  There's also been a bit of testimony

2    during this trial about grounding.  What did you find with

3    respect to grounding data?

4    **A.**  Right.  So just to make sure we're using the same

5    definitions, I'm going to refer to grounding as supplementing

6    the foundation model with different -- additional external

7    data, usually focused on trying to improve the factuality

8    responses.  That data could be, you know, data that's on the

9    web.  It also could be, for example, data from private -- like

10   sports scores or the current weather or things like that, that

11   are licensed from somebody else.

12       Regarding grounding, as I said, these models ground on

13   many different data sources.  Depending on the application,

14   certain data might be more relevant than others.  If you want

15   to say --

16            THE COURT:  Sorry, let me just --

17            THE WITNESS:  Go ahead.

18            THE COURT:  No, I was just asking you to slow down a

19   little bit.

20            THE WITNESS:  Yeah.

21   **A.**  So certainly, if you're thinking about, you know, should

22   I -- you want to ask the model should I bring an umbrella to

23   work today, it's probably going to draw that from some kind of

24   weather data source.  Whereas, if you want a specific fact, it

25   might draw it from a different place like the open search of

1    the web.  So they're grounded in many different things.

2        Grounding has been coming into these models, although

3    Perplexity has been doing that for a very long time as part of

4    their kind of original approach.  Increasingly, models are

5    incorporating grounding.  They were successful before, and

6    they've become increasingly successful with grounding for the

7    types of queries that require factual responses.

8        So this seems to be coming in.  People were success- --

9    for example, OpenAI has only in the last year or so

10   incorporated grounding extensively in their models.  They were

11   able to be successful.  And now that there's an increased

12   interest in factuality, folks have been incorporating it more.

13       The final thing about grounding, though, is that there's

14   many ways to ground.  First of all, it doesn't necessarily have

15   to be entered in Search.  It might be another data feed.  And

16   to the extent you are -- you have a desire to ground it on

17   internet search, you have a couple different options.  One is

18   you can build your own index.  So, for example, OpenAI has been

19   investing in doing so.  Perplexity has had retrieval capability

20   for a very long time, and they're building their own index for

21   their models.  Microsoft, of course, has had it through their

22   tools.

23       And then if you don't want to go that route, you can also

24   license it through others.  So Bing and Brave have licensed

25   their technology -- have licensed their indexes out to other

Direct Examination - Hitt

1    GenAI developers, those that are not shown on the slide, but

2    there are people who have chosen to license it through that

3    way.

4         So not necessary for everything, useful for factuality,

5    and if it's something you do, you can do it yourself or you can

6    do it with others.  It's not essential, for example, to be

7    effective in grounding, as I think we'll talk about this a

8    little bit later, to have Google Search to ground.  You still

9    have other options.

10             MR. SMURZYNSKI:  And if we could advance to the next

11   slide.

12   **Q.**  (BY MR. SMURZYNSKI)  Professor Hitt, what have you observed

13   in looking at this market as to whether grounding is necessary

14   for all purposes for these general -- these GenAI

15   applications?

16   **A.**  Yes, so this is something I specifically was interested in

17   discovering.  And so we found information regarding the

18   fraction of GenAI application queries that wind up also

19   generating a call for grounding information.  And I won't say

20   the number.  What I can say is it's in the minority of the

21   questions req- -- encourage the model to go out and seek

22   grounding data.  It's part of it.  You know, it looks at the

23   query, it evaluates whether or not grounding would be helpful,

24   and then some fraction of the times it will actually go out and

25   do.  And that number's on the slide.  I won't repeat it in open

Direct Examination - Hitt

1    court.

2         THE COURT:  Can I ask you, do you consider grounding

3    data as something -- data that is other than what is put in the

4    foundational model?

5         THE WITNESS:  I think that's a reasonable definition,

6    yes.  So there's data that was trained on.  And sometimes a

7    fact just happens to be there, but again, a lot of -- it either

8    might not be in the training set either because it doesn't

9    really memorize things, although sometimes it can generate a

10   response based on that.  It might have been data that could not

11   have been in the training set because it happened afterwards.

12   So there's a number of reasons why, but it's data that would

13   not be part of the training set and cannot be directly inferred

14   with high reliability from the training set.

15        THE COURT:  We've talked -- at least I have -- about

16   sort of the ultimate what we're likely to see as more

17   commercial queries into these chat bots, and, presumably, that

18   would have to come from some grounding data of some form,

19   whether it's the web or a feed.

20        THE WITNESS:  I think that's reasonable to say.  So,

21   for example, if you're thinking about a commercial query, like

22   what's the price of this on that site, that most likely is

23   going to have to come from a real-time feed given the rate at

24   which that information changes.  That particular example, for

25   instance, might be much less likely to be an open search and

Direct Examination - Hitt

1    much more likely to be some kind of private data feed given the

2    nature of it and its fast rate of change.

3            But I agree with the broader point that there are

4    many types of things that people might be doing that would

5    require grounding data, but not all of that is necessarily

6    going to be search data.  And in fact, it -- depending on what

7    you're talking about, search data may or may not be relevant.

8    **Q.**  (BY MR. SCHMIDTLIEN)  And I'm just going to give you,

9    Professor Hitt, for the benefit of the court reporter, another

10   indication to slow down.

11           MR. SCHMIDTLIEN:  If we could go to the next slide,

12   Michelle.

13   **Q.**  (BY MR. SCHMIDTLIEN)  Professor, you've talked about the

14   ingredients, if you will, for foundation models.  Have you also

15   looked at who the players are in that space and in your

16   examination of the market?

17   **A.**  Right.  So the previous discussion focused on, you know,

18   whether the ingredients to make these models are readily

19   available.  Largely concluded, they are.  You can also look at

20   who's actually making these models and the degree of

21   competition in that area.  And what you find is very active

22   competition in the sense of constantly improving the models, as

23   well as new entry.

24           For example, as highlighted on the slide, in 2024,

25   121 distinct models were identified to have been released in

1    that time period.  If you start looking at who's actually

2    introducing these things, many of them are commercial entities.

3    Some of them are sort of the same group of tech companies we're

4    all used to talking about:  Microsoft, Nvidia, Google, Meta,

5    and so forth.  Some of them are new entrants, including some

6    new entrants that have done quite well, folks like OpenAI or

7    Anthropic, and, recently, xAI, that kind of came out of nowhere

8    and is now active in this space, as well as some smaller firms

9    as well that are specialized in this area.

10    The other thing to highlight here is many of these firms

11    are very well capitalized, at least in terms of market

12    capitalization.  We'll talk about -- perhaps we'll talk about

13    venture capital and investments a little bit later on, but

14    certainly these are firms that have the resources to be able to

15    participate in this.

16    And of course, the market isn't simply limited to these

17    folks.  Educational institutions, private foundations are also

18    contributing here.  So very active space, not only of new entry

19    but also competition among the existing models to basically try

20    to take the top spot.

21    MR. SMURZYNSKI:  Michelle, if you could go forward.

22  **Q.**  (BY MR. SMURZYNSKI)  Professor Hitt, this is slide 14.

23    What is depicted here?

24  **A.**  Right.  So one of the challenges of talking and trying to

25    talk intelligently about this market is the incredible rate of

1   change.  So this is just highlights.  So I think I filed my

2   rebuttal report sometime around March 26th, in that time frame.

3         Since March 25th, there have been approximately eight

4   models introduced since then.  Gemini 2.5 came out.  Meta

5   announced a new generation of their Llama models.  ChatGPT,

6   OpenAI, has introduced a couple of new models.  Nvidia.  And

7   then, you know, a handful of days ago, Alibaba has a new model

8   out as well.  And it just highlights the sort of rate of

9   innovation where you look down for a minute and there's a new

10  model popping up.  I think that just illustrates the fact that

11  this is a highly innovative space and that new models are

12  coming out to try to outperform the previous ones, you know,

13  jockeying for positions in these various sort of lead tables or

14  bench -- you know, benchmark reports, if you want to be a bit

15  more informal.  And you constantly see this degree of entry

16  shifting of positions in the market.

17        MR. SMURZYNSKI:  And, Michelle, if you could go to

18  the next slide.

19  **Q.**  (BY MR. SMURZYNSKI)  And you've talked about the number of

20  models in this space.  What have you found in terms of their

21  relative quality?

22  **A.**  Right.  So there's kind of two ways to come about, you

23  know, sort of what's -- which model is better than another

24  model.  So the broad framework is either you can look at kind

25  of these models in terms of technical benchmarks, how well do

1    they perform in sort of a closed, controlled environment.

2    Maybe this is scored based, you know, where machines evaluate

3    whether they're doing well or not.  Maybe it's humans that

4    evaluate whether they're doing well or not.  But some kind of

5    closed test environment to sort of analyze the performance of

6    the model itself.  And the other, which I suspect we'll get to

7    later, is going to look at whether users accept it, whether

8    people use it.

9         This slide focuses on these benchmarks.  There's many

10   benchmarks, and there's a number of organizations that have

11   invested resources into tabulating and comparing and so forth.

12   And these are three illustrative benchmarks for these models.

13   The MMMU, which is a reasoning-based benchmark, you know, can

14   it answer questions -- the scientific reasoning is can it

15   answer questions that are complicated, like explaining

16   chemistry concepts.

17        And then the one in the middle is something referred to as

18   Chatbot Arena.  I think Michelle talked about that earlier.

19   This company, organization, LMSYS, basically pits one model

20   against another model.  On the same question it says you,

21   Mr. User or Ms. User, which one do you like better?  The one

22   that wins bubbles up.  They even use ELO scoring like in chess

23   to try to figure out which model is better.

24        So these are three benchmarks.  There's many more.  What

25   you generally see are the following, which is there's close

Direct Examination - Hitt

1   competition amongst the best models.  Sometimes Google is at

2   the top, sometimes they're not.  Now, it turns out, in this

3   particular presentation, Google is at the top of a couple of

4   these because at the time I produced these, they were the most

5   recent model.  What you'll see in this market is there's

6   constant jockeying position as newer models tend to bubble up

7   at the top.

8          Second observation is, is that different models will often

9   take the top positions, and they'll be ranked differently in

10  different benchmarks.  So you'll see some things are really

11  good at certain areas, other things are good at other areas.

12  So there's, to some extent, some degree of differentiation, and

13  models are becoming known for different capabilities at various

14  times.  So there's no one winner.  There's many different,

15  highly competitive models in here.

16         Again, just to illustrate both of those points, you'll

17  notice there are two dark blue bars in several of these charts.

18  One is the old Gemini model, one is the new Gemini model.

19  Sometimes Google is in the middle.  When they release a new

20  model, they bubble up to the top.  But even then, they're not

21  necessarily the first.

22         Then finally, you see sort of different models coming in a

23  little bit later.  You see entrants like Grok or DeepSeek, that

24  may not have existed six months ago, are now able to reach the

25  level of performance to wind up in the top ten of these models.

Direct Examination - Hitt

1    So very active space, constantly changing position.  Newer

2    models tend to outperform others.  Different models perform

3    differently.  This is a differentiated product market with a

4    lot of entry and lot of competition.

5        MR. SMURZYNSKI:  Michelle, if you could advance the

6    slide to slide 16.

7    **Q.**  (BY MR. SMURZYNSKI)  One of the aspects of these models

8    that we've discussed over the last couple weeks of trial has

9    been the ability of grounded models to address factuality.  And

10   do any of these leader boards or the like address that topic?

11   **A.**  Right.  So this has become of much greater interest in the

12   last, say, six months to a year.  And so one of the lead --

13   so -- and it's -- it's a little more challenging.  The

14   benchmarks I showed you before have been tracked for a while.

15   The new factuality-oriented ones, you have to kind of assemble

16   it from pieces.

17       But one of the most recent ones is the same folks at LMSYS

18   have -- that run the Chatbot Arena, that's the head-to-head,

19   you know, "which one do you like better" world, have introduced

20   a new one that is focused on grounded models.

21       So the models they were previously using are models --

22   that's the base foundation model.  Typically doesn't

23   incorporate grounding.  They now incorporated that one they

24   call Search Arena that incorporates grounding as well.  And

25   that's relatively recent.

1        What you find is, at least in the most recent incarnation

2    of this -- and I think this is dated April 14th -- Perplexity's

3    models basically tied and possibly outperformed, depending on

4    how you interpret it, Google's model here.  And I think this

5    is -- this is useful to think about because it says even given,

6    you know, advantages that Google might potentially have due to

7    their capabilities and search, other firms such as Perplexity

8    can compete very effectively in this area of, you know -- where

9    grounding is useful, which is in -- particularly useful in

10   areas of factuality.  And they have other spaces.  So they're

11   able to produce a model that can perform as well or better than

12   Google's models even without the necessary of having Google's

13   resources.

14        MR. SMURZYNSKI:  All right.  Michelle, if you could

15   advance to the next slide.

16   Q.  (BY MR. SMURZYNSKI)  What did you see in the trial

17   testimony, Professor Hitt, related to this question of the

18   competitiveness on quality amongst these models, including

19   grounded models?

20   A.  I think this kind of just emphasizes a couple of the

21   takeaways I talked about, you know, in the discussion of the

22   benchmarks.  Michelle noted that, you know, lead changes are

23   happening all the time.  New models come up.  They bubble up to

24   the top.  The one she's talking about here is actually Chatbot

25   Arena.  Constant competition, more recent models are better,

Direct Examination - Hitt

1    everybody's striving to be better.

2        Mr. Collins also indicated the same things, you know,

3    constant jockeying in terms of who is at the top.  Continuous

4    innovation, great degree of competition, you know, firms coming

5    in and trying to, you know, out- -- basically outperform the

6    previous one through technological innovation and innovation in

7    the space.  It's been this way for a while, and it seems to be

8    continuing to be that way.

9        MR. SMURZYNSKI:  All right.  Michelle, if you could

10   go to the next slide, slide 18.

11   **Q.**  (By MR. SMURZYNSKI)  Professor Hitt, are you aware of

12   Professor Durrett's testimony in this trial?

13   **A.**  Yes, I read both of his reports, and I did read his trial

14   testimony as well.

15   **Q.**  Okay.  How do your conclusions with regard to foundation

16   models compare to his?

17   **A.**  Well, I think Professor Durrett has argued that Google may

18   have some advantages in data, and that that advantage in data

19   is useful to Google.

20       I did try to evaluate on a technical basis whether he's

21   right or not on that, but as an economist, one of the things

22   you can do to see whether that's actually true as a practical

23   matter is look at downstream outcomes.  Does it yield a model

24   that will perform better on measures of model performance?

25   Does it perform better in terms of being able to attract users?

Direct Examination - Hitt

1    What I found, at least in terms of the foundation models,

2    is what -- to the extent these advantages are useful or not

3    useful, they have not created a situation where Google's

4    foundation models systematically outperform those of the

5    competitors.

6        MR. SMURZYNSKI:  All right.  Michelle, if you could

7    advance the slide.

8        THE COURT:  Sorry to interrupt.  In some way, I

9    understand the point.  It makes sense because, as you said

10   earlier, the data advantage that's been talked about is really

11   not critical to the foundation model.  I think we talked about

12   that some earlier; in other words, public sources and the like.

13   Have you done a similar assessment with respect to

14   grounded models, the ones that are so search oriented?

15       THE WITNESS:  So there's -- I think that information

16   is a bit more limited.  But, for example, you can do, as you --

17   two slides back?  Yeah, about two slides back, that comparison

18   of Perplexity and Google, that would be in that same spirit.

19       I think if you look at the broader body of data --

20   and again, this is just my general sense of the way things

21   are -- you'll see a lot of models are doing well.  There are a

22   number of models that have been able to do well on grounded

23   analytics.  It's certainly -- I think it's pretty clear, at

24   least from my read, that Google is not the runaway favorite in

25   terms of grounded models.  They're certainly competitive, but

Direct Examination - Hitt

1   others -- for example, Perplexity and others as well -- have

2   been able to demonstrate high-performing models in evaluations

3   that incorporate grounding.

4           MS. CONNOR:  Michelle, if you can turn to slide 19.

5           THE COURT:  Sorry.

6           MS. CONNOR:  No, of course, Your Honor.

7           THE COURT:  Just a quick question.  You know, the --

8   what's the word I'm looking for?  The space was a little -- had

9   a big, old shock when DeepSeek introduced its model.

10          THE WITNESS:  Yes.

11          THE COURT:  And apparently, at least from my public

12  reading of it, was trained at least far less expensively than

13  some of the foundational models that we've been talking about.

14          Do you have any thoughts on that and how that impacts

15  this space?

16          THE WITNESS:  So I think -- I think two things are --

17  I'll take the economic perspective, which is, one is, is that

18  there's innovation in the underlying -- one of the areas of

19  innovation is just getting these things to be more

20  cost-effective.  And that's also important -- an important

21  source of innovation.  So that, I think, is -- that's one of

22  the ways in which this market is moving on across all fronts.

23          The second is, which is, I think, reasonably

24  intuitive, is that in terms of the inputs of these models, you

25  can make a better model because you're smarter and do a

Direct Examination - Hitt

1    better -- you can make a better model because you have better

2    data.  You can make a better model because you're able to train

3    it more extensively with the available compute resources.

4         So to some extent, these capabilities are substitutes

5    amongst each other, which I think is consistent with why you

6    see a number of different firms taking -- they're not radically

7    different because this isn't technology that works in a certain

8    way, but taking different approaches and winding up kind of in

9    the same place in terms of performance.

10        I think DeepSeek kind of illustrates that, that some

11   innovation, largely incremental innovation based on how these

12   models were trained, can put them in competition.  They didn't

13   have search resources, they didn't have massive, specialized

14   data, and they still were able to perform.  I think that

15   indicates that these different resources, to some extent, are

16   partially substitutable.

17        THE COURT:  Thank you.

18   **Q.**  (BY MS. CONNOR)  All right.  Professor, I want to move on

19   to your second opinion.  So here, we are moving from the

20   foundation models to the GenAI applications that one sees in

21   the marketplace.

22        And if we go to slide 20, again, we've been talking about

23   foundation models up to this point.  What do you see in terms

24   of the GenAI applications in this space?

25   **A.**  So consumers in particular don't typically work the

Direct Examination - Hitt

1    foundation models directly.  They use some kind of application.

2    Commercial providers, they integrate it into whatever they're

3    doing.

4         But a number of the providers that happened to provide

5    foundation models also make consumer applications, and many of

6    these are listed here.  Many of us are familiar with OpenAI's

7    ChatGPT, Anthropic's Claude.  xAI's Grok is a sort of

8    relatively new entrant.  There's a large number of firms that

9    are offering these consumer applications.  And these -- most of

10   these consumer applications are really sort of in the same

11   spirit as ChatGPT.  I'm not talking about the commercial

12   applications or integrated applications, but there's many firms

13   offering these products based on their foundation models, or in

14   the case of Perplexity, a mixture of other people's foundation

15   models.

16        So large -- I think the first observation is this is also

17   a highly active space with many different participants offering

18   consumer products in this sort of direct, you know,

19   chatbot-style product.

20             MR. SMURZYNSKI:  Michelle, if you could advance to

21   the next slide.

22   **Q.**  (BY MR. SMURZYNSKI)  Professor, what did you find with

23   regard to the ability of these competing GenAI applications to

24   reach consumers?

25   **A.**  So what you -- I think you clearly see is that these firms

Direct Examination - Hitt

1    are able to get these products into consumers' hands.

2         So just a bit of orientation, the left-hand and right-hand

3    slides, these are internal Google analyses to try to figure out

4    how many people are using these things.  It shows different

5    chatbots that they analyzed at the time and a slightly

6    different set on the right-hand side, October to March 2025.

7         If you want -- some generalizations about that.  First

8    thing that stands out very clearly is ChatGPT has been very,

9    very successful.  It's used by a large number of people.  In

10   October, it's 90 million daily active users.  Fast-forward to,

11   you know, a month and a half ago, you're now talking about 160

12   million users.  And they're still kind of at the top of the

13   chart.  They're growing rapidly, and they have widespread

14   consumer adoption.  They also have a very high use.  So they're

15   getting -- I think the last figure was estimated 1.2 billion

16   queries a day going through ChatGPT.

17        There are others that are able to get in consumers' hands.

18   Meta, who primarily distributes their GenAI products through

19   their other properties like Instagram and WhatsApp  and

20   Facebook has also had success in getting these products into

21   consumers' hands.  Google's doing well in the middle there,

22   growing rapidly, but by no means -- sort of even almost a

23   different scale than the success of ChatGPT in terms of getting

24   these out.

25             THE COURT:  Maybe you know the answer to this, maybe

Direct Examination - Hitt

1    you don't.  For the Meta searches, queries; do you have any

2    idea how that differentiation between an IA query in Meta

3    versus one that's not?  I mean, using WhatsApp, and you can do

4    a search and all of a sudden it turns into an AI experience,

5    but sometimes it doesn't.

6          THE WITNESS:  Yeah, how it actually does that, I'm

7    not quite sure.  But what I can say is that to the extent to

8    which -- they're trying to find different ways to combine it

9    with their social media environment.  And I think we're in

10   experimentation phase, so we're seeing different combinations.

11   But that seems to be their approach.

12         I think more recently, they actually suggested

13   they're going to introduce a sort of independent chatbot-style

14   thing.  But for now, most of the interaction is recommending

15   try doing this on Meta.  I'm a little less familiar with that,

16   but that's been my, at least, my -- "looking at a distance"

17   perspective.

18   **Q.**  (BY MS. CONNOR)  And, Professor Hitt, in terms of the

19   differences between October and March -- excuse me, October of

20   2024, and six months later, March 2025, what's happened to the

21   competitors analyzed in this space?

22   **A.**  Right.  So one of the things I highlighted is that these --

23   this is growing rapidly, but, you know, ChatGPT and Meta seem

24   to be holding their own in terms of total number of users.

25   Google's also doing quite well in addition.

1      The other observation you have is that between that

2  six-month -- approximately six-month period, you have two new

3  names on this chart who've gotten significant amounts of

4  distribution.  Grok basically came out of nowhere, xAI's

5  product, distributed in conjunction with X.  They promoted

6  through there.  And of course, DeepSeek, which you asked about

7  earlier, is the chatbot associated with them.  And they've also

8  been able to get significant distribution.  I think at some

9  points they were the most downloaded app on the App store, for

10 instance.

11     So it indicates that not only are we the existing

12 incumbent firms growing, the market seems to be expanding in

13 terms of total number of users, and new entrants are still

14 coming in.

15          MR. SMURZYNSKI:  All right.  Michelle, if you could

16 turn to the next slide, slide 22.

17 **Q.**  (BY MR. SMURZYNSKI)  And, Professor, His Honor asked early

18 on a question about capital.  What did you observe about the

19 ability of firms to raise capital in this space?

20 **A.**  Right.  So there seems to be a lot of money floating around

21 in AI, to say it casually -- say it that way.  No, but more

22 seriously, a lot of firms have demonstrated they've been able

23 to raise resources, you know, resources that might be

24 substantial.  OpenAI, you know, has raised or at least had

25 commitments for $40 billion.  Anthropic has raised a lot of

Direct Examination - Hitt

1    money as well.

2         So in terms of capital, I think that seems to be, at the

3    moment, plentiful.  That says two things.  One is, even though

4    training these models, deploying these models, hiring the right

5    people is very expensive, there seems to be ample capital in

6    the market right now to do so.  If you have a good idea, you

7    seem to be able to get funding.  As I noted at the bottom,

8    yeah, there's 350 others at least that people have identified

9    receiving capital.  So that's one.

10        And then second, I think this is sort of indirect evidence

11   that this is still a market where you can, you know, do

12   interesting things.  And venture capitalists are able to

13   recognize this is a market worth investing in and doing so.  So

14   I think that's another sort of indication that things aren't

15   settled here.

16        This is a competitive market.  Firms with resources and

17   good ideas can -- firms with good ideas can get the resources

18   they need to be successful.  I think even -- I think Mr. Turley

19   even almost said exactly that, you know.  We have the resources

20   we need to be successful.

21            MR. SMURZYNSKI:  All right.  Michelle, if you could

22   advance this slide.

23   **Q.**  (BY MR. SMURZYNSKI)  And I'll just -- Professor Hitt, give

24   you the same reminder for the benefit of the court reporter.

25   **A.**  Yes.

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Hitt

1   **Q.**  A few slides ago we saw some usage statistics.  And what is

2   being depicted here in terms of the avenues that allow these

3   firms to reach those users?

4   **A.**  Right.  So it's one thing to produce a good product, and

5   it's another thing to be able to get it into users' hands.  But

6   what you see here, very consistently, is firms have found a

7   variety of paths to get this into users' hands.  ChatGPT got a

8   lot of their initial distribution simply being an app on the

9   App store or through their website.  In fact, the last data I

10  saw suggests a significant fraction of all their traffic comes

11  through websites.

12      Meta, as we were discussing earlier, has integrated into

13  other products that people are already using.  So you have a

14  successful product, you can bring in -- you can bring in

15  generative AI capabilities into that.

16      Perplexity has also done quite well in the same model as

17  ChatGPT.  They're also beginning, I think, to sign deals to

18  become the assistant on mobile devices.  There's this recent

19  Motorola deal that has got them to be, you know, get some

20  integration on Motorola devices.

21      Grok leveraged their position with X to attract

22  distribution.

23      And of course, Microsoft is actively putting their AI

24  tools in all the different contact points that Microsoft has

25  with consumers.

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Hitt

1       So what this collectively suggests is there's multiple

2  paths to getting consumer distribution and that firms have been

3  successful on these multiple paths, including firms that have

4  been quite successful in reaching consumers without any sort of

5  exclusive or traditional distribution in the sense by simply

6  putting up an app and having a good website.

7           MR. SMURZYNSKI:  Michelle, if you could advance the

8  slide.

9  **Q.**  (BY MR. SMURZYNSKI)  We've talked about the many paths on

10  the prior slide.  I want to talk now about one of those paths,

11  and that's an integration deal being struck between these

12  companies that have these applications and OEMs or the like?

13  **A.**  Right.  So certainly, there's value in integrated

14  experiences, and I think most providers of tech products

15  recognize that.  In terms of GenAI products, there's -- this

16  has the same set of characteristics in that respect.

17      What you'll see is that different firms are thinking about

18  these kinds of integration deals.  But even within these

19  integration -- you know, in these integration deals, they

20  typically consider many different options.  This is an emerging

21  technology, it's rapidly changing.  I read a fair amount of

22  testimony by the different folks making these decisions, like

23  we're keeping all our options open, we'll sign a deal, but

24  we're considering every one all the time.

25      That said, Apple, for example, had essentially a comp --

Direct Examination - Hitt

1   you know, a competition to see which one would be integrated

2   with Apple Intelligence.  OpenAI won that one, and current.

3   But I understand that even though they've won that one, they're

4   still considering what are the new options for the next round.

5   Similarly, Perplexity has been able to get integration on

6   Motorola devices.

7        Also I think it's notable that the spirit of the way these

8   integrations are being done is that yes, you can sign an

9   integration deal, but I think they're also continuing to

10  consider other products as well.  And the idea that at least

11  exclusivity does not seem to be a business approach that's

12  happening in terms of these integration deals.  They're keeping

13  all their options open.  Happy to integrate successful

14  products, but also happy to consider many other products as

15  well.  The examples we have here sort of don't involve any sort

16  of Google integration, although they have pursued those as

17  well.

18  **Q.**  All right.  And if we could -- well, let me just pause on

19  the point you made about Google integration.  Has Google

20  integrated with any particular OEMs?

21  **A.**  So I understand that Google has an arrangement with Samsung

22  where they're going to have integration there.  They're also

23  present on Motorola devices as well as one of many.  There's

24  also some -- in terms of on-device models, I understand that

25  Samsung has on-device models from both Google and the internal

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1    Samsung Gauss model.

2        So again, you see these integrations, but they tend to be

3    nonexclusive.

4        MR. SMURZYNSKI:  All right.  And if, Michelle, you

5    could advance to slide 25.

6    **Q.**  (BY MR. SMURZYNSKI)  Again, Professor Hitt, what

7    conclusions have you reached on slide 25, taking into account

8    what Professor Durrett has opined on and what you've seen?

9    **A.**  Right.  So Professor Durrett has indicated that he contends

10    that Google has advantages in terms of data, and that would

11    translate into, you know, sort of better foundation models and

12    perhaps better applications.

13        You can actually look at that -- you know, and I don't

14    have an opinion whether he's right or not on that particular

15    point.  What you can see is you can actually look in terms of

16    market outcomes and see whether that's the case.  So before we

17    looked at foundation models, you see there's many

18    high-performing foundation models.  You can also look at

19    consumer applications.  What you see is, is that whatever

20    Google advantages might have in the underlying technology,

21    certainly, many firms have been able to participate in this

22    market.  And there's no evidence that suggests that Google is

23    the dominant participant in this market.  In fact, they're

24    significantly behind OpenAI in terms of user acceptance at this

25    point.

Direct Examination - Hitt

1           MR. SMURZYNSKI:  All right.  Michelle, if you could

2    go forward one slide.

3    **Q.**  (BY MR. SMURZYNSKI)  I'd like to now talk about your third

4    opinion, that generative AI is a general purpose technology and

5    that the Gemini app is not a search access point.

6           MR. SMURZYNSKI:  And if you could advance the slide,

7    Michelle.

8    **Q.**  (BY MR. SMURZYNSKI)  Professor, what does it mean for

9    something to be a general purpose technology?  You touched on

10   it at the beginning of your testimony.

11   **A.**  Right.  So this is an economic concept.  I think I

12   attribute it to Tim Bresnahan and Manuel Trajtenberg, you know,

13   thinking about technologies like computers and the steam engine

14   and so forth in the past.  It has the characteristics that it's

15   pervasive, it shows up in a lot of different places.  It's a

16   technology that doesn't just do one thing but is useful for

17   many things.  It undergoes rapid innovation, so it's developing

18   rapidly.

19       And the combination of those two things, rapid innovation

20   and pervasive usage, means it's a technology that can drive

21   innovation in its downstream applications.  Example is the

22   steam engine turned out to basically -- the steam engine,

23   through its incarnations, led, effectively, to the industrial

24   revolution.  The electric motor created the field of industrial

25   engineering, because you could now put power whenever you

Direct Examination - Hitt

1    wanted it, as opposed to organizing around where the big water

2    wheel was.

3         General purpose computer, worldwide web, there's not a lot

4    of these that show up in time.  We've been blessed with the

5    fact that, in our lifetimes, seen two or three of these things.

6    GenAI clearly falls into that category.  And there's literature

7    and others other than me that are basically saying it has the

8    characteristics of a general purpose technology.

9         Mr. Pichai, I think, gave a pretty good informal

10   definition of what a general purpose technology means and what

11   it looks like.  The potential to positively impact society in

12   the deepest possible way across every human endeavor.  That's a

13   pretty good encapsulation of what a general purpose technology

14   is.

15             MR. SMURZYNSKI:  Michelle, if you could advance the

16   slide.

17   **Q.**  (BY MR. SMURZYNSKI)  Professor, what have you found in

18   terms of whether generative IA is a general purpose technology?

19   **A.**  Right.  So I think you could see it meets at least the

20   first two definitions.  So we've talked about the high degree

21   of innovation, so that's one.  To close the loop on that, you

22   can look and see all the possible places that this technology

23   has been deployed, and you can pick off, you know, any number

24   of these.  People have been using it in health care and life

25   sciences, both at the fundamental science level as well as to

Direct Examination - Hitt

1    do drug discovery.

2        You see it in travel and hospitality, helping people

3    select products or providing better customer service more

4    cost-effectively.  Technology industries use this stuff widely

5    for all sorts of applications of making their technology

6    infrastructure better, accelerating coding.

7        So these same tools are having a profound impact across a

8    wide variety, almost completely different activities.  That's a

9    hallmark of a general purpose technology.  There's no shortage

10   of these -- pick up the newspaper today, you see somebody

11   incorporating GenAI to do some useful productive activity in a

12   new industry you might not have thought of before.

13       So it's widely used across many industries, and it seems

14   to be driving improvements in various ways.  We're still at a

15   pretty early stage.  Not all these will be successful, but

16   certainly, there appear to be a lot of successful applications

17   already and many more to come.

18           MR. SMURZYNSKI:  Michelle, if you could advance this

19   slide, please.

20   **Q.**  (BY MR. SMURZYNSKI)  Professor Hitt, I want to move from

21   this general purpose technology used in many, many places to

22   talk about a particular intersection that we've heard about

23   some in the case, and that's the intersection of generative AI

24   applications and Search.  What did you find with regard to

25   that?

Direct Examination - Hitt

1    **A.**   Right.   So it's a general purpose technology.   Certainly,

2    GenAI can contribute to search.   In fact, I think Google has

3    used generative AI as part of improving their Search products

4    since they could.   So it's a long history there.

5        But the idea of a GenAI technology, which has got a wide

6    variety of uses in search, which is, you know, a very specific

7    task.   Turns out to be a very useful task but a very specific

8    task.   And it's fundamentally different.   And you can do a

9    little bit -- doing a bit further research, you can get a

10   better sense of that by using data that we have available in

11   this case.

12       One of the things you see, in terms of how users use these

13   different technologies -- now, users are presented with both

14   GenAI apps and they're presented with the ability to use search

15   apps.   What you find, based on Google internal research, is

16   that the use cases don't overlap tremendously.   So thinking

17   about just the top five things people do with these two

18   technologies in a GenAI world, it's typically generate some

19   kind of new content or give me a new idea.   Search is

20   different, answering -- finding a factual question.

21       In terms of overlap, the one that overlaps is, not

22   surprisingly, answer a complex question.   That works for both

23   of these things.   But that's the only one in the top five

24   that's actually overlap.   It just indicates that while it's

25   useful for search and there is some overlap, these are -- the

Direct Examination - Hitt

1    overlap is very incomplete.  There's a lot of applications that

2    GenAI can do that are not suitable for Search, and a lot of

3    things Search does that may not be well suited for GenAI, at

4    least the way the consumers are using it now.

5        Another way to think about it is how often, for example,

6    do you need to use a search capability to respond to a GenAI

7    response.  And this data is available -- this data was

8    presented, I believe, earlier in the trial.  OpenAI now has a

9    technology that can do, you know, basically grounding.  And the

10   fraction of the time that they feel -- that their models feel

11   they need to ground is a relatively small fraction of all

12   queries that are entered into GenAI apps.

13       The point being, it's not that these things don't overlap,

14   it's just that the overlap is very small, and they're used for

15   fundamentally different things.  Occasionally, some cases where

16   they do -- that are useful for the same kind of thing.

17           THE COURT:  I guess the question is, not true today,

18   but do you think it's going to be true tomorrow?  In other

19   words, as more and more people adopt these applications and

20   turn to it for their search needs, both the combination of

21   demand and supply for more current information and answering

22   questions and the like, you'll see a greater usage case for

23   search functionality through these AI apps than you're seeing

24   today.

25           THE WITNESS:  So the way I would think of that is I

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1    think you'll find -- so partially, in the sense that you will

2    find a great -- I think you're going to find an expansion as

3    people learn more about how to use some of these GenAI apps.  I

4    think that space is going to expand.

5         So far -- at least I think there's some additional

6    data with Google -- there seems to be at least somewhat

7    complementary in the sense that, you know, it hasn't -- it has

8    substituted for certain kinds of activity.  Like I think Google

9    will say they don't get as many "How do I do my math homework?"

10   queries in search, but it doesn't seem to have affected search

11   traffic as much.

12        So based on the data we have, I think you can view

13   these at least partially as complements, but there are going to

14   be certain kinds of search activities that may very well be

15   absorbed.  So I'd say there's nothing suggestive of the data

16   I've seen today that one is going to get subsumed in the other,

17   but both technologies are going to continue to progress.  And

18   maybe some of the things that would be done in search may be

19   shifted over to GenAI technology.  I think that's what you can

20   safely say based on the trajectories we see today and the

21   available data.

22        MS. CONNOR:  Michelle, if you could advance the slide

23   to slide 30.

24   **Q.**  (BY MR. SMURZYNSKI)  Professor Hitt, there's been some

25   discussion in the case as to whether or not the Gemini app is a

1    search access point.  And I just want you to be careful here on

2    this slide, the numbers up top are confidential and are

3    available on the red-boxed version but not on the screen.

4         What did you find with regard to the question of whether

5    the Gemini app is a search access point?

6    **A.**  Right.  So with respect to the phrase "search access

7    point," I'm thinking of a technology that drives people

8    eventually into Google Search.  So puts them into Search.  Has

9    the purpose and effect of bringing somebody into Google Search.

10   So think about that definition as we talk about this.  We have

11   the opportunity to observe, at least within the Gemini app,

12   whether this actually occurs.

13        So the Gemini app receives a large number of questions.

14   When it responds to a question, I think the question that's on

15   the illustrative is, you know, "Who is famous for singing

16   *Crazy*?"  That's a typical GenAI kind of prompt, right.  So what

17   you get, it gives you the answer and at the bottom of the

18   answer, it gives you this big -- super G, I think, is what they

19   call it, right, at the bottom, that enables you to go out and

20   see if you want to search for something.

21        If the user pushes the super G, they then are provided a

22   set of suggested search prompts which they then can pursue and

23   actually do go to Google Search.  So the capability exists in

24   the app to some extent.  But what you see, just from the

25   figures that I can't articulate, is there's a very large number

1    of questions asked.

2        Only a very small fraction of those actually yield -- lead

3    to the user to actually even consider going to Search, and then

4    only a small fraction of those actually wind up in Search.  So

5    if you're thinking of a search access point as, "I go to a

6    GenAI app and I wind up in Google Search," that doesn't happen

7    very often, and that is, like, a very, very, very small

8    fraction of the time.

9            MR. SMURZYNSKI:  All right.  Michelle, if we could

10   advance to the next slide.

11   **Q.**  (BY MR. SMURZYNSKI)  And here, we're at your fourth opinion

12   or group of opinions, "Plaintiff's proposed remedies will harm

13   competition and innovation in GenAI."

14           THE COURT:  I'm sorry, could I --

15           MS. CONNOR:  Absolutely, Your Honor.

16           THE COURT:  -- just go back to the last slide.  I

17   sort of maybe lost the train for a moment.

18           The second image is of the percentage of the pressing

19   the Google button?

20           THE WITNESS:  Right.

21           THE COURT:  And then what's the third, and what's

22   that percentage associated with?

23           THE WITNESS:  Oh, sorry.  So the third percentage is

24   I have these possible search queries.  Do I actually click on

25   one and go to Google Search to do them.  So one is do I get

Direct Examination - Hitt

1   suggestions, and then the second is do I actually execute the

2   search.

3              THE COURT:  I got it.

4              THE WITNESS:  And you notice at the end, you're now

5   in Google Search with the query in the query box.

6              THE COURT:  I see.  Got you.  It's the button versus

7   the --

8              THE WITNESS:  That's right.

9              MS. CONNOR:  Okay.  Michelle, if you could advance to

10  slide 32.

11  **Q.**  (BY MR. SMURZYNSKI)  And, Professor Hitt, there are four

12  categories of remedies that touch on these generative AI

13  technology issues, and they're listed here on this slide.  And

14  we'll go through them one by one.

15             MR. SMURZYNSKI:  Michelle, if you advance to the next

16  slide, 33.

17  **Q.**  (BY MR. SMURZYNSKI)  And this is the plaintiff's revised

18  proposed remedies with respect to section IV.A and IV.B, which,

19  in general terms, are restrictions regarding how Google

20  distributes its GenAI products by limiting, for example,

21  agreements that include preinstallation, placement or default

22  status of Google's GenAI applications.

23             MR. SMURZYNSKI:  And, Michelle, if you could advance

24  the slide one more.

25  **Q.**  (BY MR. SMURZYNSKI)  Professor Hitt, what did you observe

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Direct Examination - Hitt

 1    with regard to this proposed remedy from the plaintiffs?

 2    **A.**  Right.  So getting your apps distributed is an important

 3    part of reaching consumers, clearly.  And as we talked about

 4    before, there are different ways in which firms have been able

 5    to do so.

 6         Taking it a bit more systematically, I consider the

 7    question of does Google have -- how much influence, if any,

 8    does Google have over distribution channels.  And so we can go

 9    through them.

10         So let's start with the first one; desktop.  Okay.  Google

11    doesn't have any ability to restrict distribution through

12    desktops.  And this is important in this particular space

13    because at least for the data we've seen from OpenAI, desktop

14    is -- I think at least the majority of the queries come through

15    desktop.  So to the extent Google can't control that, that

16    channel is always available.

17         Similarly, Google does not control distribution for Apple.

18    Apple controls the integration on IOS.  While anybody can have

19    an IOS app, they can meet the App store guidelines in terms of

20    integrations.  That's Apple's call.  Again, as I think we

21    mentioned this before, Apple, you know, is thinking about doing

22    these kinds of integrations.  When they did, they picked

23    OpenAI, despite Google Gemini was also proposed.  But Google

24    doesn't have any control over what Apple does in terms of

25    integrating their GenAI products.

1      Now, Google's clearly an important part of Android, but

2  Android is open source.  The APIs that enable integration are

3  available to other participants.  You can change the default

4  assistant on Android as well.  There's a facility for doing so.

5  And Google, I think, has expressly said that they're not going

6  to pursue exclusive arrangements on these -- within the

7  remedies that they've proposed.

8      So to the extent they may have some capability, I think

9  they've ruled out the most -- at least one of the larger

10  possible contributors to that.  So nothing on desktop, nothing

11  on Apple, and within the Android ecosystem, limited capability,

12  and they've already agreed to nonexclusivity in their own

13  proposed remedy.

14          MR. SMURZYNSKI:  All right.  And if we could advance

15  to the second bucket, Michelle.

16  **Q.**  (BY MR. SMURZYNSKI)  This is in sections V.B and IV.D, and

17  these are restrictions regarding Google's ability to do

18  so-called self-preferencing and bundling or commingling with

19  respect to GenAI product integrations.

20          MR. SMURZYNSKI:  And if you could advance the slide.

21  **Q.**  (BY MR. SMURZYNSKI)  What did you find with respect to that

22  remedy, Professor Hitt?

23  **A.**  Right.  So first of all, just note that integration is a

24  common, a very common business practice in the tech industry.

25  You know, we buy office products as a suite.  Interoperability

Direct Examination - Hitt

1    among applications is an important way in which consumers can

2    get more value of the products they have.  So app integration

3    is a design decision.  Tech firms have been pursuing this for a

4    very long time.  And they do so because it makes the products

5    better.  So integration is important.

6         The types of integrations you would have with GenAI tools,

7    most of those are unrelated to search.  So integrating a GenAI

8    product to help you construct an email in Gmail or helping you

9    to code in a coding tool, that's not about search.  So a lot of

10   these integrations are completely unrelated to search.

11        If you focus more narrowly on the Android platform, again,

12   open-source technology, third-party APIs are exposed for doing

13   those kinds of integrations with other products as well.  And

14   it's a common practice.  A number of the -- if we go back to

15   the examples of how different GenAI firms distributed their

16   apps, you'll see a number of them did so by integrating it with

17   other products.  Microsoft has been particularly active in

18   doing so.  It's connected to -- again, Meta seems to be doing

19   that in a variety of ways.  xAI as well.

20        So it's important.  Integrations are useful.  Doesn't have

21   a whole lot to do with search and that these types of

22   integrations are being pursued.  And constraints on integration

23   could -- I think one of the more important implications of

24   constraints on integration means that consumers of Google

25   products no longer can benefit from the existing integration.

Direct Examination - Hitt

1    To the extent that they prefer, say, Google Docs or Gmail,

2    they'll lose the ability to benefit from those innovations.

3        And second is, to the extent integrations are valuable in

4    a sort of competitive sense, the fact that Google would be

5    constrained in the types of integrations they could offer, may

6    affect the competition of those downstreamed applications as

7    well.  For example, Sheets may be less attractive to Excel, to

8    the extent you weren't able to pursue these kinds of

9    integrations.  So it has direct consumer effect as well as

10   potential competitive effect.

11       MR. SMURZYNSKI:  All right.  Michelle, if you could

12   go to the next slide.

13   **Q.**  (BY MR. SMURZYNSKI)  And this is the third bucket, and it's

14   in section IV.C, and this has to do with restrictions with

15   regard to data acquisition.  And, Professor Hitt, what did you

16   find with regard to that?

17       THE COURT:  Sorry.  Can I interrupt?

18       MS. CONNOR:  Absolutely.

19       THE COURT:  You've talked about Google's

20   self-preferencing integration of GenAI into various

21   applications, most of which aren't relevant to this case, like

22   the ones you've talked about.  The one that's potentially

23   relevant to this case is through Chrome, since that's a major

24   search access point.  You -- have you developed any opinions

25   about Google's -- any restriction on Google's ability to

Direct Examination - Hitt

1    integrate Gemini as either default or in some other way into

2    Chrome and what that effect would have on the GenAI application

3    marketplace?

4              THE WITNESS:  So I don't -- that really was not the

5    focus of my report, so I would be limited to my own

6    observations that -- for example, Microsoft is pursuing

7    integrations with these things.  The other folks who provide

8    search services or browsers also have pursued these things.  So

9    I think that seems to be a business practice.  But I can't say

10   anything more than that seems to be something that's happening.

11   It's in the same spirit of other firms are also doing this, but

12   I wouldn't take it any more than that, because it's not

13   something I investigated in detail.

14             THE COURT:  Thank you.

15   **Q.**  (BY MS. CONNOR)  All right.  If you go back to that third

16   bucket on slide 37, having to do with agreements with regard to

17   data acquisition.

18             MR. SMURZYNSKI:  And if you advance the slide to 38,

19   Michelle.

20   **Q.**  (BY MR. SMURZYNSKI)  Professor, what did you determine with

21   regard to that?

22   **A.**  Right.  So I understand that in some interpretation of

23   remedies, that agreements that include most-favored-nation

24   clauses, you know, essentially my understanding of it, the

25   standard MFN is you reach an agreement where a company cannot

1    sell to another company on terms that are better than what

2    they're currently offering to you, for instance.  And it's

3    important to note that some of these are price related.  I

4    can't charge a lower price to somebody else.  And some are

5    quality related.  Like I can't offer a better product and not

6    offer that same, better product to you.

7         You know, MFNs are recognized to have both procompetitive

8    and anticompetitive possible justifications.  I looked in

9    particular at the way the agreements are being used here, and

10   there are some significant procompetitive benefits that I think

11   are directly relevant in here.  One is, some of these -- again,

12   as I noted, that some of these are not related to price.

13        So, for example, Google has some data quality-oriented

14   MFNs, things like "You have to provide us the same timeliness

15   of data as you're providing to others."  I think that's

16   strictly a procompetitive thing.  You want consumers to have

17   the best available data in the products they use, so that

18   appears to be procompetitive.

19        More broadly, you're sort of trading off the fact that

20   you're taking out price as a competitive factor, which may or

21   may not be relevant in industries.  I didn't see anything that

22   suggests that's a really serious concern in this particular

23   industry.  And what you get for doing so is you get the ability

24   to adapt flexibility much -- much better.

25        And this is especially important in a world where the

Direct Examination - Hitt

 1    technology is evolving.  You don't know what all the

 2    applications are; you don't know what you're going to do

 3    tomorrow.  It makes it easier to reach agreements to say, look,

 4    you know, I don't have to spend a lot of time trying to figure

 5    out what the future is going to look like, I can reach

 6    agreement today and know I've gotten a good deal tomorrow,

 7    when, for example, people discover a new application for this,

 8    or I need to be able to build out this capability.

 9        In economics, this is mitigate hold-up problems.  You

10    don't put yourself in a bad situation because you contracted

11    today and the world changed.  You don't have to spend a lot of

12    time reaching these agreements.  It might make pricing a little

13    more transparent, especially these things where you're not

14    quite sure -- you might not know what these things are.  You

15    might be able to reach agreements faster.  And reaching more

16    agreements to get more data used in these things I think is

17    generally a good thing.  To the extent that these clauses

18    promote that, I think that's certainly useful.

19        Second general point is they're common, they're common for

20    everybody.  Let me see if I can find the nonredacted version

21    just so I can say a bit more about it.

22        So on the left of the -- left-hand side of the right-hand

23    chart, you see a number of firms that are actively involved in

24    the space, and you see a number of data providers.  And what

25    you see is a mix of things.  The lightly shaded lines are

Direct Examination - Hitt

1   situations where is there's no MFN, and some agreements don't

2   have them.  You also see price MFNs.  Those are the dash lines.

3   And you see data quality MFNs.

4        The conclusion I take away from this is, one, a lot of

5   people -- everybody's working with everybody else.  There's a

6   lot of agreements here.  And second observation is many of them

7   do include MFNs.  So it's a common business practice in the

8   space.  As we discussed earlier, there's nothing to suggest

9   this market is moving in a way where these data providers would

10  start reaching exclusive agreements.  I think that would be

11  foolish for them, but that doesn't seem to be a thing yet.  And

12  so I think that's -- again, this depiction I think gives a

13  little more color to that.

14  **Q.**  All right.  Professor, let's move on to the fourth bucket

15  of proposed remedies that you're addressing, and that's in

16  section IV.H, which is the requirement that Google provide

17  notice or notification and then a wait- -- a waiting period

18  before it's able to engage in various partnerships or

19  collaborations or the like.

20           MR. SMURZYNSKI:  And, Michelle, if you go to

21  slide 40.

22  **Q.**  (BY MR. SMURZYNSKI)  What did you find with respect to

23  that?

24  **A.**  So this is an industry that has a lot of collaboration.

25  It's technologically complex.  There's a lot of firms that can

Direct Examination - Hitt

1    bring different resources, be it data, be it tech bots, being
2    customer access points, products that could benefit from these
3    things.  So collaborations, partnerships, investments in this
4    actively developing space are extremely common.  So again,
5    curtailing a common and normal business practice may have
6    implications for the way this market develops.
7        It's especially potentially important here when you're
8    talking about, you know, there's many small firms in this
9    space, and we showed some of those big investment numbers,
10   that's, you know, OpenAI will be okay if they didn't have any
11   additional investment from others at the moment.  But there are
12   a number of smaller firms that are reliant on early stage
13   investment, particularly those seeking like compute capacity.
14   Google does do a number of deals, investments, to provide firms
15   with compute capacity.  And that might be difficult to afford
16   at an early stage for proof of concept.
17       So curtailing these kinds of things reduces -- has the
18   potential to reduce the amount of competition.  You will just
19   have fewer of these arrangements, which decreases the
20   competitiveness of firms that are there and potentially
21   decreases the rate of innovation.
22           THE COURT:  I'm sorry, when you say deals concerning
23   compute capacity, you mean Google has deals in which they offer
24   cloud computing capacity in exchange for equity in a company or
25   something else?

Direct Examination - Hitt

1          THE WITNESS:  I think that's -- some of these

2    arrangements, I had a discussion with the gentleman who focuses

3    on negotiating those, and that was one of the things they

4    contemplated.  So we will give you access to Google Cloud to

5    train your models, and we will take a partial stake in some

6    form or have some kind of arrangement.  It may be -- it could

7    take on things other than investment, for example, access to

8    your model, or some kind of other relationship.  The idea is,

9    yes, there are people -- there are firms that can significantly

10   benefit from getting that capacity, and this is one way in

11   which Google has historically has offered it.  We are talking

12   typically about small firms that would be in this box.

13          MS. CONNOR:  All right.  Michelle, if you would

14   advance the slide.

15   **Q.**  (BY MR. SMURZYNSKI)  You talked about how this was common

16   in the industry.  If you could just elaborate on that with

17   respect to slide 41?

18   **A.**  Yeah, so everybody's -- everybody works with everybody else

19   in this world.  Not everybody works with all the other

20   competitors, but there is a lot of collaboration here.  So

21   Perplexity works with Microsoft and Apple.  They have an

22   arrangement with Deutsche Telekom to integrate their products.

23   Perplexity uses AWS for the cloud infrastructure; they have

24   relationships there.  Google is connected to Anthropic who also

25   does AWS, and also, you know, has been working with Salesforce.

Direct Examination - Hitt

1    Microsoft has also had a number of relationships with different

2    firms.

3        So having these kinds of either investments or some kind

4    of collaboration or relationship is extremely common amongst

5    the successful firms.

6            MR. SMURZYNSKI:  All right.  Michelle, if you could

7    advance to the next slide.

8    **Q.**  (BY MR. SMURZYNSKI)  What did you find with regard to

9    Google's activity in this space?  I think you've touched on it

10   already, but --

11   **A.**  Yes, so I think we have a little more color on the nature

12   of Google.  So first of all, Google's no different than these

13   other ones.  There's many different kinds of relationships.  My

14   understanding from my discussions with Google folks is they

15   kind of divide the world into strategic investments that are

16   either for, you know, acquisition of talent or capabilities of

17   some sort.  So DeepMind comes to mind.  There, they basically

18   got some of their pre-eminent scientists in deep learning when

19   they founded DeepMind, which then became a key part of their

20   developing their AI capabilities.

21       So some of them are strategic and product focused.  Some

22   of them simply are VC investments.  The rate of return driven

23   maybe to facilitate the growth of the industry.  Google does

24   both of those across a wide variety of firms of varying sizes.

25   I think this is an important part of their strategy.

Direct Examination - Hitt

1       And, you know, it is recognized that, you know, in these

2   fast-paced markets, constraints on being able to do this might

3   be difficult, especially -- in part, as we were talking about

4   earlier about some of the smaller ones they've invested in,

5   those are not firms that are likely to have large legal

6   departments that can negotiate the disclosure and response

7   requirements.  And also, as we saw on that slide a little while

8   ago, you know, there were, what, seven new GenAI models

9   introduced in the span of six weeks.  You know, 30 days doesn't

10   seem like a lot, but it might be in this particular world.

11       So Google's involved in many of these kinds of

12   relationships from large to small, and constraints on it

13   generally might be challenging in terms of helping firms get

14   the resources they need and also, you know, advancing the

15   capabilities of products in the space generally.  And it may be

16   especially difficult for earlier stage firms that lack the

17   resources to participate in those kind of processes.

18       MR. SMURZYNSKI:  All right.  Michelle, if you go to

19   the next slide.

20  **Q.**  (BY MR. SMURZYNSKI)  Professor Hitt, taking the four

21  buckets of remedies together, what were your conclusions as to

22  the effect of them?

23  **A.**  Right.  So to the extent that Google has curtailed from

24  participating in this space, you're going to potentially

25  decrease their ability to compete against others, both in

Direct Examination - Hitt

1    GenAI, sort of chatbot applications, as well as products that

2    could potentially integrate GenAI applications.  That makes the

3    market just generally less competitive.  Google is not the

4    dominant participant in this market, but they're certainly a

5    significant participant in this market.  And they exhibit a

6    competitive constraint on the other participants.

7        In a world that they're able to extract less value or get

8    less benefit from making investments or have constraints on

9    this, they may be less willing to make investments.  Shrinking

10   the space of investments in a growing, technologically

11   sophisticated industry may reduce the pace of innovation

12   generally.  Then this ripples down not only to the pace of

13   innovation, but we're thinking about general purpose

14   technologies that not only affect the direct products like the

15   a chat app or even Google's products, but other things that

16   might benefit from it.

17       So you have to be concerned about removing them both as a

18   competitor and also the contributions that they may be making

19   to the innovation in the space more broadly which then fan out

20   and affect many other downstream industries.  That would be the

21   concern in these kinds of remedies that could affect the

22   marketplace in both ways.

23           MR. SMURZYNSKI:  Michelle, if you could advance to

24   the final slide.

25   **Q.**  (BY MR. SMURZYNSKI)  Professor Hitt, what were your overall

Direct Examination - Hitt

1    conclusions having studied this space?

2    **A.**  Right.  So just to briefly summarize, in terms of producing

3    successful foundation models, firms have the resources, the

4    necessary resources are available to firms who are building

5    foundation models, and the space is highly competitive.  Many

6    firms have been able to successfully introduce and continue to

7    innovate on these models, including the entry of new firms into

8    the space, even given the large number of models already

9    available.  So there does not seem to be a competition problem

10   in foundation models.

11          Similarly, in GenAI applications, this is also highly

12   competitive.  Consumers have a wide variety of choices here.

13   Firms have a wide variety of ways to reach consumers, and

14   they've been able to demonstrate technologies that consumers

15   find useful, partially because the foundation model space is

16   competitive.  And that translates over, but they also have the

17   other necessary resources to convert these models into useful

18   consumer products.

19          So it does not seem to be a competition problem in the

20   GenAI application space.  It's a general purpose technology

21   that has two important implications.  One is search is only one

22   small part of it, of what it can enable.  And it's not a search

23   access point.  And the second thing is reduced innovation in

24   general purpose technologies can have far-reaching adverse

25   effects, because it can potentially slow down innovation in

Direct Examination - Hitt

1    many other places.  That's the nature of general purpose

2    technologies.

3         Then, finally, to the extent any of the remedies would

4    curtail the ability of Google to invest, develop new technology

5    or create better products, as a result, that reduces

6    competitive constraint on other firms and may reduce consumer

7    value, especially for consumers who find Google's products

8    useful.

9         MS. CONNOR:  Thank you, Professor Hitt.

10         I have no further questions.

11         THE COURT:  All right.  Thank you very much.

12         Mr. Dahlquist, whenever you're ready.

13         MR. DAHLQUIST:  Thank you, Your Honor.

14         THE COURT:  I take it we'll be through the rest of

15    the day.

16         MR. DAHLQUIST:  Yes, Your Honor.  I don't know what

17    time you like to break.  I have about 45 minutes.  At the rate

18    Professor Hitt talks, it might be 20.  So he's -- we'll try to

19    slow it down.  Happy to continue to push through to the end of

20    the day, happy to break whenever you and the court reporter --

21         THE COURT:  That's fine.  Let's see where we are.  I

22    think our court reporter may appear a little bit more strained

23    than she usually has been.

24         MR. DAHLQUIST:  If she throws her hands up, we'll all

25    have to stop.

Cross-examination - Hitt

 1              THE WITNESS:  I'll try my best to not cram this into

 2     20 minutes.

 3              MR. DAHLQUIST:  Let's slow it down.  I have a

 4     tendency as well, so we'll both work on that with each other.

 5                        CROSS-EXAMINATION

 6     BY MR. DAHLQUIST:

 7     **Q.**  Professor Hitt, good to see you again.  I'd like to ask you

 8     some questions about what your counsel asked, your report, and

 9     some other items.

10         But let's start as to why we're here.  You understand that

11     we're here because the Court found, in its liability opinion,

12     that Google monopolized two markets; correct?

13     **A.**  Yes, broadly -- that's my broad understanding.

14     **Q.**  And you reviewed that opinion as part of your work in

15     preparing your expert report here; correct?

16     **A.**  Yes.

17     **Q.**  But I think in your view, the Court's opinion and the

18     Court's holding did not impact any of your conclusions.  That's

19     your view; correct?

20     **A.**  Right.  I understood the Court made specific findings

21     related to the search market and technologies related to that.

22     I was focused specifically on GenAI.  So that's right.  So it's

23     something I considered, but it was not something that directly

24     entered into any of the specific opinions I offered as I was

25     studying the GenAI market and the associated remedies.

Cross-examination - Hitt

1    **Q.** But even more so, in your view, the Court's opinion is not

2    necessary for you to reach your opinions; right?  Well, let me

3    restate it.

4        You do not believe, and you do not find it necessary, to

5    either accept the Court's opinion as true or not true in order

6    to arrive at your opinions?

7    **A.** Right, so I think -- I think that's right, because none of

8    the conclusions that I reached are contingent on what that

9    finding was.  It's certainly something I understood was an

10   important part of the backdrop.  But in terms of -- it's my

11   opinion that whether or not Google monopolized -- for example,

12   could have potentially monopolized search -- it does not affect

13   the fact the GenAI market is highly competitive, for

14   instance.

15   **Q.** I think you said that you didn't even focus on issues

16   related to market power for either the general search or

17   general -- or text ad marketplaces in reaching your opinions in

18   this case; correct?

19   **A.** So to the -- so I think that's fair in the sense that I

20   wasn't asked to focus on those areas.  To the extent I was

21   asked to address questions about the interrelationship between

22   GenAI and Search, I certainly considered that.  But I had

23   plenty to do, and I focused on the task that I was asked --

24   **Q.** Understood you had plenty to do.  But that's what I want to

25   set as a backdrop as we walk through all of your opinions here.

Cross-examination - Hitt

1   You felt it was not really necessary to incorporate the Court's

2   opinion or the Court's view as part of your analysis;

3   correct?

4   **A.**  I wouldn't go that far.  So I was not focused specifically

5   on the issues of monopolization that were found.  I understood

6   in your decision, you did have -- express some concerns about

7   whether or not this would extend into GenAI.  And so part of

8   the motivation of engaging in my report is to consider GenAI

9   issues as they would apply.

10  **Q.**  You do not believe that the Court's finding of market power

11  in general search factored into your opinion; correct?

12  **A.**  I think that's correct in the sense it was not a direct

13  part of my opinion.  But certainly, to the extent there's

14  issues related to the interaction of search and GenAI, that was

15  part of the backdrop, but it didn't directly affect my

16  opinion.

17  **Q.**  So let's back up now.  With that as a framework, let's talk

18  about some of the opinions you reached in this case.  First and

19  foremost, you're an economist; correct?

20  **A.**  Yes.

21  **Q.**  And your focus is on the economic impact of information and

22  information technologies; correct?

23  **A.**  That's correct.

24  **Q.**  And that you've served as an expert witness, I think, in

25  over 50 matters.  Maybe not testified in court but over

Cross-examination - Hitt

1    50 matters, you've worked as an expert; correct?

2    **A.**  Yeah, I'd say 50 or more over the last 30 years, 28 years

3    or so.

4    **Q.**  But this is the first time you've ever worked as an expert

5    in the generative AI field; correct?

6    **A.**  I think that's right, yes.

7    **Q.**  You've not published any articles related to GenAI;

8    correct?

9    **A.**  So I've published articles in *AI&L*, the economic impact,

10   but not specifically GenAI, that's correct.

11   **Q.**  That's because this is a relatively new industry;

12   correct?

13   **A.**  Yes.  The first commercial products that were widespread

14   distribution was November 2022 or so.

15   **Q.**  And you view yourself primarily as an empiricist;

16   correct?

17   **A.**  Yes, I -- well, I'm an empiricist.  Empirical work spans a

18   fairly large space, from econometrics to just business analysis

19   and business practices, but yes.

20   **Q.**  And empirical work involves working with large data sets;

21   correct?

22   **A.**  Not always.  Many do, but certainly, you know, I'm in a

23   business school; we take our case studies very seriously.  We

24   take analysis of small-scale data very seriously, and sometimes

25   that's really what you have.

Cross-examination - Hitt

1    **Q.** You did not perform any large-scale empirical work as part

2    of your analysis or opinions in this matter; correct?

3    **A.** So I can agree with that.  There was no large-scale

4    econometrics done in this circumstance.  The report itself,

5    though, is highly data driven, because it relies on things like

6    benchmarks and user figures and technical -- you know,

7    technical evaluations and a number of other statistics.  So

8    it's very data driven, but it's not large-scale econometrics.

9    **Q.** Let's talk about that.  That data that you've identified in

10    some of your slides in your report, you pulled from publicly

11    available sources primarily; correct?  In fact, principally?

12    **A.** I don't know -- so certainly, it's -- I try to rely on

13    public sources when public sources were available.  There is

14    some internal data as well.  So, for example, those user

15    figures I believe are a Google Document.

16    **Q.** And you relied on a lot of public analyst reports; correct?

17    **A.** Yes.  Understanding one of the ways to understand a market

18    is to look at how people have viewed it from the outside, so

19    yes.

20    **Q.** You didn't author any of those analyst reports.  These are

21    written by people that you're interpreting; correct?

22    **A.** Yes, they're written by other people.

23    **Q.** Some of your work also involves theoretical -- theoretical

24    analysis or building theory models; correct?

25    **A.** That's also correct.

Cross-examination - Hitt

1  **Q.**  But you didn't do any of that work here for your opinions

2  in this case, perform any theoretical or create any theoretical

3  models; correct?

4  **A.**  No, that's correct.  I didn't think it was necessary or

5  appropriate given the questions I was asked and the information

6  I have.

7  **Q.**  Now, in looking at your CV, I think you've worked on -- out

8  of the various matters you've worked on, maybe a handful were

9  antitrust matters before; correct?

10  **A.**  If you say -- I think it's on the order of seven, give or

11  take, including some very large ones, yes.

12  **Q.**  In other antitrust matters, you've previously defined a

13  relevant market before; correct?  You know how to do that;

14  right?

15  **A.**  Yes.  In many cases, I was responding to analysis-relevant

16  markets, but that's something I've done in the past.

17  **Q.**  You did not define a relevant market in any of your work

18  here in this matter; correct?

19  **A.**  That's correct.  I don't believe that it was necessary to

20  do a market definition exercise, and there is no general --

21  there was no GenAI market definition offered previously.

22  **Q.**  And let's -- if we can look at your slide deck.

23       MR. DAHLQUIST:  Hopefully, we can put it up; right,

24  Ms. Cassidy?

25  **Q.**  (BY MR. DAHLQUIST)  I'm -- we're going to walk through

Cross-examination - Hitt

1    several of your slides that you've talked with your counsel

2    about today.  Let's start at slide 7.

3         And we'll talk about this a lot more today, but you looked

4    at three inputs into the foundational model world.  You looked

5    at talent, you looked at computational ability, and you looked

6    at -- what was the last one you got there?

7    **A.**  Data.

8    **Q.**  Data.  Thank you.  Because we're going to talk a lot about

9    that.

10        Those are the three inputs that you looked at into

11   foundation models; correct?

12   **A.**  Yes, that was my focus, and that was intended to be

13   exhaustive.

14   **Q.**  Okay.  So let's look -- one of them was talent, that we

15   have the slide here in front of you; right?  You're not a labor

16   expert; correct?

17   **A.**  So I've written some of the significant papers on labor

18   mobility and economic growth.

19   **Q.**  Okay.

20   **A.**  It was a focus of my work, some from about 2005 to roughly

21   2015.

22   **Q.**  In this case, are you defining a relevant market with

23   regard to the labor and the talent that's available in the

24   generative AI industry?

25   **A.**  So, no, I didn't attempt to identify a antitrust market.

1    That has a lot of apparatus that are associated with it.  For

2    the purposes of evaluating competition, I followed the

3    convention of, you know, considering economic models and

4    frameworks that people use to think about industries.  But I

5    didn't attempt to create an antitrust market here.

6    **Q.**  Let's go to the next slide, slide 8.  Same questions with

7    regard to cloud computing and AI chips.  You didn't attempt to

8    define a relevant market with regard to who the players are in

9    either of these markets; correct?

10   **A.**  Right.  So I would say I did not go through the antitrust

11   market definition, which has a lot of apparatus and a lot of

12   specific issues associated with it.  I did rely on external

13   analysts who looked at the various products in the market and

14   providing statistics that enable you to identify who the

15   participants are and how active they are.

16   **Q.**  And in looking at the generative AI market -- let's go to

17   slide 20 real quick -- you talked a lot about some of the GenAI

18   competitors that are out there in the Gen AI industry; correct?

19   **A.**  That's correct.

20   **Q.**  With respect to the GenAI industry, you did not perform

21   relevant market analysis; correct?

22   **A.**  So I didn't go through the antitrust definition of an

23   antitrust market in here, and I think that's true throughout my

24   report.  I analyzed who participates in these various products

25   at these various levels, but I didn't go through the sniff

Cross-examination - Hitt

1    tests and the other things that are used for antitrust

2    markets.

3    **Q.** Right.  Let's talk about what that means.  You didn't

4    perform a hypothetical monopolist test, a sniff test, a

5    diversion analysis.  You didn't do any of that work with

6    respect to the generative AI industry; correct?

7    **A.** That's correct, because there were no issues that I was

8    asked to address where I thought that would add significant

9    value.

10   **Q.** And you also didn't perform a substitution analysis to

11   determine how many users substitute from the search market to a

12   generative AI market or vice versa; correct?

13   **A.** So in terms of formal, you know, data-driven substitution,

14   I didn't engage in that.  I'm not sure you even can.  One of

15   the things I did consider, though, is the extent to which

16   there's substitutability, and there's other ways of going at

17   that question.

18   **Q.** You anticipated my next question, because I'm sure you

19   remember your deposition, which is, you don't even know if

20   that's possible because you couldn't identify an appropriate

21   data set to examine in this market; correct?

22   **A.** That's correct, that you are constrained in your ability to

23   do scientific research by the available data.  And in this

24   particular case, there's lots of information about how these

25   products are used.  There's consumer data, there's other

Cross-examination - Hitt

1    things, but what there isn't is an obvious source of usable,

2    large-scale econometric data that could be used for

3    substitution calculations.

4    **Q.**  Part of that is because I believe you define or you

5    recognize the generative AI industry is, I think, not stable;

6    isn't that correct?

7    **A.**  I think that's a fair assessment, yes.  I mean, it's

8    growing rapidly.  You know, you see some stability in the sense

9    that, for example, OpenAI seems to be consistently doing well.

10   All the firms are growing.  So there's some regularity to it,

11   but we're not sitting -- we're not in a world where we're

12   talking about, you know, aluminum or steel that's got a

13   50-year, 100-year industry.

14   **Q.**  The generative AI industry is constantly changing even

15   today; correct?

16   **A.**  I think there's constant innovation.  There's some -- there

17   is some things that are consistent over time, but I would

18   certainly say this is a very dynamic industry with a lot of

19   evolution over time.

20   **Q.**  Would you agree it's really hard to make predictions about

21   an industry that is dynamic or in flux, as you might say?

22   **A.**  So I think it's certainly more challenging to make

23   predictions.  But certainly, you could make inferences as to

24   what is more or less plausible based on available data by

25   observing the characteristics of the industry and the existing

Cross-examination - Hitt

1    available information about how the industry has evolved.

2    **Q.**  So today, you do not -- you're not offering -- you have not

3    made any opinion as to whether Google or any other firm has

4    market power in the generative AI industry; correct?

5    **A.**  So in the sense of a classic, you know, antitrust, market

6    power evaluation, I haven't done all the tasks necessary to get

7    there.  What you do see, however, is you see a large number of

8    participants.  You see a large degree of entry, constant

9    technological change.  The hallmarks, for example, of industry

10   that is characterized by anticompetitive behavior, I didn't see

11   anything that suggests it's consistent with that.

12       But I certainly didn't go through the full antitrust

13   exercise that would be there with, you know, defined market,

14   various modeling of market power and so forth.

15   **Q.**  Because you also found, through all of your reviewing of

16   analysis reports, this is an unstable market?

17   **A.**  I don't think that was necessarily the motivation.  What I

18   set out to do is to look at the degree of competition in this

19   market, and it has the characteristics of a competitive market,

20   many competitors, rapid entry, plentiful resources, no

21   constraints on the resources in any part of a supply chain.

22   And so that would be consistent with competition.

23       There are other ways to approach that.  Those are more

24   data intensive, and it may require data that isn't available.

25   I didn't do those, but I did do what I thought would be helpful

1    and useful for understanding the state of competition as it is

2    today.

3    Q.  Okay.

4        MR. DAHLQUIST:  We can take that slide down for now.

5    Q.  (BY MR. DAHLQUIST)  So let's talk more about data, the one

6    input I couldn't recall for a moment.

7        Now, your opinion is that Google cannot restrict access to

8    the critical inputs to the foundational models.  And you're

9    down to computational resources data and talent; right?  That's

10   the baseline of your opinion?

11   A.  Yes, I think that's -- that's broadly correct.

12   Q.  And you -- just to baseline, you have not developed a

13   foundational model yourself; correct?

14   A.  No, I've used models produced by others, but I have,

15   myself, not trained a foundation model.

16   Q.  You haven't trained on -- you haven't served as an expert

17   on foundational models in court; correct?

18   A.  So I certainly evaluate, but I have not been a technical --

19   I've not served as an expert, for example, on the engineering

20   of foundation models.  I'll agree with that.

21   Q.  You wouldn't call yourself a computer scientist; correct?

22   A.  I have some computer science training, but I would not

23   consider myself a computer scientist at the level it would be

24   necessary to come in and offer computer science opinions

25   here.

Cross-examination - Hitt

1   **Q.**  Okay.  And data is an important input because it's used to

2   train these foundational LM models; correct?

3   **A.**  Yes.

4   **Q.**  And you would agree that the quantity of data that is

5   available and is used to train is an important factor?

6   **A.**  Yes, in the sense of the quantity of useful data, as we

7   discussed earlier, all models filter this down.  Simply having

8   more data isn't necessarily better.  Having more useful data

9   certainly is, at least to some extent.

10  **Q.**  And I think you talked about that on direct, that not all

11  data that's out there is useful; correct?

12  **A.**  That's right, there's some -- some is not useful, and some

13  that might actually be actively unhelpful.

14  **Q.**  And I think you referenced there's billions of web pages

15  out there, and the ability to know which ones are spam or which

16  ones are not is an important input into a foundational model?

17  **A.**  I don't know that I quoted the numbers, but certainly, I

18  would agree with the concept that there's a lot of data out

19  there.  And some subset of that is useful in that firms try to

20  distinguish the two before putting that data into their

21  models.

22  **Q.**  And you would also agree that larger quantities of data

23  tend to yield more useful data?

24  **A.**  So that's a little bit tougher.  I think that could be

25  true.  I don't think it necessarily has to be true.  It depends

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Cross-examination - Hitt

1    on where you're getting that extra quantity from.

2    **Q.**  And would you agree that Google today has the largest

3    search index in the world?

4    **A.**  Yes, I believe that's a case fact.

5    **Q.**  And that Google uses its search data -- its web index and

6    its search data, to fine-tune its GenAI models; correct?

7    **A.**  So it's certainly the case that Google uses search data

8    like every other firm to train their foundation models.  It is

9    also the case that Google uses search-related data to train the

10   model -- the GenAI models that they're using for search

11   applications.  Things like AI Overviews, AI Mode certainly

12   would rely on search data.

13        It is my understanding, however, there's a partition, when

14   you talk about search data, between what is used for foundation

15   models is different than the types of data and search data that

16   would be used for search-related applications.

17   **Q.**  Fair point.  And so that's where I want to talk about --

18   move, I guess, from foundation models, talk about fine-tuning

19   those models into their uses at Google.

20        THE COURT:  Mr. Dahlquist, let me interrupt you.

21   We're approaching 5:00.  Why don't you use this as your last

22   topic and then we'll break for the day and go from there.

23        MR. DAHLQUIST:  Understood, Your Honor.  Thank you

24   very much.

25   **Q.**  (BY MR. DAHLQUIST:)  You would agree that Google today uses

Cross-examination - Hitt

1    a fine-tuned Gemini model to run its AI Overviews, as you
2    referenced; right?
3    **A.**  Yes, it's my understanding that the Google models, GenAI
4    models, that are specifically used in search are fine-tuned
5    based on search data, which is exactly what you would expect.
6    **Q.**  And that Google also uses fine-tuning to train the specific
7    models that help to run the Gemini app; correct?
8    **A.**  So in terms of -- certainly, they use search data, and I'm
9    talking about the public portion of the internet that they have
10   searched.  I understand that is a contributor to their
11   foundation models.  Some of that data could also potentially be
12   used for fine-tuning.
13        I have some very specific opinions about some of the
14   unique data sources.  It's my understanding that many of those
15   unique data sources are not specifically used for the training
16   of Gemini models.  But if you clarify a little bit more about
17   what you're talking about, we might be able to --
18   **Q.**  Certainly.  I think I've moved from beyond the foundational
19   model world to the fine-tuned models that are used in the
20   Gemini app as well as AI Overviews, because you understand
21   they're different; correct?
22   **A.**  Yes, they're fundamentally different, and the data that is
23   and would be used and would be useful for them for fine-tuning
24   is very different.
25   **Q.**  So let's just understand a core -- or let me make sure

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Cross-examination - Hitt

1    we're speaking the same language.

2        Do you agree that Google uses search data in order to

3    fine-tune, train the model that runs AI Overviews?  Let's start

4    there.

5    **A.**  So I would agree that under most reasonable conceptions of

6    what search data is, I would expect them to use that to both

7    train and to do fine-tuning in models used specifically in

8    search.  I think that's -- I think that's true.

9    **Q.**  Let's take the same question with regard to the Gemini app.

10   Would you agree that Google uses search data in order to

11   fine-tune and train the models -- the Gemini models that run

12   the Gemini app?

13   **A.**  So here, I think it's -- so it's useful to make a

14   distinction between, for example, it would not -- again, I

15   didn't do a detailed evaluation of all the data that's used in

16   fine-tuning, and I don't believe that's in the record.  I

17   have -- I don't have any evidence to suggest that in training

18   the Gemini model, they used some of the internal sources I

19   specifically evaluated.  For example, click-and-query is not

20   used in there.  There may be other sources that you could view

21   as being part of search data that may be used.  So without

22   being specific, I can't say more than that.

23   **Q.**  So to round out this section, you agree that Google has a

24   massive data-scale advantage with respect to the search data

25   that's available to it; correct?

Cross-examination - Hitt

1    **A.**  So I wouldn't -- "advantage" is a word that means something

2    in the context of my report.  Certainly, they have access -- I

3    would agree that the Google search repository is larger than

4    that of others.  Whether that yields an advantage, that is part

5    of the story in my report, and the conclusion is it doesn't

6    seem to yield a competitive advantage.  But certainly, they

7    have more data in their search repository.

8    **Q.**  Professor, I guess that's my point.  This Court has found

9    that Google does have a significant scale advantage with search

10   data, and that same data is used to train some of these

11   fine-tuned models at Google Search.  And are you taking that

12   into account in your opinions?  That's my question.

13   **A.**  So, yes.  So it's important to be precise here.  So I would

14   certainly agree that Google has the largest data repository

15   that is related to search.  I also understand that only certain

16   parts of that are actually used for the training of the

17   foundation models.

18        And I specifically investigated that.  Some of the things

19   you might be concerned about, that might be unique Google

20   assets, for example, the click-and-query data I understand are

21   not used in general -- in the foundation model training, or, as

22   my understanding, in the Gemini app, or at least there's no

23   specific information that would indicate that's the case.

24        So, certainly, they have more data.  Some of that data is

25   used to train these models but allow the unique -- there's

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Cross-examination - Hitt

1    nothing to suggest that these unique data assets that Google

2    has for the most part, at least the ones we've been talking

3    about, are used to train the Gemini app for general purpose

4    queries, as opposed to the search apps which would use search

5    data.

6    **Q.**  Okay.  Let's assume for a minute -- let's assume for a

7    moment that Google is using some search data to train models

8    that run the Gemini app.  In that situation, do you believe

9    that Google has an advantage?

10   **A.**  Okay.  So again, it's important to make the distinction

11   here.  So some of that search data is available to everyone.

12   So, for example, it's the open web.  Other firms can search

13   that data.  I understand that Google certainly uses that data

14   for training their models.  I think that's unambiguously the

15   case.

16       When you use the phrase "search data," it's important to

17   distinguish, at least for the purposes with my analysis, things

18   that are available to everyone versus assets that Google may

19   have acquired in here.  I've investigated certain specific

20   ones.  I haven't found evidence that they actually use them.  I

21   refer specifically to click-and-query data, is the one I

22   specifically investigated.  That's -- I think that's the most I

23   can say there.

24       I have nothing -- nothing suggests that they use other

25   kinds of proprietary data at the user level to train these

1    other models.  And that's my understanding at least in the

2    context of my report.

3            MR. DAHLQUIST:  Okay.  With that, Your Honor, before

4    I move to a new section, it probably makes sense to break.

5            THE COURT:  Okay.

6            All right.  Professor Hitt, we will adjourn for the

7    evening.

8            What time will we start tomorrow?  Do we have

9    anything in the morning?

10           (Discussion held off the record.)

11           THE COURT:  All right.  So we'll begin tomorrow at

12   9:30.  So if you can just make sure you're here on time and not

13   discuss your testimony with anyone overnight.

14           THE WITNESS:  Understood.  Thank you.

15           THE COURT:  We'll see you tomorrow.  You can leave

16   the courtroom.  I'll just talk to counsel momentarily.  Thank

17   you.

18           THE WITNESS:  Thank you.

19           THE COURT:  Okay.  So just in terms of tomorrow,

20   what's on tap?  We're going to finish with Professor Hitt and

21   then where are we going from there?

22           MR. SCHMIDTLIEN:  So after Professor Hitt, we will

23   call Professor Murphy.  And then after Professor Murphy, we

24   have Mr. -- I'm going to -- I'm going to butcher his name, but

25   Mr. Muralidharan from Google is going to be testifying after

Cross-examination - Hitt

 1    Professor Murphy.

 2              THE COURT:  Okay.  All right.

 3              MR. DAHLQUIST:  Your Honor, this brings up a tiny

 4    request.  Mr. Schmidtlien and I have talked, too, I think,

 5    yesterday.  Our request is, I don't think that's going to fill

 6    the full day tomorrow.  They have, on Friday, Professor

 7    Elzinga, who would be their next witness, who I have seen here

 8    in court.  So I know he's in town, which is great.  I would ask

 9    that if we get there, that Professor Elzinga be available to

10    start tomorrow afternoon, because we're starting to run into a

11    Friday problem.

12              At present, if they started Elzinga on Friday

13    morning, we currently plan to call two witnesses in rebuttal,

14    very short, Professor Jareth, our ads expert, who would be in

15    response to Professor Israel, as well as recall Dr. Chipty to

16    respond to some things we anticipate will be said by Professor

17    Murphy as well as Professor Elzinga.

18              Now, we don't know exactly what they're going to say,

19    but we have an idea based on the summaries.  I would represent

20    that both of those witnesses I'm going to get done in two hours

21    or less.  So I think we can do that in Friday afternoon, maybe

22    a little -- but I'm worried about squeezing us because I don't

23    think any of us want to be here on Monday.

24              THE COURT:  I'll be here Monday.

25              MR. SCHMIDTLIEN:  I mean, and we're happy to talk

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

1    more at length about this.  There is no basis for Professor

2    Jareth to be offering a rebuttal case.  They -- he is an ads

3    remedy expert.  He did not disclose a report on the deadline,

4    the first deadline for experts in this case.  They have the

5    burden.  They didn't offer an expert on it.  Professor Israel

6    submitted a report on this date and now they're trying to get a

7    rebuttal to Professor Israel.  That is -- it's inappropriate.

8    They had the burden.  You can't offer a rebuttal on an issue

9    you have the burden of proof on.  That's number one.

10          Dr. Chipty offered all of her opinions and addressed

11   everything and had a full opportunity to rebut all of the

12   opinions of Murphy and Elzinga, who have been -- both sides

13   submitted multiple reports past each other.  So she was -- had

14   a full opportunity, just like other experts who have come up

15   and have testified about things that, you know, they

16   anticipated they were going to hear about.

17          THE COURT:  Mr. Dahlquist, let me hear from you on

18   the first point that Mr. Schmidtlien's making.

19          MR. DAHLQUIST:  Professor Jareth is a pure rebuttal

20   expert.  Correct, he did not submit an initial report.

21   Professor Israel did, addressed and criticized many of the ads

22   remedies.  Professor Jareth submitted his rebuttal report,

23   timely, on the rebuttal deadline, which is what it was set up

24   to be.  We had an initial and we had responsive reports.  It's

25   exactly what it was.  That's the vehicle that we put in.

1    Everybody rebutted.  Everybody rebutted each other.  This is

2    shots going across.

3            THE COURT:  I guess what I would say is as follows,

4    which is, certainly, I don't think -- well, I'll put it

5    differently.  I don't know that -- I didn't foreclosed the

6    possibility -- I don't think any of us foreclosed the

7    possibility of a new expert being designated as a pure rebuttal

8    expert.  I think the question that Mr. Schmidtlien has raised

9    is slightly different, which is an issue -- again, this is a

10   remedy you're putting forward.  If you haven't put forward an

11   initial expert report to support that remedy, whether it's

12   appropriate to bring somebody in who effectively is doing a

13   back-end, end-around, if you will, to avoid -- to redress that

14   issue.

15           MR. DAHLQUIST:  Sure.

16           THE COURT:  And I don't know the answer to that.  So

17   I guess what I would say is, let's -- we'll take a look at it

18   this evening.  If you all want to file something brief, feel

19   free.  Doesn't need to be notes to Jesus on this, but if there

20   are cases you just want to direct us to, happy to take a look

21   at it and then we can make a decision.

22           MR. DAHLQUIST:  If I could address one other point,

23   Your Honor.  We did not submit the initial report, because

24   you're the record, and your opinion identify these findings.

25   And so we believe that our remedies and ads are supported by

Cross-examination - Hitt

 1    the record as it existed at the close of liability.

 2            This is related to the SQR reports.  This is

 3    related -- it's not the data sharing necessarily, it's the

 4    keywords, and there's one other piece that I'm forgetting at

 5    the moment.  But those elements that you already found and

 6    that's what the remedy was going to address.

 7            Professor Israel comes in with a new opinion.  You

 8    heard it.  He had not addressed any of that in his liability.

 9    He hadn't addressed any of those topics, but comes in with a

10    new opinion, and so that is why the rebuttal came from Jareth,

11    who actually testified about those things.

12            THE COURT:  Right.

13            MR. DAHLQUIST:  So we didn't want to submit an

14    initial report which is just repetitive of things that you

15    already found and he already said.  But now Professor Israel is

16    challenging some of those things.  That's why the Jareth

17    report -- rebuttal report came in.  But you have a summary that

18    we've issued to the Court, I think, today.

19            THE COURT:  I have a summary.  I'll take a look.

20    Again, if you all want to cite us cases if they're out there,

21    we'll take a look and then we can give you a ruling tomorrow.

22            MR. DAHLQUIST:  Okay.  Thank you, Your Honor.

23            THE COURT:  Okay.  And as far as Dr. Chipty goes,

24    look, I kind of put her in the same category as we had in the

25    liability phase.  If she wants to come in for a short period of

Cross-examination - Hitt

1    time, that's fine.  They carry the burden.  It is ultimately

2    something that I think is appropriate given the amount of

3    expert testimony that's --

4            MR. SCHMIDTLIEN:  I assume we are not going to hear

5    new opinions out of her, though.

6            THE COURT:  Well --

7            MR. SCHMIDTLIEN:  Because she had an opportunity --

8    she issued a report, our experts issued a report, and then she

9    had an opportunity to respond to our experts.

10           THE COURT:  The short answer is that's certainly not

11   the purpose.  If there is an issue with respect to the newness

12   of her opinion, you'll let me know.  But my expectation is that

13   she would come in and respond to some of what has been said.

14   Maybe it will be slightly repetitive of what was said earlier,

15   but it's a true rebuttal of what has been said by some of your

16   experts.

17           MR. SCHMIDTLIEN:  So I'm assuming we're not going to

18   hear anything from her outside the bounds of her rebuttal

19   report.

20           MR. DAHLQUIST:  We will take your guidance and heed

21   appropriately, sir.

22           THE COURT:  Yeah.  Look, that's the function.  And

23   again, if -- you'll let me know, if you think she's painting

24   outside the lines, and we'll make a decision.  Okay?

25           MR. SALLET:  Mr. Dahlquist began with a request of

Cross-examination - Hitt

1    Mr. Schmidtlien, as the day plays out tomorrow, such that we
2    would have time --
3              THE COURT:  Right, that is where we began.
4              MR. SALLET:  Right.  And I just wanted to close that
5    issue.
6              THE COURT:  Right.  I appreciate that.  We did start
7    there.
8              MR. SCHMIDTLIEN:  I mean, candidly, Judge, they are
9    now in scale-back mode on their examination of our witnesses to
10   try to make room for this -- for this.  If they had told us
11   they were scaling back, I mean, we've, frankly, got deposition
12   testimony that we would play for the Court as we did last time,
13   if we got done early tomorrow.  I don't know how much time
14   they're going to spend with Professor Murphy.  I don't know how
15   much time they're going to continue to spend with our other
16   witnesses, but we basically have been budgeting crosses to be
17   at or about the same length of our directs.
18             THE COURT:  Okay.  Look, I think in the interest of
19   avoiding coming back on Monday, if Professor Elzinga -- is he
20   available tomorrow to begin in the afternoon?
21             MR. SCHMIDTLIEN:  I will double-check.
22             THE COURT:  Okay.  I mean, if he's available, let's
23   bring him here, let's get started.  I think it's in everybody's
24   interest to finish tomorrow -- excuse me, Friday.  So let's
25   just proceed with that purpose in mind.  Okay?

Cross-examination - Hitt

1                MR. DAHLQUIST:  Thank you, Your Honor.

2                THE COURT:  All right.  Anything else before we

3       adjourn for the evening?

4                MR. DAHLQUIST:  My only final question, which is a

5       question for Friday, but I wanted to put it in your brain now.

6       On Friday, we would love any of your thoughts related to

7       closings, related to the days --

8                THE COURT:  Well, if you want to put something in my

9       brain about that, then I would be grateful to share it with

10      you.  But I think, like last time, I want to marinate -- I want

11      to let this settle for a little while, not that long, but I

12      think last time -- I can't remember how many weeks in advance I

13      issued that order that structured the closings.  And I'll do

14      something similar here.

15               MR. DAHLQUIST:  That would be great.

16               THE COURT:  Honestly, I just don't think I'm ready

17      tomorrow or on Friday to share that with you.

18               MR. DAHLQUIST:  Understood.  I guess the only

19      guidance would be if you anticipate it being one day or two.  I

20      know we're reserving the 29th and 30th.

21               THE COURT:  Yeah, until we reserve the two days, I'm

22      not sure that we'll need two this time around.  The first time

23      we obviously had two markets, a lot to cover.  But let me think

24      about it, and we can figure that out in due time.

25               MR. DAHLQUIST:  Thank you, Your Honor.

Cross-examination - Hitt

1          THE COURT:  Okay.

2          All right.  Unless there's anything else, we will

3   adjourn for the evening.  We'll see everybody else -- we'll see

4   you tomorrow.  Do not wait for me because I have another matter

5   coming in after you all.

6          MR. DAHLQUIST:  Thank you.

7          THE COURT:  Thank you.  Have a good night.

8          (The proceedings were concluded at 5:15 p.m.)

9

10         I, Christine Asif, RPR, FCRR, do hereby certify that
    the foregoing is a correct transcript from the stenographic
    record of proceedings in the above-entitled matter.

11

                    _____/s/_____
12                      Christine T. Asif
                     Official Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25

Cross-examination - Hitt

< Dates >.
"September
   36:7.
31.001.
   22:8.
April 14th
   93:9.
August 2024
   46:20.
March  57:7,
   101:7.
March 2025,
   101:8.
March 2025.
   99:19.
March 25th,
   89:8.
March 26th,
   89:6.
May  29:23.
May 7, 2025
   1:11.
November 2022
   135:13.
October  99:18,
   101:7.
October of
   2024,
   101:7.
October,
   99:23.
September 11,
   2024,
   36:11.
September 2024
   39:24.
$40 102:13.
$5 77:16.
.
.
< 0 >.
00 67:7,
   146:2.
0042 36:1.
0162 46:4.
02199 3:19.
0372 43:16.
.
.
< 1 >.

1 5:2, 29:2.
1.2 100:3.
10-101 1:33.
100-year
   141:16.
10005 2:39.
1062 48:24.
11 51:22.
12 1:13, 32:13,
   32:23.
121 88:3.
13 66:15.
1300 2:23.
14 89:1.
15 67:8,
   158:18.
16 19:8, 37:3,
   37:16,
   92:12.
160 99:24.
162 46:8.
17 67:11.
18 94:17.
19 96:15.
1996 65:16.
.
.
< 2 >.
2 67:11.
2.5 89:9.
20 81:7, 98:9,
   131:15,
   131:24,
   139:19.
20-3010-APM
   1:6.
20001 3:44.
2000s 64:25.
20024 3:13.
2005 138:22.
2010s 65:2.
2015 138:23.
2019 65:4.
202 3:45.
20207 2:30.
2023 49:21,
   49:24,
   52:3.
2024 46:24,
   88:2.

2026 42:15.
20530 1:40,
   1:46, 2:15.
209 1:26.
20th 2:38.
21 47:21.
22 102:4.
25 106:18,
   106:20.
28 2:37,
   135:1.
29th 158:5.
.
.
< 3 >.
3 12:8, 17:17,
   21:21, 22:6,
   44:2, 67:7,
   67:8, 67:11,
   67:19.
30 5:2, 32:14,
   80:23,
   113:14,
   128:5, 135:1,
   150:19.
30.001 29:14,
   29:18.
30th 65:15,
   158:5.
31.001 29:14,
   29:18.
32 116:1.
33 116:7.
333 3:43.
350 102:21.
354-3247
   3:45.
37 121:10.
372 43:20.
37202 2:31.
38 121:12.
.
.
< 4 >.
40 124:16.
41 65:11,
   126:13.
45 131:14.
450 1:32, 1:39,
   1:44, 2:13.

.
.
< 5 >.
5 146:2,
   158:18.
50 134:24,
   134:25,
   135:1.
50-year
   141:16.
500 65:11.
58 67:11.
5C 57:23.
.
.
< 6 >.
6 70:7.
600 1:27.
60604 1:28.
680 3:12.
.
.
< 7 >.
7 138:4.
7106 2:14.
7th 2:24.
.
.
< 8 >.
8 139:8.
800 3:18.
80203 2:25.
871 47:20.
8714 1:45.
875 48:23.
880 37:4,
   37:5.
886 51:23.
896 37:17.
.
.
< 9 >.
9 60:9,
   150:19.
90 99:23.
900 39:8.
94102 1:34.
_____/s/___
   _____
   158:24.

.
.
< A >.
ability 6:8,
  28:1, 28:6,
  31:19, 41:19,
  55:14, 61:1,
  73:21, 73:22,
  76:3, 92:15,
  99:10, 102:7,
  111:4, 117:2,
  118:8,
  119:20,
  120:19,
  122:19,
  128:22,
  131:1, 138:7,
  140:25,
  144:19.
above 50:13.
above-entitled
  158:22.
Absolutely
  115:6,
  120:12.
absorbed
  113:6.
absorbing
  52:4.
accelerated
  14:17.
accelerating
  109:20.
acceleration
  73:25,
  74:6.
accelerator
  16:18,
  18:14.
accept 73:16,
  90:12,
  133:4.
acceptance
  71:20,
  107:12.
accepted
  60:24.
accessible
  55:15, 78:12,
  78:13.

accessing 18:6,
  18:14.
according
  60:16,
  65:10.
account 106:20,
  148:19.
accountability
  53:16.
accountable
  45:16, 45:18,
  45:22, 53:19,
  53:22.
accuracy 23:21,
  50:23, 50:25,
  51:19.
accurate
  17:2.
accurately
  53:19.
acquire 81:8.
acquired
  150:1.
acquiring
  75:17.
acquisition
  120:9,
  121:11,
  127:12.
across 38:21,
  38:22, 48:17,
  64:20, 66:19,
  72:20, 97:8,
  108:25,
  109:21,
  110:3,
  127:20,
  153:11.
action 5:14,
  26:3, 32:8,
  57:7.
actions 22:6.
activate
  6:25.
activated
  6:12.
active 25:4,
  75:5, 75:19,
  79:5, 87:24,
  88:11, 88:22,

92:7, 99:4,
  99:23,
  119:10,
  139:17.
actively
  104:11,
  123:18,
  124:24,
  144:17.
activities
  77:9, 109:22,
  113:5.
activity 73:21,
  110:1,
  112:24,
  127:5.
ad 54:22,
  133:16.
Adam 2:6.
adapt 122:19.
add 140:11.
added 27:1,
  27:22.
addition 12:7,
  26:7,
  101:13.
additional
  22:8, 23:2,
  58:3, 83:7,
  112:21,
  125:6.
address 58:9,
  92:15, 92:16,
  133:20,
  140:11,
  154:6,
  154:15.
addressed
  152:19,
  153:5,
  154:17,
  154:18.
addressing
  69:23,
  124:10.
adjourn 150:13,
  157:13,
  158:13.
admit 29:14.
admitted 29:16,

36:4, 46:7.
adopt 112:10.
adoption 69:6,
  100:2.
ads 52:2,
  54:18,
  151:21,
  152:10,
  153:5,
  154:9.
advance 67:17,
  68:5, 81:25,
  82:25, 85:11,
  92:11, 93:22,
  95:15, 99:7,
  103:10,
  104:20,
  106:18,
  107:19,
  109:3, 110:8,
  113:13,
  115:1,
  115:25,
  116:6,
  116:14,
  118:5,
  118:11,
  121:12,
  126:10,
  127:3,
  129:20,
  157:23.
advancing
  128:11.
advantage
  14:18, 18:5,
  18:14, 27:14,
  33:15, 33:18,
  33:20, 33:22,
  72:23, 94:25,
  95:18, 148:6,
  148:8,
  148:11,
  148:13,
  148:16,
  149:16.
advantages 9:1,
  9:2, 93:13,
  94:25, 95:10,
  106:23,

Cross-examination - Hitt

107:8.
adverse
  130:22.
affect 68:3,
  119:25,
  129:11,
  129:17,
  129:18,
  133:12,
  134:14.
affected
  113:2.
affects 64:7.
afford
  125:11.
Afternoon 1:13,
  62:8, 151:17,
  152:4,
  157:5.
afterwards
  34:18,
  86:13.
aggregate
  76:22.
ago 15:10,
  24:18, 89:12,
  92:4, 99:24,
  103:14,
  128:4.
agree 16:19,
  16:21, 30:21,
  31:6, 38:15,
  39:17, 40:13,
  44:9, 48:9,
  53:8, 55:9,
  55:12, 55:24,
  87:5, 136:2,
  141:23,
  143:23,
  144:8,
  144:23,
  145:2, 145:7,
  146:6, 147:9,
  147:12,
  147:17,
  148:5,
  148:10,
  148:21.
agreed 118:3.
agreement 13:8,

13:10,
  121:19,
  123:1.
agreements
  79:3, 80:5,
  116:12,
  121:10,
  121:17,
  122:3,
  122:23,
  123:7,
  123:10,
  123:11,
  123:21,
  124:1,
  124:5.
Aguilar 1:30.
Ah 33:21.
ahead 24:4,
  51:22, 61:20,
  70:7, 74:22,
  83:18.
AI&L 135:8.
Ai-based
  64:24.
al 1:6.
alarm 81:7.
Aldape 1:30.
alert 5:22.
Alexa 7:20.
Alibaba 77:8,
  89:12.
allow 14:7,
  24:4, 44:10,
  103:15,
  149:7.
Allows 33:14,
  33:16, 33:19,
  33:21.
almost 11:15,
  54:13, 73:6,
  100:10,
  103:7,
  109:22.
already 17:10,
  30:13, 36:4,
  46:7, 67:18,
  104:1, 110:7,
  118:3, 127:6,
  130:6,

154:14,
  154:24.
alternative
  74:14.
although 39:21,
  53:12, 84:3,
  86:10,
  106:4.
Aluminium
  42:10, 42:15,
  42:17,
  43:13.
aluminum
  141:15.
Amazon 7:18,
  74:16, 75:3,
  76:10, 76:16,
  77:2.
AMERICA 1:5.
Amit 1:17.
Among 67:24,
  78:12, 88:23,
  118:17.
amongst 70:8,
  91:6, 93:25,
  97:17,
  126:25.
amount 15:14,
  19:13, 19:14,
  49:22, 50:11,
  50:21, 77:25,
  105:10,
  125:13,
  155:13.
amounts
  101:16.
ample 102:18.
analyses
  99:15.
analysis 70:15,
  70:19, 134:1,
  135:18,
  135:23,
  136:1, 137:1,
  139:24,
  140:8,
  140:13,
  142:19,
  149:24.
analysis-releva

nt 137:17.
analyst 136:17,
  136:22.
analysts
  139:15.
analytics
  63:24, 64:25,
  65:1, 65:24,
  96:8.
analyze
  90:10.
analyzed 99:17,
  101:9,
  140:2.
analyzing
  70:24.
anchored
  70:20.
and/or 59:24.
announce
  7:15.
announced 12:7,
  17:16, 21:7,
  89:10.
announcement
  22:11,
  22:16.
announcements
  17:16.
announces
  22:12,
  25:9.
answer 19:6,
  40:16, 40:17,
  40:18, 40:22,
  40:23, 55:21,
  56:14, 56:17,
  90:19, 90:20,
  100:13,
  111:12,
  114:8, 114:9,
  153:25,
  155:20.
answered 34:22,
  34:23,
  40:20.
answering 15:4,
  111:10,
  112:12.
Anthropic

Cross-examination - Hitt

88:10, 98:19,
102:13,
126:20.
anticipate
151:23,
158:4.
anticipated
140:21,
152:25.
anticipating
79:10.
anticompetitive
122:2,
142:13.
Antitrust 1:25,
1:38, 2:20,
2:36, 137:11,
137:14,
139:2, 139:7,
139:12,
139:25,
140:1, 140:4,
142:8,
142:15.
anybody 81:11,
117:9.
anyway 77:3.
API 14:5.
Apis 8:3, 14:1,
14:7, 17:8,
34:3, 117:18,
119:4.
APK 13:5.
apparatus
139:3,
139:13.
apparently
96:22.
appear 110:6,
131:19.
APPEARANCES
1:21, 2:1,
3:1.
appears 26:1,
82:14,
122:13.
Apple 10:20,
31:12, 60:21,
60:22, 61:3,
73:8, 105:13,

105:15,
117:9,
117:11,
117:12,
117:15,
118:2,
126:17.
application
5:13, 5:23,
9:11, 14:3,
14:7, 68:22,
83:14, 85:19,
98:14,
120:22,
123:2,
130:17.
apply 134:8.
appreciate
38:8, 38:18,
156:16.
Approach 21:22,
35:21, 39:13,
70:19, 70:20,
84:5, 100:24,
105:24,
143:1.
approaches
97:20.
approaching
146:2.
appropriate
5:17, 58:10,
137:7,
140:23,
153:21,
155:12.
appropriately
156:6.
approximately
89:8,
101:15.
Apps 6:4,
19:18, 19:19,
20:1, 20:7,
26:23, 26:24,
26:25, 27:1,
111:4, 111:5,
112:2,
112:14,
112:19,

116:18,
119:8,
149:11.
April 21:7.
apropos
76:20.
architect
16:7.
architected
18:12, 18:15,
28:9.
architecture
10:21,
15:21.
architectures
10:23.
area 23:3,
44:17, 44:20,
44:22, 45:1,
45:2, 68:10,
69:7, 73:10,
79:5, 87:24,
88:13,
93:15.
areas 44:25,
63:20, 64:11,
64:13, 66:6,
68:10, 68:18,
91:16, 91:17,
93:17, 97:5,
133:19.
Arena 90:23,
92:25, 93:6,
94:7.
arguably
24:3.
argue 45:6.
argued 94:24.
Arlen 1:30.
around 18:25,
27:21, 53:5,
59:15, 89:6,
102:9,
108:14,
158:7.
arrangement
106:9, 126:1,
126:18.
arrangements
117:22,

125:14,
125:22.
arrive 133:5.
arrow 14:5,
14:15.
articles 78:19,
80:23, 135:6,
135:8.
articulate
114:16.
aside 31:24,
41:24,
44:8.
Asif 3:41,
158:20,
158:25.
aspect 69:15,
69:16.
aspects
92:13.
assemble
92:22.
assess 72:22.
assessing
70:8.
assessment
95:22,
141:10.
asset 82:10.
assets 149:2,
149:8,
149:25.
assignment
67:22.
assist 62:14.
assistant 6:5,
6:15, 6:24,
8:17, 21:3,
25:3, 26:2,
33:2, 104:6,
117:20.
assistants
6:12, 6:19,
24:25.
associated
82:24,
101:20,
115:13,
132:23,
139:3,

139:14.
assume 23:19,
   40:3, 47:10,
   52:14, 55:4,
   149:13,
   155:14.
assuming
   156:2.
attempt 139:2,
   139:7,
   139:9.
Attorney 2:28,
   2:35.
attract 95:7,
   104:9.
attracted 73:1,
   80:17.
attractive
   75:1,
   120:1.
attributable
   50:9,
   59:21.
attribute
   107:25.
attributed
   48:11.
attributes
   52:24.
Austin 2:27.
authenticity
   23:21.
author
   136:22.
Avenue 1:32,
   3:12, 3:43.
avenues
   103:15.
avoid 153:22.
avoiding
   157:4.
award 66:16,
   66:18.
awards 66:12,
   66:14.
aware 7:9,
   20:13, 20:16,
   94:18.
away 73:6,
   123:24.

AWS 126:19,
   126:21.
Azure 76:17.
.
.
< B >.
B. 2:17.
back 5:3,
   14:25, 20:24,
   57:9, 59:22,
   63:11, 96:1,
   115:7, 119:7,
   121:9,
   134:16,
   156:21,
   157:4.
back-end
   153:22.
backdrop 68:2,
   133:9,
   133:24,
   134:14.
bad 123:5.
bar 49:10,
   49:12, 49:13,
   49:14, 49:16,
   49:17, 49:24,
   50:3, 50:7,
   51:2.
bars 91:22.
Bartels 1:36.
base 43:3,
   93:4.
based 16:16,
   28:16, 28:23,
   42:8, 43:9,
   86:11, 90:7,
   97:23, 98:25,
   111:5, 113:3,
   113:11,
   142:2,
   146:11,
   152:1.
baseline
   143:13,
   143:15.
basically 14:5,
   71:11, 76:9,
   78:11, 88:24,
   90:24, 93:10,

94:12,
   101:17,
   108:10,
   108:20,
   111:24,
   127:13,
   157:1.
basis 95:2,
   152:9.
Bates 37:4.
battery 10:17,
   15:8.
BBC 25:25.
became
   127:15.
become 5:15,
   68:19, 73:25,
   84:7, 92:18,
   104:6.
becoming
   91:18.
Beede 47:9.
began 66:1,
   156:10,
   156:13.
begin 30:4,
   150:18,
   157:5.
beginning
   20:16, 29:2,
   70:4, 79:25,
   104:5,
   107:23.
begins 51:3.
begun 80:2.
behavior
   142:13.
behind 76:9,
   107:12.
below 14:15,
   51:14.
bench 89:19.
benchmark
   89:19,
   90:18.
benchmarks
   90:5, 90:14,
   90:15, 90:17,
   91:4, 91:15,
   92:21, 94:4,

136:5.
benefit 87:12,
   103:12,
   119:18,
   119:20,
   124:22,
   126:5, 129:5,
   129:13.
benefits
   122:4.
best 11:7,
   16:1, 29:3,
   38:22, 91:6,
   122:12,
   131:23.
better 15:24,
   43:25, 64:20,
   90:3, 91:1,
   91:3, 93:1,
   93:19, 94:8,
   95:6, 95:7,
   97:11, 97:12,
   97:13,
   106:24,
   106:25,
   109:17,
   109:20,
   110:25,
   118:21,
   121:20,
   121:24,
   121:25,
   122:19,
   131:2,
   144:12.
beyond 53:23,
   146:25.
big 11:5,
   11:14, 19:23,
   31:9, 55:16,
   64:10, 76:18,
   77:18, 81:3,
   96:20,
   108:15,
   114:9,
   125:4.
bigger 20:2.
billion 52:23,
   100:4,
   102:13.

Cross-examination - Hitt

billions 10:8,
  54:9, 54:21,
  144:18.
binary 27:17.
binder 36:1,
  37:8, 43:17,
  46:5.
binders
  35:22.
Bing 84:25.
bit 9:24, 11:8,
  11:11, 15:23,
  25:16, 33:11,
  44:23, 65:2,
  72:6, 74:22,
  76:11, 83:2,
  83:20, 85:9,
  88:17, 89:20,
  92:3, 95:25,
  99:14,
  110:24,
  116:22,
  123:16,
  131:19,
  145:4,
  146:23.
Bita 47:6.
Bixby 7:4,
  7:17.
black 49:7.
blacked 49:4.
blessed
  108:17.
blue 13:25,
  50:4, 50:8,
  50:13,
  91:22.
boards 92:16.
body 78:9,
  78:20,
  96:4.
books 78:18.
boss 36:21,
  36:22.
Boston 3:19.
bots 86:19,
  124:21.
Bottom 27:1,
  37:4, 44:5,
  45:19, 50:3,

50:7, 54:5,
  81:10,
  102:21,
  114:8,
  114:10.
bounds 156:3.
Box 2:30,
  13:22, 13:25,
  14:2, 14:6,
  14:15, 15:15,
  27:21, 49:7,
  50:8, 50:13,
  50:17, 50:20,
  51:6, 51:7,
  51:9, 51:14,
  52:19, 54:6,
  54:16, 54:18,
  54:21,
  115:21,
  126:8.
boxes 49:3,
  52:6, 54:5.
Boylston
  3:18.
brain 157:15,
  157:19.
Brave 84:25.
break 61:22,
  62:19, 62:21,
  67:6, 67:10,
  68:9, 131:14,
  131:17,
  146:3,
  150:11.
breakthroughs
  71:7.
Bresnahan
  107:25.
brief 154:2.
Briefing
  46:14.
briefly 10:5,
  17:1, 42:1,
  129:24.
bring 25:5,
  83:23, 104:2,
  124:21,
  153:21,
  157:8.
bringing

113:25.
brings 25:2,
  151:10.
British
  42:12.
broad 90:4,
  132:11.
broader 65:3,
  66:8, 87:5,
  96:4.
broadly 67:23,
  68:9, 78:6,
  122:14,
  129:16,
  132:11,
  143:14.
Broadway
  2:23.
Brown 63:7.
browsers
  121:2.
browsing 25:25,
  26:2.
BTAC 54:6.
bubble 91:11,
  91:25,
  94:5.
bubbles 91:2.
bucket 118:6,
  120:7,
  121:10,
  124:9.
buckets
  128:18.
budget 44:20,
  45:3, 45:7,
  45:8, 45:9,
  45:18, 45:20,
  45:24, 46:1,
  47:4.
budgeting 47:7,
  157:1.
build 10:19,
  60:23, 61:2,
  71:19, 74:4,
  84:19,
  123:3.
Building 2:12,
  7:1, 42:7,
  59:14, 75:4,

81:11, 84:21,
  130:2,
  137:1.
built 12:16,
  15:17, 18:12,
  21:3, 32:25,
  33:25, 42:25,
  74:10.
bunch 16:5,
  19:19.
bundling
  118:9.
burden 152:13,
  152:16,
  152:17,
  155:11.
Bureau 2:36.
burner 60:13.
business 24:3,
  59:14, 63:24,
  65:3, 65:20,
  70:18, 80:22,
  81:15, 81:19,
  105:24,
  118:15,
  121:3, 124:2,
  124:25,
  135:17,
  135:18,
  135:22.
butcher
  151:6.
button 24:25,
  25:1, 25:23,
  25:24, 26:1,
  26:8, 26:16,
  26:17, 28:3,
  32:7, 115:10,
  115:22.
buttons 11:9,
  16:3.
buy 30:11,
  64:18, 74:5,
  118:16.
buying 29:4,
  29:11.
.
< C >.
C. 1:12, 3:8,

3:44.
CA 1:34.
calculate
  48:16.
calculated
  48:14,
  51:21.
calculation
  48:17.
calculations
  48:19, 48:22,
  141:6.
calculator
  11:8, 11:11,
  15:23, 16:1,
  16:4.
calculators
  11:13.
call 8:16, 9:8,
  9:12, 9:16,
  9:19, 13:5,
  14:5, 17:10,
  32:7, 32:10,
  44:16, 52:7,
  54:2, 61:20,
  79:20, 85:20,
  93:6, 114:10,
  117:11,
  143:24,
  151:5,
  151:20.
call-out
  54:17.
called 5:18,
  8:3, 12:5,
  14:16, 14:19,
  25:23, 26:23,
  44:24, 62:2,
  73:9.
calling 14:7.
calls 15:19,
  20:11, 20:12,
  61:18.
Cameron 2:10.
candidly
  156:18.
capabilities
  18:16, 69:4,
  91:19, 93:14,
  97:16, 104:3,

127:12,
127:16,
128:12.
capability
  15:21, 31:18,
  69:5, 84:21,
  111:21,
  114:14,
  117:24,
  118:3,
  123:3.
capable 12:3,
  14:20, 15:1,
  17:13.
capacity 18:18,
  125:8,
  125:10,
  125:18,
  125:19,
  126:5.
capital 71:2,
  71:23, 72:1,
  72:2, 72:4,
  72:8, 72:9,
  88:17, 102:6,
  102:7,
  102:15,
  102:19,
  102:22.
capital-intensi
  ve 72:5.
capitalists
  102:25.
capitalization
  88:16.
capitalized
  88:15.
card 81:20.
care 109:13.
career 65:16.
careful 15:25,
  113:17.
Carr 2:21.
carrier 30:24,
  54:10.
carriers 30:16,
  30:22.
carry 155:11.
cases 9:3,
  31:2, 80:1,

111:6, 112:6,
137:17,
154:4,
155:4.
Cassidy
  138:1.
casually
  102:9.
categories
  78:8,
  116:3.
Category 50:1,
  108:19,
  155:9.
cause 59:16.
caution 52:6.
Center 2:22,
  26:22,
  74:8.
centers 74:11,
  74:13.
CEO 36:25.
certain 5:13,
  6:20, 11:10,
  19:13, 19:14,
  22:5, 27:23,
  31:2, 78:14,
  83:15, 91:16,
  97:20,
  112:24,
  113:5,
  148:23,
  150:1.
certification
  23:20.
certify
  158:20.
CFO 46:14,
  46:24, 47:12,
  55:6.
chain 70:14,
  70:19,
  142:24.
challenge
  10:23,
  11:5.
challenges
  89:3.
challenging
  10:12, 59:12,

92:20,
128:10,
141:25,
154:25.
chance 57:5.
change 87:4,
  89:5, 117:19,
  142:12.
changed
  123:6.
Changes 16:2,
  45:6, 45:8,
  64:17, 64:18,
  65:12, 87:1,
  94:4.
changing 92:7,
  105:9,
  141:17.
channel
  117:7.
Channeled
  49:21, 49:25,
  50:9.
channels
  116:24.
Chapman 2:8.
characteristics
  105:4, 108:2,
  108:21,
  142:3,
  142:22.
characterized
  142:13.
charge
  121:23.
chart 49:10,
  49:12, 49:13,
  49:14, 49:16,
  49:17, 49:24,
  50:3, 50:7,
  51:2, 100:1,
  101:16,
  123:18.
charts 91:23.
chat 86:19,
  129:12.
Chatbot 90:23,
  92:25, 94:7,
  101:20,
  128:23.

Cross-examination - Hitt

chatbot-style
  99:6,
  101:1.
chatbots
  99:17.
Chatgpt 68:21,
  89:10, 98:19,
  98:23, 99:21,
  100:4,
  100:11,
  101:11,
  103:20,
  104:5.
chemistry
  90:21.
chess 91:2.
Chicago 1:28.
Chief 46:17,
  55:2.
chip 5:18,
  5:19, 10:20,
  11:6, 11:7,
  15:16, 15:19,
  15:20, 16:11,
  18:9,
  75:10.
chips 10:18,
  10:20, 11:4,
  14:25, 15:18,
  16:13, 74:12,
  74:19, 74:20,
  75:2, 75:4,
  75:14, 75:16,
  75:17, 75:21,
  76:2,
  139:9.
Chipty 151:22,
  152:19,
  155:8.
choice 27:17,
  27:22,
  28:7.
choices
  130:9.
choose 17:8,
  40:15.
chosen 10:21,
  22:20, 56:6,
  74:15,
  85:3.

Christina
  50:19.
Christine 3:41,
  158:20,
  158:25.
Chrome 29:9,
  42:1, 42:5,
  42:8, 42:18,
  42:24, 43:1,
  43:2, 43:9,
  43:10, 43:14,
  44:10, 44:11,
  120:17,
  120:21.
chunk 50:4.
Circle 31:3,
  31:7, 31:10,
  31:20, 32:4,
  32:8, 60:2.
circling
  32:3.
circumstance
  136:3.
circumstances
  58:3.
cite 155:4.
cited 65:9.
CIVIL 1:5.
claim 11:1.
clarification
  38:8.
clarification.
  70:16,
  78:3.
clarify
  146:23.
class 65:25.
classic
  142:8.
Claude 98:19.
clauses 121:18,
  123:12.
clear 21:17,
  21:24, 24:6,
  39:23, 51:17,
  55:21,
  96:8.
clearly 99:12,
  99:21,
  108:19,

116:19,
  117:17.
click 115:15.
click-and-query
  82:2, 82:11,
  148:1, 149:2,
  150:3.
clock 81:7.
close 91:5,
  109:10,
  154:10,
  156:14.
closed 90:6,
  90:10.
closings
  157:17,
  157:23.
Cloud 8:15,
  10:1, 22:4,
  22:21, 22:22,
  22:24, 23:1,
  23:2, 40:20,
  41:1, 41:15,
  41:21, 59:6,
  74:15, 75:18,
  75:19, 75:20,
  75:22, 76:3,
  76:7, 76:12,
  76:14, 76:16,
  76:17, 77:1,
  125:19,
  125:24,
  126:19,
  139:9.
Cloud).
  39:14.
cloud-based
  8:19, 22:1,
  41:9, 41:12,
  41:13.
clusters
  77:15.
CO 2:25.
Co-pilot
  28:5.
code 32:1,
  32:3, 32:4,
  32:6, 78:18,
  118:25.
coding 109:20,

118:25.
Colette 3:9.
collaboration
  22:22,
  124:19,
  126:16,
  126:25.
collaborations
  124:14,
  124:23.
collectively
  104:14.
Collins 82:20,
  94:9.
color 124:8,
  127:7.
Colorado 2:6,
  2:18, 2:21,
  57:3.
COLUMBIA 1:2.
column 48:1,
  48:5.
combination
  65:23, 108:7,
  112:11.
combinations
  100:23.
combine
  100:21.
combined
  74:6.
comes 28:25,
  51:10, 51:16,
  103:23,
  127:13,
  154:16,
  154:18.
coming 23:19,
  65:15, 84:3,
  84:9, 89:17,
  92:2, 94:12,
  102:2, 157:4,
  158:15.
Commander
  26:20.
Commercial
  86:19, 86:23,
  88:5, 98:14,
  98:23,
  135:12.

Cross-examination - Hitt

commingling
  118:9.
commitment
  79:16.
commitments
  102:13.
common 70:19,
  81:15,
  118:15,
  119:6,
  123:14,
  124:2,
  124:24,
  124:25,
  126:11,
  126:25.
commonly 9:4.
comp 105:13.
companies 7:11,
  8:24, 11:22,
  22:14, 55:18,
  64:19, 72:20,
  74:25, 75:23,
  79:5, 80:18,
  80:21, 80:24,
  88:7,
  104:25.
company 43:8,
  55:3, 60:22,
  90:24,
  121:19,
  121:20,
  125:20.
compare 16:25,
  94:23.
compared
  30:22.
comparing
  90:16.
comparison
  96:2.
compete 55:14,
  55:19, 56:21,
  93:15,
  128:22.
competing 8:21,
  99:10.
competition
  67:24, 67:25,
  68:3, 68:11,

68:16, 68:25,
69:22, 69:23,
69:25, 70:22,
71:13, 71:16,
87:24, 87:25,
88:23, 91:6,
92:10, 94:7,
94:11, 97:24,
105:14,
115:4,
119:25,
125:13,
130:7,
130:16,
139:4,
142:21,
142:25,
143:4.
competitive
68:14, 68:17,
71:14, 74:24,
75:6, 91:20,
96:10, 103:4,
119:23,
120:4,
122:15,
128:25,
129:3, 130:3,
130:9,
130:13,
131:3,
133:12,
142:22,
148:13.
competitive.
70:6.
competitiveness
70:8, 93:25,
125:15.
competitor
129:15.
competitors
95:13, 101:9,
126:16,
139:20,
142:23.
complementary
112:23.
complements
113:4.

completely
  109:22,
  119:1.
complex 111:12,
  124:20.
complicated
  90:20.
component
  76:15,
  76:23.
components
  81:22.
computational
  10:12, 68:13,
  138:7,
  143:12.
compute 71:24,
  72:3, 73:20,
  73:23, 74:3,
  74:6, 76:7,
  76:14, 76:16,
  77:15, 97:14,
  125:8,
  125:10,
  125:18.
compute-intense
  71:5.
compute-intensi
  ve 73:21.
computer
  108:16,
  143:24,
  144:1, 144:2,
  144:3.
computer-aided
  3:50.
computers
  108:1.
Computing 71:4,
  71:7, 74:7,
  74:13, 74:15,
  75:18, 75:20,
  75:22, 76:3,
  76:13, 77:1,
  125:19,
  139:9.
Con't 5:5.
concept 69:7,
  107:24,
  125:11,

144:23.
conceptions
  147:12.
concepts
  90:21.
Conceptually
  41:11.
concern 122:17,
  129:18.
concerned
  129:14,
  149:1.
concerning
  125:17.
concerns
  134:5.
concert 21:4.
conclude
  69:19.
concluded
  87:22,
  158:18.
conclusion
  123:24,
  148:12.
conclusions
  94:22,
  106:20,
  128:18,
  129:23,
  132:16,
  133:7.
condense
  10:9.
confidential
  113:18.
confirm
  56:10.
confused
  50:19.
conjunction
  101:18.
connected
  119:10,
  126:20.
connection
  9:21,
  34:12.
Connolly
  3:11.

Cross-examination - Hitt

Connor 3:9.
consider 53:11,
  60:21, 69:16,
  71:12, 71:16,
  86:3, 105:8,
  105:23,
  106:2,
  114:19,
  116:22,
  134:7,
  140:18,
  144:2.
considered
  68:10, 68:18,
  132:21,
  133:21.
considering
  105:12,
  105:17,
  139:5.
consistent
  97:17,
  141:20,
  142:14,
  142:25.
consistently
  103:19,
  141:12.
Constant 91:11,
  94:7, 94:10,
  141:19,
  142:12.
constantly
  87:25, 89:20,
  92:7,
  141:17.
constitutes.
  51:3.
Constitution
  3:43.
constrained
  119:24,
  140:25.
constraint
  129:3,
  131:3.
constraints
  119:15,
  119:17,
  127:23,

128:9, 129:5,
  142:24.
construct
  118:24.
consultant
  63:11.
Consumer 2:19,
  2:29, 29:3,
  69:6, 98:17,
  98:21, 98:22,
  99:5, 100:2,
  104:15,
  107:7, 120:3,
  130:15,
  131:4,
  141:3.
Consumers 64:5,
  64:16, 69:2,
  69:3, 98:12,
  99:11, 99:13,
  100:5, 100:9,
  104:13,
  104:17,
  111:19,
  116:19,
  118:17,
  119:18,
  122:11,
  130:9,
  130:10,
  130:11,
  131:4.
Cont'd 2:1,
  3:1.
contact
  104:12.
container
  18:25.
Contains 49:10,
  49:11,
  49:14.
contemplated
  125:24.
contends
  106:23.
content 79:20,
  81:17,
  111:9.
context 48:13,
  69:22, 148:9,

150:9.
Contingent
  57:23, 59:7,
  133:7.
continue 5:4,
  24:5, 113:8,
  130:4,
  131:16,
  156:25.
continuing
  94:15,
  105:22.
Continuous
  94:10.
contracted
  123:5.
contribute
  110:17.
contributing
  88:22.
contributions
  129:15.
contributor
  146:17.
contributors
  118:1.
control 117:6,
  117:8,
  117:15.
controlled
  90:6.
controls
  117:9.
convention
  139:5.
conversation
  9:13, 20:25,
  58:12.
convert
  130:14.
Copilot 20:19,
  21:5, 21:20,
  21:25, 25:6,
  27:4, 27:14,
  27:24,
  68:23.
copy 39:9,
  47:21,
  49:3.
copying

31:12.
copyrighted
  79:2.
corner 37:4.
corporate
  77:13.
corporations
  64:18.
corresponds
  50:4,
  50:13.
cost 15:8,
  38:21, 43:7,
  53:8.
cost-effective
  97:6.
cost-effectivel
  y 109:18.
costs 52:20,
  52:24, 53:10,
  53:19, 53:21,
  59:23.
Counsel 29:20,
  30:6, 30:19,
  59:20, 132:6,
  138:3,
  150:23.
Couple 9:6,
  10:5, 12:14,
  18:24, 30:4,
  35:1, 37:14,
  42:14, 55:8,
  74:11, 84:18,
  89:11, 91:8,
  92:14,
  94:2.
course 5:17,
  16:20, 17:2,
  17:3, 17:20,
  19:12, 57:4,
  66:10, 77:7,
  84:22, 88:20,
  96:17,
  101:19,
  104:11.
courses 65:18,
  65:21.
courtroom
  150:23.
cover 46:9,

Cross-examination - Hitt

158:8.
covers 65:21.
CPU 15:7,
  16:14, 18:3,
  18:6.
cram 131:23.
Crazy 114:7.
create 53:25,
  64:6, 78:11,
  131:2, 137:4,
  139:7.
created 26:9,
  26:14, 60:25,
  95:11,
  108:12.
Cristina
  47:6.
critical 74:19,
  95:19,
  143:11.
critically
  72:24,
  73:22.
criticized
  153:5.
CROSS-EXAMINATI
  ON 29:21,
  29:25, 56:25,
  132:3.
cross-platform.
  38:12.
crosses
  157:1.
curated 81:1.
current 18:18,
  57:10, 62:25,
  83:11,
  105:15,
  112:12.
currently
  52:17,
  121:21,
  151:20.
curtail
  131:1.
curtailed
  128:20.
curtailing
  124:25,
  125:12.

customer
  109:17,
  124:22.
customers
  77:14.
CV 137:9.
.
.
< D >.
D. 63:12,
  63:14, 65:22,
  66:5,
  80:22.
Dahlquist 1:23,
  131:9,
  137:25,
  138:2, 143:7,
  143:8, 146:1,
  153:1,
  154:22,
  156:10.
daily 99:23.
dance 15:25.
dark 91:22.
dash 123:22.
data-driven
  140:16.
data-scale
  148:6.
date 30:12,
  65:12,
  152:14.
dated 36:11,
  46:20,
  93:9.
David 1:23.
Day 1:13, 21:8,
  30:8, 57:19,
  62:22, 64:10,
  65:12, 100:4,
  131:12,
  131:17,
  146:3,
  151:13,
  156:11,
  158:4.
days 57:8,
  89:12, 128:5,
  157:17,
  158:6.

DC 1:40, 1:46,
  2:15, 3:13.
deadline
  152:11,
  152:12,
  153:7.
deal 104:7,
  104:24,
  105:12,
  105:22,
  123:1.
deals 7:10,
  104:5, 105:6,
  105:7,
  105:25,
  125:9,
  125:17,
  125:18.
decide 40:22,
  51:12.
decides 5:25,
  16:7, 40:9.
decision 6:3,
  118:19,
  134:5, 154:5,
  156:9.
Decisions 63:3,
  105:11.
deck 36:14,
  36:23, 37:2,
  37:3, 37:11,
  37:15, 37:16,
  39:3, 39:5,
  39:23, 46:14,
  47:9, 47:10,
  47:11, 47:13,
  47:14, 55:1,
  55:4,
  137:24.
Deck. 46:14.
decrease
  128:22.
decreases
  125:14,
  125:16.
dedicated 25:1,
  75:25, 77:11,
  82:23.
deep 10:7,
  11:17, 31:14,

73:10,
  127:14.
deepest
  108:25.
deeply 23:8,
  31:6.
Deepmind
  127:13,
  127:15.
Deepseek 92:3,
  96:20, 97:22,
  101:19.
default 27:6,
  116:12,
  117:19,
  120:20.
Defendant 1:12,
  3:5.
define 78:6,
  137:19,
  139:10,
  141:7.
defined 137:14,
  142:16.
defining 45:9,
  45:12,
  138:24.
definitely
  31:17, 31:18,
  45:19.
definition
  13:5, 44:25,
  86:7, 108:23,
  114:1,
  137:22,
  137:23,
  139:13,
  139:25.
definitions
  50:19, 83:6,
  109:9.
degree 63:7,
  63:9, 71:12,
  72:22, 73:2,
  87:23, 89:20,
  91:17, 94:11,
  109:9,
  142:11,
  142:21.
degrees 63:5.

Cross-examination - Hitt

demand 74:23,
112:12.
demonstrate
96:12,
130:11.
demonstrated
102:10.
demonstrative
30:6, 32:10,
32:11, 62:14,
67:16.
demonstratives
29:14, 29:17,
67:15.
Denver 2:25.
Department
1:24, 1:31,
1:37, 2:18,
63:3.
departments
128:2.
depend 53:24,
59:13.
dependant
73:22.
Depending 6:23,
15:16, 83:14,
87:8,
93:11.
Depends 6:21,
19:23, 30:24,
145:6.
depict 23:5.
depicted 15:13,
15:14, 16:23,
17:18, 32:23,
50:24, 89:2,
103:15.
depicting
14:16.
depiction 17:1,
27:11,
124:7.
depicts 13:21,
13:22,
14:5.
deployed 12:19,
12:25, 13:3,
13:4, 13:7,
109:12.

deploying
102:17.
deposition
46:22, 47:15,
140:22,
156:21.
describe 5:10,
10:2, 11:7,
13:20, 38:4,
39:20, 45:20,
63:15, 64:11,
64:15,
65:18.
described
26:10, 31:14,
81:20.
describes
39:17, 51:9,
51:15, 52:2,
58:2.
describing
31:11, 55:22,
60:19.
design 6:5,
42:4,
118:19.
designated
153:16.
designed 18:12,
34:6.
desire 84:17.
desk 60:12.
desktop 117:1,
117:5, 117:6,
118:1.
desktops
117:3.
despite 75:6,
117:14.
detail 121:7.
detailed
147:22.
detect 9:8.
determine 9:15,
121:14,
140:14.
Deutsche
126:18.
develop 11:16,
38:18, 38:21,

53:9,
131:1.
develop-
33:17.
developed
120:18,
143:15.
developer 9:3,
17:12,
34:19.
Developers 8:2,
8:4, 33:15,
33:17, 33:20,
37:22, 38:1,
38:5, 38:16,
38:17, 38:20,
85:2.
developing
10:3, 38:6,
108:6,
124:24,
127:16.
development
10:6, 42:21,
42:23.
develops 69:11,
125:1.
diagram 15:12,
16:17,
17:6.
dialer 9:10.
Diana 1:30.
difference
8:5.
differences
101:7.
differentiated
92:9.
differentiation
91:18,
100:15.
differently
15:24, 91:15,
92:9,
153:14.
difficult 74:1,
125:10,
127:24,
128:13.
digital 5:19,

21:3, 24:24,
25:3.
dimensions
64:21.
DIRE 62:10.
DIRECT 5:5,
28:7, 30:15,
31:4, 31:21,
42:1, 52:15,
67:20, 99:5,
120:3,
129:11,
134:11,
144:14,
154:4.
directly 31:15,
48:10, 58:14,
65:5, 66:10,
86:15, 98:13,
122:5,
132:22,
134:14.
directs
157:2.
disagree
58:24.
disclose
152:11.
disclosure
128:2.
discover
123:2.
discovering
85:18.
discovery
109:15.
discuss 67:9,
150:20.
discussed 30:6,
30:18, 34:1,
46:22, 92:14,
124:3,
144:11.
discusses
39:6.
discussing
103:25.
Discussion
23:7, 71:10,
77:25, 78:8,

87:20, 94:3,
  113:16,
  125:22,
  150:17.
discussions
  127:10.
displayed
  32:18.
distance
  101:4.
distill 10:9.
distinct
  88:3.
distinction
  147:21,
  149:17.
distinguish
  144:25,
  149:24.
distributed
  101:18,
  116:18,
  119:8.
distributes
  100:6,
  116:11.
distribution
  54:10, 55:12,
  55:24, 56:11,
  56:15, 56:21,
  101:17,
  101:21,
  103:21,
  104:10,
  104:15,
  104:18,
  116:24,
  117:2, 117:8,
  135:13.
District 1:1,
  1:2, 1:18.
diversion
  140:8.
divest 57:17.
divested 57:11,
  57:12,
  57:15.
divestiture
  58:4, 58:10,
  58:15, 58:20,

59:8.
divide 71:2,
  127:11.
divided
  63:17.
Division 1:25,
  1:38, 2:29.
Docs 119:20.
doctoral
  66:6.
Document 9:22,
  13:20, 36:4,
  41:24, 43:18,
  46:6, 46:22,
  136:16.
documents
  80:5.
doing 7:17,
  15:2, 15:3,
  16:8, 61:3,
  64:25, 65:4,
  65:7, 77:2,
  84:4, 84:20,
  87:6, 90:8,
  90:9, 96:6,
  98:15, 100:9,
  101:3,
  101:13,
  103:1,
  110:24,
  117:13,
  117:20,
  119:5,
  119:10,
  119:11,
  121:6,
  122:18,
  141:12,
  153:22.
DOJ 1:23,
  29:20,
  59:20.
DOJ-ATR 2:11.
DOJ-CIV 1:43.
dollars 48:15,
  52:24, 54:9,
  54:21,
  54:23.
domain 78:18,
  78:23.

dominant 75:15,
  107:11,
  129:1.
done 7:16,
  9:14, 9:25,
  10:6, 16:6,
  18:8, 35:2,
  35:3, 35:6,
  44:6, 48:18,
  64:15, 64:22,
  81:21, 88:9,
  95:22, 104:4,
  105:21,
  113:9, 136:3,
  137:18,
  142:9, 152:2,
  156:23.
double-check
  157:6.
doubt 50:23,
  50:25,
  51:19.
down 11:18,
  23:6, 28:10,
  30:23, 68:9,
  81:22, 83:19,
  87:13, 89:14,
  129:9,
  130:23,
  131:16,
  131:25,
  143:7,
  143:12,
  144:11.
download 32:21,
  33:8.
downloaded
  12:12, 12:18,
  12:21, 13:6,
  33:3, 35:9,
  101:22.
downstream
  69:2, 95:5,
  108:9,
  129:17.
downstreamed
  119:25.
draining
  10:16.
draw 83:24,

84:1.
drive 108:8.
driven 71:6,
  127:18,
  136:4,
  136:7.
drives 69:12,
  113:23.
driving 69:15,
  110:4.
drug 109:15.
DS 6:17.
DSP 5:19, 6:2,
  6:9, 6:17,
  6:20, 6:21,
  6:25.
Dsps 6:21.
due 93:14,
  158:9.
duly 62:2.
duplicates
  81:16.
during 13:18,
  30:15, 31:21,
  67:10,
  83:3.
Durrett 94:19,
  94:24,
  106:21,
  106:22.
dynamic 141:21,
  141:24.
dynamically
  40:7.
.

< E >.
E. 1:23, 3:6.
ear 44:23.
earlier 7:18,
  17:9, 22:14,
  31:11, 34:1,
  53:7, 53:15,
  65:13, 82:1,
  90:23, 95:18,
  95:20,
  101:20,
  103:25,
  111:23,
  124:3,

Cross-examination - Hitt

127:25,
128:13,
144:11,
155:25.
early 35:2,
65:1, 102:5,
110:5, 125:7,
125:11,
156:23.
earned 63:6.
easier
122:23.
easily 43:2.
easy 38:19.
econ 70:22.
econometric
141:5.
econometrics
135:17,
136:3,
136:8.
economic 63:18,
64:4, 67:25,
68:4, 69:7,
69:15, 69:25,
97:3, 107:24,
134:20,
135:8,
138:20,
139:5.
economics
63:23, 64:1,
64:14, 66:8,
66:11, 66:24,
67:3,
123:4.
economist 95:3,
134:18.
economy
72:20.
ecosystem
28:21, 45:2,
53:11, 56:2,
56:20,
118:2.
Ecosystems
28:18, 52:12,
52:16.
Edge 13:25.
Educational

88:21.
effect 16:16,
75:13,
113:25,
120:3, 120:4,
120:21,
128:19.
effective
71:20,
85:8.
effectively
17:20, 27:16,
69:1, 72:24,
93:15,
108:11,
153:21.
effects
130:22.
efficiently
10:15, 10:16,
10:23,
11:17.
effort 10:2,
10:4, 11:5.
eight 58:22,
59:8, 89:8.
either 7:10,
13:3, 51:19,
86:9, 90:4,
120:20,
126:24,
127:12,
133:4,
133:15,
139:11.
either/or
28:7.
elaborate
126:12.
electric
108:12.
electrical
63:8, 63:9.
electronic
63:10.
elegant 41:3.
elements 48:12,
154:14.
ELO 91:2.
Elzinga 151:14,

151:16,
151:19,
151:24,
152:21,
157:4.
email 26:19,
43:23, 43:24,
118:24.
emerging 69:9,
105:9.
emphasizes
94:2.
Empirical
135:16,
135:19,
135:25.
empiricist
135:14,
135:16.
enable 5:25,
6:2, 6:4,
6:8, 6:16,
74:6, 117:18,
130:19,
139:16.
enabled 5:15,
6:18, 7:2.
enables 8:1,
72:19,
114:10.
encapsulation
109:1.
encourage
85:22.
end 12:3,
12:14, 34:25,
115:20,
131:16.
end-around
153:22.
endeavor
108:25.
ending 37:4,
37:17, 39:8,
47:20, 48:23,
51:23.
ends 12:11,
34:23.
engage 124:13,
140:17.

engaging
134:7.
engine 108:2,
108:10.
engineering
5:16, 42:5,
43:7, 63:8,
63:9, 108:13,
143:23.
engines 7:10,
82:3.
enormous
77:13.
enough 6:22,
40:18,
70:17.
ensuring
45:24.
enter 79:3.
entered 84:16,
112:2,
132:22.
entire 16:20,
59:14,
66:19.
entirely 54:13,
63:16.
entities
88:6.
entitled 46:14,
57:23.
entrant
98:20.
entrants 73:7,
77:11, 77:14,
88:8, 88:9,
92:3,
102:1.
entry 58:16,
58:22, 74:25,
75:5, 88:1,
88:23, 89:21,
92:10, 130:5,
142:11,
142:23.
environment
11:15, 90:6,
90:10,
100:22.
equity

Cross-examination - Hitt

125:19.
especially
  76:19, 78:19,
  79:14, 79:23,
  122:20,
  123:8, 125:2,
  127:24,
  128:13,
  131:4.
Esquire 1:23,
  1:30, 1:36,
  1:42, 2:6,
  2:7, 2:8,
  2:9, 2:10,
  2:17, 2:27,
  2:33, 3:6,
  3:7, 3:8,
  3:9, 3:10,
  3:15.
essential
  85:7.
essentially
  13:5, 74:4,
  75:24,
  105:13,
  121:18.
estimate
  65:8.
estimated
  100:3.
et 1:6.
evaluate 80:23,
  90:7, 90:9,
  95:2,
  143:21.
evaluated
  148:1.
evaluates
  85:24.
evaluating
  139:4.
evaluation
  142:9,
  147:22.
evaluations
  96:12,
  136:6.
evening 150:14,
  154:2,
  157:13,

158:13.
event 21:11,
  24:18, 26:11,
  28:2.
eventually
  113:24.
Everybody
  11:11, 15:23,
  65:11, 73:6,
  94:8, 123:15,
  123:25,
  126:14,
  126:15,
  153:10,
  157:9,
  158:13.
everyone 6:11,
  14:11,
  149:18,
  149:25.
everything
  41:16, 78:13,
  85:5,
  152:20.
evidence 36:5,
  43:19, 46:7,
  102:24,
  107:10,
  147:24,
  150:2.
evolution
  141:22.
evolved
  142:4.
evolving
  122:21.
exact 58:6.
exactly 30:12,
  34:20, 48:12,
  51:17, 103:7,
  146:11,
  151:25,
  153:9.
EXAMINATION
  5:4, 5:5,
  30:15, 59:4,
  62:10, 67:20,
  87:19,
  156:19.
examine

140:24.
examined
  62:2.
examples 7:1,
  7:21, 9:6,
  11:25, 12:9,
  73:8, 81:6,
  81:7, 106:3,
  119:7.
examples.
  81:6.
Excel 120:1.
Exchange 78:16,
  125:19.
excludes
  17:4.
exclusive 80:5,
  104:18,
  117:22,
  124:5.
exclusivity
  105:24.
excuse 101:7,
  157:9.
execute 45:14,
  115:17.
executing
  14:20.
exercise
  137:22,
  142:16.
exhaustive
  138:15.
exhibit
  129:2.
Exhibits
  29:18.
exist 19:22,
  80:21.
existed 92:4,
  154:10.
existing 80:20,
  88:23,
  101:24,
  119:19,
  142:3.
exists 35:12,
  55:13, 55:16,
  55:25, 56:12,
  56:16, 56:19,

114:14.
expand
  112:20.
expanding
  101:25.
expansion
  112:18.
expect 28:24,
  146:12,
  147:13.
expectation
  155:22.
expected
  29:7.
expects
  11:10.
expensive 72:6,
  102:18.
expensively
  96:23.
experience
  29:4, 29:8,
  31:7, 31:15,
  100:17.
experiences
  29:5,
  105:2.
experimentation
  100:23.
expert 66:20,
  66:24, 67:3,
  132:13,
  134:23,
  134:25,
  135:3,
  138:18,
  143:19,
  143:22,
  151:21,
  152:11,
  152:13,
  153:4,
  153:16,
  153:17,
  153:20,
  155:13.
expertise 23:3,
  41:6.
experts 13:17,
  152:12,

152:23,
155:18,
155:19,
156:1.
explain 12:11,
16:23, 17:7,
21:2, 22:17,
25:17, 34:23,
47:11,
60:6.
explained
52:15,
53:15.
explaining
90:20.
explore 26:3.
exposed
119:4.
express
134:5.
expressly
117:21.
extend 134:6.
extensively
84:11,
97:14.
extent 21:24,
24:4, 68:25,
71:13, 72:3,
81:8, 84:17,
91:17, 95:10,
97:16, 98:2,
100:20,
114:15,
117:6,
117:24,
119:19,
119:22,
120:2,
123:12,
128:20,
130:25,
133:19,
134:12,
140:18,
144:13.
external 83:7,
139:14.
extra 145:6.
extract

129:4.
extremely
59:12,
124:24,
126:25.
.
.
< F >.
Facebook
100:8.
facilitate
127:19.
facility
117:20.
fact 17:6,
27:9, 35:14,
58:19, 70:20,
71:5, 72:7,
75:6, 83:25,
86:8, 87:8,
89:15,
103:22,
107:11,
108:18,
110:17,
119:23,
122:14,
133:12,
136:11,
145:9.
factor 122:15,
144:9.
factored
134:10.
factors
19:21.
factory
12:16.
factual 84:8,
111:10.
factuality
83:8, 84:13,
85:5, 92:15,
93:17.
factuality-orie
nted 92:22.
faculty 66:17,
66:19.
Fair 70:17,
77:18, 77:25,

105:9,
133:18,
141:10,
145:23.
fairly
135:17.
falls 108:19.
familiar 24:7,
53:13, 98:18,
101:3.
famous 114:6.
fan 129:16.
fancy 14:1.
fans 29:5.
far 35:3, 35:7,
49:7, 96:23,
112:21,
134:3,
155:8.
far-reaching
130:22.
fashion
12:19.
fast 87:4.
Fast-forward
99:23.
fast-paced
127:23.
faster 42:19,
42:24, 43:10,
43:12,
123:10.
favorite
96:9.
FCRR 3:41,
158:20.
feature 9:7,
31:13, 34:18,
34:19,
43:4.
features 34:11,
34:14, 34:15,
42:18, 42:23,
42:25, 43:1,
43:3, 43:10,
43:14,
44:11.
Federal 3:42,
66:20.
feed 84:16,

86:21, 86:25,
87:3.
feel 70:22,
111:25,
112:1,
154:2.
felt 133:25.
few 15:9,
35:15, 35:16,
48:16, 51:14,
51:22, 57:3,
57:8,
103:14.
fewer 125:14.
field 108:12,
135:4.
Fifth 1:39,
2:13, 44:5.
figure 14:13,
91:3, 99:16,
100:3,
122:25,
158:9.
figured
39:22.
figures 51:20,
114:16,
136:5,
136:16.
figuring 10:9,
10:15, 10:17,
10:22, 11:12,
15:25.
file 154:2.
filed 57:6,
89:5.
fill 151:12.
filter 81:15,
81:19,
144:11.
filtering
81:21.
final 57:6,
58:16, 58:22,
70:13, 81:13,
84:14,
129:21,
157:14.
finally 71:9,
71:18, 79:18,

92:2,
130:25.
finance 47:1,
    47:4.
Financial
    46:17,
    55:2.
find 26:24,
    60:12, 68:17,
    72:16, 73:19,
    77:23, 79:13,
    80:25, 82:4,
    82:11, 83:3,
    87:24, 93:8,
    99:9, 100:21,
    110:14,
    111:5,
    112:17,
    112:18,
    113:20,
    118:12,
    120:10,
    123:15,
    124:17,
    127:4,
    130:12,
    131:4,
    133:3.
finding 111:10,
    133:8,
    134:9.
findings
    132:18,
    154:8.
fine 131:18,
    155:11.
fine-tune
    145:11,
    147:10,
    147:18.
fine-tuned
    146:7,
    146:10,
    147:1,
    148:18.
fine-tuning
    81:4, 145:24,
    146:13,
    146:19,
    147:5,

147:14,
147:23.
finish 151:2,
    157:9.
firm 72:22,
    73:2, 142:6,
    145:13.
first-party
    33:17.
firsthand
    23:16.
five 58:16,
    58:18, 58:19,
    58:21, 59:8,
    66:9, 111:7,
    111:13.
flagship
    21:15.
flaky 9:24.
flashes 9:18.
flexibility
    122:19.
flip 25:21,
    44:2.
floating
    102:8.
floats 26:15.
Floor 2:24,
    2:38.
flows 50:18.
flux 141:24.
focus 63:23,
    77:18, 119:3,
    120:24,
    133:14,
    133:19,
    134:20,
    138:14,
    138:22.
focused 63:16,
    63:18, 64:3,
    64:4, 64:14,
    65:5, 66:7,
    69:7, 72:21,
    82:17, 83:8,
    87:20, 93:2,
    127:17,
    132:20,
    133:22,
    134:3.

focuses 90:14,
    125:23.
focusing
    63:9.
folding
    25:21.
folks 72:25,
    73:16, 82:8,
    82:18, 84:13,
    88:9, 88:21,
    92:24,
    105:10,
    121:1,
    127:10.
follow 18:1,
    37:9.
followed 52:20,
    139:4.
following
    91:5.
follows 18:17,
    62:3,
    153:12.
foolish
    124:6.
forecast
    40:21.
foreclosed
    153:14,
    153:15.
foregoing
    158:21.
foremost
    134:18.
forgetting
    154:13.
form 40:24,
    48:11, 81:21,
    86:20,
    126:1.
formal 44:25,
    140:16.
forth 25:6,
    53:6, 88:8,
    90:16, 108:2,
    142:17.
forward 70:3,
    72:20, 80:9,
    88:25,
    107:15,

153:19,
153:20.
found 69:3,
    85:18, 89:25,
    95:9, 103:19,
    109:5, 132:9,
    134:4,
    142:18,
    148:15,
    150:2,
    154:14,
    154:24.
foundational
    70:5, 82:22,
    86:5, 96:24,
    138:6,
    143:11,
    143:16,
    143:20,
    144:6,
    144:20,
    147:1.
foundations
    88:21.
founded
    127:15.
four 39:8,
    44:5, 48:23,
    68:10, 116:2,
    128:17.
Fourth 69:20,
    115:2,
    124:9.
fraction 85:19,
    85:25,
    103:23,
    111:25,
    112:1,
    114:18,
    114:20,
    114:24.
frame 89:7.
framework 90:4,
    134:16.
frameworks
    139:6.
Francisco
    1:34.
frankly
    156:21.

fraudulent
9:19.
free 154:3.
Friday 151:13,
151:18,
151:19,
152:3, 157:9,
157:15,
157:16,
158:2.
front 57:11,
138:17.
frontier
79:7.
fronts 97:8.
Fuji 26:6.
full 34:18,
53:21,
142:15,
151:13,
152:20,
152:23.
function 17:14,
20:6, 31:9,
33:1, 33:2,
33:4, 34:17,
156:7.
functionality
5:8, 7:12,
32:18, 32:22,
33:9, 60:3,
112:14.
functioning
32:25.
functions
27:24.
fundamental
109:14.
fundamentally
110:23,
112:5,
147:4.
funding
102:20.
future 27:15,
35:20, 57:15,
122:25.
.
.
< G >.

gain 18:7.
Galaxy 12:2,
60:11.
game 26:20.
games 20:1,
20:3.
garbage
81:7.
Gate 1:32.
gatekeeper
16:17.
Gauss 12:6,
17:9, 17:10,
17:12, 20:11,
20:12,
106:14.
gave 16:16,
30:14, 60:19,
66:16,
108:22.
gears 7:6.
Gemini-powered
42:18, 42:23,
43:10, 43:13,
44:10.
Gen 139:20.
Genai. 115:4.
generalizations
99:20.
generally
39:17, 52:2,
81:11, 81:12,
91:5, 123:12,
128:10,
128:12,
128:25,
129:9.
generate 14:11,
60:9, 86:11,
111:9.
generated
49:22,
72:4.
generates 48:8,
48:15.
generating
85:20.
generation
41:19,
89:10.

generations
74:2.
generative 8:8,
8:11, 10:3,
11:22, 21:17,
66:2, 104:3,
107:17,
109:6,
110:13,
110:18,
116:3, 135:4,
139:1,
139:18,
140:9,
140:15,
141:8,
141:17,
142:7.
Genia 70:1.
gentleman
125:22.
getting 42:13,
43:12, 81:5,
97:5, 100:3,
100:8,
100:12,
104:15,
116:18,
126:5,
145:6.
give 5:16, 9:6,
11:25, 19:6,
65:8, 87:11,
103:11,
111:9,
125:24,
137:12,
155:5.
given 9:25,
28:6, 69:22,
86:25, 87:3,
93:13, 130:5,
137:7,
155:12.
gives 6:7,
18:13, 26:5,
28:6, 114:8,
114:9,
124:8.
gleads 36:7,

36:23.
Gloria 3:10.
Gmail 118:24,
119:20.
goal 47:11,
47:13.
Golden 1:32,
81:5.
gotten 13:19,
101:16,
123:1.
Gower 2:10.
GPU 18:3,
18:6.
Gpus 74:5.
Graham 3:7.
grammy 14:12.
grateful
157:19.
gravitation
80:5.
Gray 3:16.
great 19:10,
60:22, 94:11,
112:18,
151:15,
157:25.
greater 92:18,
112:13.
green 76:7,
76:8.
Grok 92:3,
98:19,
101:17,
104:9.
ground 83:13,
84:15, 84:17,
85:9,
112:1.
grounded 84:2,
92:15, 93:2,
94:1, 95:23,
96:7,
96:10.
Grounding
41:22, 83:3,
83:4, 83:6,
83:13, 84:3,
84:6, 84:7,
84:11, 84:14,

85:8, 85:14,
85:20, 85:23,
85:24, 86:3,
86:20, 87:7,
93:5, 93:6,
93:16, 96:13,
111:24.
group 28:18,
44:16, 44:17,
45:16, 47:12,
52:16, 63:13,
63:14, 63:16,
88:6,
115:3.
groups 28:19.
growing 76:10,
76:11, 100:1,
100:10,
101:11,
101:25,
129:7,
141:11,
141:13.
growth 69:15,
71:6, 127:19,
138:20.
guess 5:11,
19:8, 22:3,
55:21, 56:14,
112:8,
145:24,
148:15,
153:12,
154:1,
158:3.
guidance 156:5,
158:4.
guidelines
117:10.
.
.
< H >.
half 54:1,
66:14,
99:24.
hallmark
109:23.
hallmarks
142:12.
hand 61:25,

67:14.
handed 22:7.
handful 66:18,
89:12,
137:10.
handle 32:7.
handles
20:10.
hands 69:3,
99:13, 100:6,
100:9,
103:18,
103:20,
131:21.
happen 6:23,
11:15, 58:15,
114:23.
happened 86:13,
98:16,
101:8.
happening 8:13,
8:14, 9:12,
94:5, 105:25,
121:5.
happens 20:7,
50:11, 51:12,
55:9, 55:11,
56:6, 86:8.
Happy 41:4,
106:1, 106:2,
131:16,
131:17,
152:8,
154:4.
hard 42:16,
47:21, 49:3,
76:15,
141:23.
hardware 12:12,
14:18, 25:1,
26:16, 28:20,
75:25.
harm 115:4.
Hawk 66:16.
head 7:22,
41:7.
head-to-head
93:1.
headed 43:24.
heading 43:23,

52:9, 52:19,
79:17.
health
109:13.
hear 29:20,
152:25,
153:1,
155:14,
156:3.
heard 5:23,
28:11, 28:12,
55:6, 82:2,
110:12,
154:17.
Hearing 1:16.
hearsay 23:13,
24:1.
heck 10:25.
heed 156:5.
held 150:17.
help 9:8,
42:17, 42:20,
42:22, 43:9,
43:11, 43:13,
47:11,
118:24,
146:14.
helpful 78:17,
85:24,
143:4.
helping 109:16,
118:25,
128:10.
helps 17:7,
56:7.
hereby
158:20.
high 5:17,
16:6, 17:2,
32:6, 38:1,
41:8, 49:10,
63:6, 68:7,
73:1, 73:13,
86:15, 100:2,
109:9.
high-end 15:1,
21:14.
high-level
5:16.
high-performing

96:12,
107:6.
high-quality
80:2.
higher 15:8.
highest 12:2.
highlight
88:14.
highlighted
20:20, 21:10,
21:11, 88:2,
101:10.
highlights
89:5,
89:13.
highly 68:17,
70:5, 72:17,
72:25, 89:16,
91:20, 99:4,
130:2, 130:8,
133:12,
136:4.
hire 72:1.
hired 73:6,
73:7, 73:9,
73:10.
hiring 47:4,
72:24,
102:17.
historical
7:3.
historically
126:6.
history
110:19.
hit 44:23.
hold 28:3.
hold-up
123:4.
holding 101:12,
132:16.
home 26:24,
32:7,
61:14.
homework
113:1.
honest 51:21.
Honestly
158:1.
Honorable

Cross-examination - Hitt

1:17.
hope 42:16.
Hopefully
  137:25.
horde 73:3.
hospitality
  109:16.
host 22:24,
  23:2,
  33:25.
hosts 23:1,
  33:23.
hot 5:8, 5:10,
  5:11, 5:25,
  6:2, 6:4,
  6:8, 6:9,
  6:10, 6:12,
  6:16, 6:18,
  6:21, 6:25,
  7:2, 7:4,
  7:5, 7:11,
  7:15, 7:20.
hot-word
  5:15.
hour 77:16.
hours 152:3.
huge 65:2.
human 71:2,
  108:25.
humans 90:8.
Hybrid 39:13,
  39:14.
hypothetical
  35:1, 35:7,
  140:7.
hypotheticals
  41:23.
.
.
< I >.
IA 100:15,
  109:6.
IBM 74:17.
icon 26:15.
idea 56:5,
  100:15,
  102:20,
  105:23,
  110:20,
  111:9, 126:3,

152:1.
ideas 72:19,
  103:5.
identified
  36:1, 88:3,
  102:22,
  136:9.
identify 49:15,
  139:2,
  139:16,
  140:23,
  154:8.
IL 1:28.
illustrate
  91:21.
illustrates
  89:15,
  97:22.
illustrative
  90:17,
  114:6.
image 78:25,
  115:9.
Imagine 13:22,
  47:13.
imagining
  59:9.
immediately
  57:12.
impact 64:15,
  108:24,
  109:21,
  132:16,
  134:20,
  135:8.
impacts 97:1.
implications
  68:2, 69:24,
  71:15,
  119:17,
  125:1,
  130:18.
implicit
  71:23.
Important
  69:14, 72:18,
  72:25, 78:15,
  78:25, 79:8,
  80:8, 81:13,
  97:6, 116:18,

117:3,
  117:17,
  118:17,
  118:21,
  119:13,
  119:16,
  121:22,
  122:20,
  125:2,
  127:21,
  130:18,
  133:9, 144:5,
  144:9,
  144:20,
  148:20,
  149:17,
  149:23.
impose 58:3.
imposing
  69:24.
improve 83:8.
improvements
  110:4.
improving
  87:25,
  110:18.
in. 20:9, 84:9,
  102:2, 153:9,
  155:1.
inappropriate
  81:17,
  152:16.
incarnation
  93:8.
incarnations
  108:11.
include 29:8,
  53:8, 71:22,
  116:12,
  121:17,
  124:2.
included 15:1,
  65:2.
includes 45:9,
  45:12, 53:2,
  53:10.
including
  22:14, 38:23,
  45:18, 47:7,
  58:4, 66:1,

73:7, 75:3,
  88:9, 93:25,
  104:16,
  130:4,
  137:13.
incomplete
  17:3,
  111:16.
incorporate
  81:9, 93:5,
  96:13,
  133:25.
incorporated
  68:23, 69:13,
  70:13, 84:11,
  93:5.
incorporates
  93:6.
incorporating
  66:2, 66:3,
  84:6, 84:13,
  109:25.
increased 65:3,
  84:12.
Increasingly
  66:9, 84:5,
  84:7.
incredible
  89:4.
incremental
  97:23.
incumbent
  101:25.
independent
  101:1.
index 84:19,
  84:22, 145:8,
  145:10.
indexes 85:1.
indicate 82:21,
  149:5.
indicated
  82:20, 94:9,
  106:22.
indicates 98:2,
  101:24,
  111:14.
indicating
  69:9.
indication

87:13,
103:2.
Indirect 48:1,
48:8, 48:10,
48:14, 49:20,
49:25, 50:8,
50:17, 51:9,
51:15, 59:21,
102:23.
individual
59:22, 72:11,
80:24.
industrial
70:21,
108:11,
108:13.
industries
69:12, 70:24,
72:17,
109:18,
110:3,
122:16,
129:17,
139:6.
industry 5:11,
16:11, 69:22,
72:5, 73:25,
74:24, 75:5,
110:1,
118:15,
122:18,
124:19,
126:12,
127:19,
129:8,
135:10,
139:1,
139:20,
139:23,
140:9, 141:8,
141:16,
141:17,
141:21,
141:24,
142:3, 142:4,
142:7,
142:13.
inexpensive
73:14.
inference

15:4.
inferences
142:1.
inferred
86:15.
influence
116:23.
informal 89:20,
108:22.
Information
9:17, 26:5,
40:18, 49:2,
63:2, 63:12,
63:16, 63:19,
63:23, 63:24,
64:1, 64:4,
64:14, 64:16,
66:24, 66:25,
67:3, 76:9,
78:9, 85:18,
85:20, 87:1,
95:24,
112:12,
134:20,
134:21,
137:8, 141:2,
142:4,
149:5.
infrastructure
74:8, 77:4,
109:20,
126:19.
ingredients
87:17,
87:21.
initial 103:21,
153:4, 153:8,
153:20,
154:7,
154:23.
innovate
130:4.
innovated
31:10.
innovation
64:8, 67:25,
68:4, 69:12,
70:1, 89:14,
94:11, 94:13,
94:14, 97:4,

97:5, 97:7,
97:23, 108:5,
108:7, 108:9,
109:10,
115:4,
125:16,
129:8,
129:10,
129:16,
130:21,
130:23,
141:19.
innovations
119:21.
innovative
89:16.
input 45:9,
45:12, 71:10,
72:16, 73:20,
77:24, 143:9,
144:5,
144:20.
inputs 68:12,
70:11, 71:12,
97:10, 138:6,
138:12,
143:11.
inside 13:25,
14:3, 44:22,
44:24,
45:2.
inspected
17:15,
20:17.
Instagram
100:7.
install 7:11.
installed
19:19.
instance 87:2,
101:23,
121:21,
133:13.
instances
30:25.
instead
40:19.
institutions
88:21.
instructs

27:9.
integrate 69:1,
74:12, 98:14,
106:1,
120:20,
126:18,
128:24.
integrated
23:8, 31:6,
31:17, 31:18,
98:24,
103:25,
105:1,
105:14,
106:8.
integrating
117:16,
118:23,
119:9.
integration
31:14, 31:15,
104:8,
104:24,
105:6, 105:7,
105:19,
105:22,
105:25,
106:4, 106:7,
106:10,
117:9,
117:18,
118:14,
118:18,
118:21,
119:16,
119:17,
119:19,
120:14.
Integrations
105:21,
106:15,
117:11,
117:13,
118:10,
118:22,
119:1, 119:5,
119:13,
119:15,
119:22,
119:24,

Cross-examination - Hitt

120:3,
121:1.
intellectual
79:1.
Intelligence
105:15.
intelligently
89:4.
intended 70:23,
138:14.
intensive 78:5,
143:2.
interaction
101:2,
134:13.
interacts
68:24.
interest 80:18,
84:13, 92:18,
157:3,
157:9.
interested
75:23, 82:6,
85:17.
interesting
79:14, 80:25,
102:25.
interface
31:22,
32:1.
intermediate
70:12.
internal 13:19,
99:15,
106:14,
111:5,
136:15,
147:25.
internet 34:12,
34:20, 41:13,
41:17, 78:14,
78:18, 84:18,
146:16.
Interoperabilit
y 118:16.
interpret
93:11.
interpretation
121:16.
interpreting

136:23.
interrelationsh
ip 133:20.
interrupt 7:8,
12:10, 34:21,
79:19, 95:16,
120:11,
146:1.
intersection
110:12,
110:13.
introduce
101:1,
130:4.
introduced
89:9, 89:11,
93:2, 96:20,
128:5.
Introducing
39:13,
88:5.
intuitive
38:19,
97:10.
invest 131:1.
invested 90:16,
127:25.
investigated
121:7,
148:25,
150:1,
150:4.
investing
84:20,
103:1.
investment
125:4, 125:6,
125:8,
126:2.
investments
64:7, 64:17,
88:17,
124:23,
125:9,
126:24,
127:11,
127:18,
129:5, 129:6,
129:7.
invoke 26:7,

26:21.
invoked
25:18.
invoking 32:3,
32:4.
involve
106:3.
involved 10:14,
63:18, 64:23,
123:18,
128:8.
involves
135:19,
136:25.
IOS 38:6, 61:4,
117:9,
117:10.
iphone 38:23.
iphones 30:22,
30:25,
31:1.
Israel 151:22,
152:13,
152:15,
153:5,
154:16,
154:24.
issue 24:2,
152:17,
153:18,
153:23,
155:21,
156:15.
issued 155:2,
155:18,
157:23.
issues 63:18,
66:8, 68:1,
116:4,
133:14,
134:4, 134:8,
134:13,
139:14,
140:10.
items 48:5,
132:7.
iteration
29:1.
itself 8:9,
10:6, 40:16,

90:11,
136:3.
IV.A 116:9.
IV.B 116:9.
IV.C 120:8.
IV.D 118:7.
IV.H 124:11.
.

< J >.
Jareth 151:21,
152:10,
153:3, 153:6,
154:19,
154:25.
Jesus 154:3.
job 64:10.
jockeying
89:18, 91:11,
94:10.
John 3:6.
joined 55:2.
Jonathan 2:17,
57:2.
Judge 1:18,
57:17,
156:18.
judgment 57:6,
58:16,
58:22.
Judicial
2:21.
jury 69:22.
Justice 1:24,
1:31, 1:37.
justifications
122:2.
.
.
< K >.
K. 3:10.
KARR 2:9,
29:22, 30:1,
30:3, 32:13,
32:15, 33:6,
35:21, 36:2,
40:4, 40:6,
43:18, 43:21,
44:18, 46:3,
46:5, 46:6,

Cross-examination - Hitt

46:9, 49:1,
49:15, 52:7,
52:9, 54:2,
54:4.
keeping 105:11,
106:1.
Ken 62:8.
Kenneth 3:8.
key 25:18,
68:10, 71:10,
127:15.
keywords
154:13.
kinds 45:24,
76:5, 79:6,
105:6,
112:24,
113:5,
117:13,
119:5, 120:2,
125:12,
126:24,
127:9, 128:8,
129:18,
150:7.
knowledge 21:2,
22:1, 22:2,
23:17.
known 8:17,
24:15, 76:22,
91:18.
.
< L >.
L. 2:21,
3:15.
labeled 13:22,
14:6, 27:2.
labor 138:18,
138:19,
138:25.
lack 128:13.
language 8:2,
14:20, 15:3,
40:13, 58:2,
147:8.
laptop 44:12.
large 8:2,
14:20, 15:3,
20:1, 35:10,

74:11, 74:17,
75:3, 75:7,
76:23, 77:13,
78:9, 78:20,
98:20, 99:3,
99:22, 114:4,
114:16,
128:1, 128:9,
130:5,
135:17,
135:19,
137:13,
142:10,
142:11.
large-scale
64:25,
135:25,
136:2, 136:7,
141:5.
Largely 87:22,
97:23.
larger 117:25,
145:2,
148:11.
largest 74:21,
145:7,
148:21.
Lasalle 1:26.
Last 14:15,
33:18, 33:21,
57:8, 60:17,
66:9, 79:25,
84:10, 92:14,
92:19, 100:3,
103:22,
115:7, 135:1,
138:8, 146:2,
156:22,
157:20,
157:22.
late 65:4.
latency 9:5,
9:20.
later 39:9,
72:7, 85:9,
88:17, 90:12,
92:3,
101:8.
latest 12:8,
17:11.

launch 21:1,
21:6, 21:10,
21:11, 24:7,
24:14, 24:18,
26:10, 28:2,
42:15.
launched
30:7.
launches
30:8.
launching
21:13.
Law 2:18.
lead 89:18,
92:19, 94:4,
114:19.
leader 92:16.
leaders
36:24.
learn 71:11,
112:19.
learned 19:8,
42:12.
learning 10:24,
64:23,
127:14.
leave 75:24,
150:22.
leaves 53:23,
53:24.
leaving 9:15.
led 108:11.
leeway 23:13.
left 49:7,
54:1, 54:4,
123:17.
left-hand
13:21, 25:22,
26:14, 70:25,
99:14,
123:17.
legal 128:1.
length 152:9,
157:2.
less 10:12,
23:18, 87:2,
96:23, 101:3,
120:1,
128:25,
129:4, 129:5,

129:6, 142:2,
152:3.
level 5:17,
16:6, 17:3,
32:6, 38:2,
41:8, 49:10,
66:5, 68:7,
92:5, 109:14,
144:2,
150:7.
levels 63:23,
140:3.
leverage
43:6.
leveraged
104:9.
liability
132:9,
154:10,
154:17,
155:10.
Liberty 2:12,
2:37.
license 79:4,
79:7, 80:1,
80:2, 84:25,
85:3.
licensed 78:10,
78:24, 83:12,
84:25,
85:1.
licensing 79:3,
80:7.
life 77:7,
109:13.
lifetimes
108:18.
lightly
123:20.
likely 86:18,
86:24, 87:2,
87:3,
128:1.
limit 19:11,
75:16.
limited 82:21,
88:20, 95:25,
118:2,
120:24.
limiting

116:11.
Lindback
   66:18.
line 23:13,
   28:16, 45:19,
   76:7, 76:8,
   81:10.
lines 44:5,
   51:14,
   123:20,
   123:23,
   156:9.
link 82:11.
listed 25:13,
   48:5, 98:18,
   116:4.
listen 5:12,
   5:21.
lists 36:11.
literature
   69:9,
   108:20.
little 9:24,
   11:8, 11:11,
   15:23, 25:16,
   26:15, 33:11,
   44:23, 50:19,
   65:11, 72:6,
   74:22, 76:21,
   83:20, 85:9,
   88:17, 92:3,
   92:20, 96:19,
   101:3,
   110:24,
   123:8, 124:8,
   127:7, 128:3,
   131:19,
   145:4,
   146:23,
   152:4,
   157:21.
Llama 12:8,
   17:17, 17:20,
   20:19, 20:20,
   21:21, 22:6,
   25:8, 25:9,
   25:11,
   89:10.
LLC 1:10.
LLM 35:13.

Llms 20:14.
LLP 3:11,
   3:16.
LM 144:6.
LMSYS 90:24,
   92:25.
loaded 11:21,
   11:22, 12:4,
   12:5.
loads 20:12.
local 41:20.
locally 8:9.
long 11:19,
   65:14, 84:4,
   84:21,
   110:19,
   118:20,
   157:21.
long-press
   24:25,
   32:7.
long-term
   19:16.
longer
   119:18.
looked 68:12,
   68:25, 81:20,
   87:18, 107:5,
   122:2, 138:6,
   138:7, 138:8,
   138:12,
   139:15.
looking 9:23,
   26:3, 26:5,
   26:18, 31:12,
   39:19, 51:2,
   85:14, 88:4,
   96:19, 101:4,
   137:9,
   139:18.
looks 25:21,
   85:23,
   108:24.
loop 109:10.
Lorin 61:19,
   62:1,
   62:13.
lose 119:20.
Loss 45:17,
   52:13.

lost 115:8.
lots 141:2.
love 157:16.
low 5:20,
   14:21,
   15:5.
lower 43:7,
   121:23.
lowest 38:21.
lunch 7:9.
.
.
< M >.
M-A-Y 58:3.
MA 3:19.
machine 3:49,
   64:23, 78:13,
   78:23.
machines
   90:7.
Maier 3:10.
Maine 3:12.
major 120:17.
majority
   117:5.
maker 6:3,
   6:11, 6:15,
   34:4, 34:9.
makers 10:19,
   18:9, 34:3.
management
   42:4, 45:20,
   45:23, 63:12,
   63:17.
manner 18:11.
Manuel
   107:25.
manufacture
   28:19.
manufacturer
   6:16, 13:11,
   16:10.
manufacturers
   11:6, 15:21,
   16:13.
margin 51:16.
marinate
   157:20.
marked 22:8,
   67:16.

marketplace
   98:8, 120:22,
   129:19.
marketplaces
   133:16.
markets 64:17,
   71:13,
   127:23,
   132:10,
   137:18,
   139:11,
   140:5,
   158:8.
massive 10:17,
   77:3, 97:25,
   148:6.
master 63:9.
material 21:19,
   27:20, 37:15,
   66:2.
materials
   63:10,
   79:2.
math 14:20,
   15:2, 15:3,
   15:7,
   112:25.
mathematical
   11:10.
matter 26:17,
   67:22, 95:5,
   136:1,
   137:20,
   158:15,
   158:22.
matters 134:24,
   134:25,
   137:10,
   137:11,
   137:14.
Matthew 3:15.
maxed 18:20.
Mbas 65:22,
   65:25.
Mcginnis
   3:15.
mean 10:16,
   11:5, 16:2,
   16:3, 20:1,
   39:4, 41:16,

Cross-examination - Hitt

41:23, 57:12,
64:2, 100:16,
107:21,
125:18,
141:10,
152:8,
156:18,
156:21,
157:7.
meaning 14:18,
15:4.
means 5:11,
8:10, 26:24,
39:1, 40:13,
40:17, 48:10,
69:10, 73:13,
75:15,
100:10,
108:8,
108:23,
119:17,
140:6,
148:8.
meant 48:12,
51:17.
measures
95:6.
media 79:20,
100:22.
Mediatek
15:18.
meet 117:10.
Meeting 36:7,
47:14.
meets 109:8.
Mehta 1:17.
memorize
86:10.
memory 6:21,
6:22, 34:22,
39:3.
mentioned 7:13,
7:17, 7:18,
17:9, 22:14,
33:4, 47:8,
65:13, 73:23,
77:8,
117:12.
Meta 12:8,
17:17, 21:21,

75:3, 88:8,
89:9, 100:6,
100:14,
100:15,
101:3,
101:12,
103:25,
119:11.
MFN 121:19,
123:21.
Mfns 122:1,
122:9,
123:22,
123:23,
124:2.
Michael 2:33.
Mickens 13:17,
16:15.
microeconomics
70:22.
microphone
28:3.
Microsoft
22:15, 68:24,
73:8, 74:9,
74:16, 76:10,
76:17, 82:18,
84:22, 88:7,
104:11,
104:12,
119:9,
120:25,
126:17,
126:22.
mid 64:25.
Middle 21:7,
37:2, 48:1,
90:22, 91:24,
100:9.
million 81:6,
99:23,
99:25.
mind 127:13,
157:10.
mine 10:7,
11:17,
73:10.
minimum 24:2.
minority
85:21.

minus 65:17.
minute 9:16,
14:25, 62:17,
89:14,
149:13.
minutes 131:14,
131:24.
missed 33:18.
misspoke
19:4.
MIT 63:11,
63:12, 63:14,
65:17.
mitigate
123:4.
mix 123:20.
mixture 99:1.
ML 65:5,
66:11.
MMMU 90:18.
mobile 5:15,
5:18, 55:15,
55:17, 56:4,
56:6, 56:7,
72:18, 72:25,
104:6.
mobility 72:19,
73:2, 73:13,
138:20.
Mode 145:16,
156:19.
modeled 61:4.
modeling
142:17.
module 8:1.
moment 9:22,
9:24, 29:1,
52:4, 57:17,
102:16,
115:8, 125:6,
143:9,
149:14,
154:14.
momentarily
150:23.
moments 15:9.
Monday 152:6,
152:7,
157:4.
money 102:8,

102:14.
monopolist
140:7.
monopolization
134:4.
monopolized
132:10,
133:10,
133:11.
month 99:24.
months 11:18,
92:4, 92:19,
101:8.
morning 32:11,
150:16,
151:20.
most-favored-na
tion
121:17.
motivation
134:7,
142:20.
Moto 21:1,
21:2, 21:3,
21:6, 21:10,
21:18, 22:12,
22:19, 22:20,
22:21, 23:7,
23:8, 23:10,
25:2, 25:5,
25:10, 25:18,
25:24, 26:1,
26:7, 26:10,
26:21, 27:3,
27:7, 27:8,
27:13,
28:3.
Moto- 20:25.
motor 108:12.
Motorola 7:13,
7:14, 12:7,
12:9, 17:15,
20:17, 20:25,
21:4, 21:12,
21:14, 22:12,
22:20, 23:14,
23:19, 24:11,
24:12, 24:14,
24:24, 25:9,
25:20, 25:24,

Cross-examination - Hitt

26:9, 28:22,
30:5, 60:11,
104:7, 104:8,
105:19,
106:11.
Moultrie 62:1,
62:13.
Mount 26:6.
move 72:20,
98:5, 110:10,
124:9,
145:24,
150:11.
moved 146:25.
moving 43:9,
97:8, 98:6,
124:4.
MR. DAHLQUIST
67:1, 131:10,
131:13,
131:21,
131:25,
132:4, 146:4,
146:6,
150:10,
151:10,
153:3,
153:24,
154:6, 155:7,
156:5,
157:11,
157:14,
157:25,
158:3,
158:10,
158:16.
MR. KARR 23:12,
23:23, 35:18,
35:25, 36:6,
39:5, 49:12,
56:22.
MR. SCHMIDTLIEN
5:6, 7:25,
13:15, 18:2,
20:23, 21:22,
22:7, 23:16,
24:6, 24:23,
25:7, 28:10,
29:13, 59:5,
60:14, 61:9,

61:18, 61:23,
87:11, 151:4,
152:8,
155:14,
155:17,
156:2,
156:18,
157:6.
Ms 32:13, 36:2,
40:4, 46:3,
47:9, 52:7,
54:2, 91:1,
138:1.
MS. CONNOR
62:8, 62:23,
62:25, 66:23,
67:14, 72:14,
77:21, 80:11,
96:14, 96:17,
98:5, 101:6,
113:13,
115:6,
115:25,
120:12,
121:9, 126:9,
131:6.
multiple 6:18,
6:22, 7:2,
19:25, 24:24,
38:21, 38:23,
104:14,
104:16,
152:22.
Muralidharan
151:7.
Murphy 151:5,
151:8,
151:24,
152:21,
156:24.
myself 143:18,
144:2.
.
.
< N >.
N. 1:42.
name 62:12,
62:13,
151:6.
names 101:16.

Nano 8:3, 8:4,
8:12, 8:16,
8:18, 8:21,
9:10, 9:11,
11:21, 12:4,
14:8, 14:17,
17:13, 18:25,
20:11, 20:12,
29:9, 33:22,
33:24, 33:25,
34:7, 34:11,
34:16, 38:1,
40:2, 40:3.
narrowly
119:3.
Nashville
2:31.
nature 87:4,
127:7,
130:23.
nav 32:7.
necessarily
41:16, 73:14,
79:13, 84:15,
87:7, 92:1,
142:20,
144:12,
145:5,
154:12.
necessary 71:1,
85:5, 85:15,
93:19, 130:1,
130:14,
133:1, 133:3,
133:25,
137:6,
137:21,
142:9,
144:3.
need 6:9, 6:10,
14:20, 15:2,
15:4, 17:20,
59:18, 66:5,
72:1, 72:2,
72:4, 80:22,
81:6, 103:6,
103:8,
111:21,
112:1, 123:3,
128:11,

154:3,
158:7.
needed 12:18,
35:9.
needs 14:17,
112:11.
negotiate
128:2.
negotiating
125:23.
Net 75:13.
Netflix
13:23.
network 9:20,
9:24.
networks 15:2,
15:4.
neural 14:19,
14:23, 15:2,
15:3.
Newer 91:11,
92:8.
newness
155:21.
news 74:10.
newspaper
109:24.
newspapers
79:21,
79:24.
night 158:17.
ninth 29:1.
No. 1:5,
44:2.
non-google
7:10.
none 133:6.
nonexclusive
79:9, 79:12,
81:12,
106:16.
nonexclusivity
118:3.
nonexistent
9:21.
nonlawyer
69:21.
nonredacted
123:15.
normal

124:25.
notable
  105:20.
note 39:21,
  118:14,
  121:22.
noted 94:4,
  102:20,
  122:6.
notes 154:3.
nothing 6:7,
  12:20, 17:22,
  18:8, 35:7,
  35:11, 76:20,
  113:6, 118:1,
  124:3, 149:8,
  150:6.
notice 91:22,
  115:20,
  124:12.
notification
  124:12.
notifications
  25:12.
nowhere 88:11,
  101:17.
NPU 14:16,
  14:19, 14:22,
  14:23, 15:6,
  15:16, 15:21,
  16:8, 16:14,
  17:14, 17:21,
  17:23, 18:3,
  18:6,
  18:14.
Npus 15:11.
numbers 55:1,
  59:23, 60:1,
  113:18,
  125:4,
  144:22.
Nvidia 74:5,
  74:21, 75:6,
  88:7,
  89:11.
Nvidia-based
  77:15.
NW 1:39, 1:44,
  2:13, 3:43.
NY 2:39.

.
.
< O >.
o'clock 67:7.
O- 13:11.
O. 2:30.
object 23:12.
Objection
  24:23,
  67:1.
observation
  91:11, 99:3,
  101:14,
  124:1.
observations
  120:25.
observe 102:6,
  114:2,
  116:16.
observed
  85:14.
observing
  142:3.
obvious
  141:4.
obviously
  10:11, 16:5,
  158:8.
Occasionally
  112:5.
occurs 114:3.
OEM 6:3, 13:12,
  16:9, 16:10,
  18:14,
  54:10.
Oems 7:1, 7:9,
  28:21,
  104:25,
  106:8.
off-device
  8:6.
offer 119:24,
  121:24,
  121:25,
  125:19,
  144:3,
  152:13,
  152:16.
offered 126:6,
  132:22,

137:23,
  152:19.
offering 98:21,
  98:25, 99:5,
  121:21,
  142:5,
  152:10.
Office 2:28,
  2:34,
  118:16.
Officer 46:17,
  55:2.
Official 3:42,
  158:26.
often 29:5,
  91:14,
  111:20,
  114:23.
old 91:23,
  96:20.
on-sale
  30:12.
once 6:22,
  6:23.
ones 76:18,
  77:8, 77:18,
  89:17, 92:22,
  92:24, 95:23,
  120:16,
  127:9,
  127:25,
  137:13,
  144:19,
  144:20,
  149:9,
  150:2.
online 24:3,
  78:16.
Onyema 1:42.
Open 19:18,
  20:18, 26:19,
  53:1, 56:2,
  56:20, 56:21,
  60:20, 60:21,
  60:25, 61:4,
  61:6, 78:18,
  78:19, 84:1,
  86:2, 87:2,
  105:11,
  106:1,

117:18,
  149:19.
open-source
  32:2, 32:5,
  32:9, 53:1,
  53:11, 59:14,
  119:4.
Openai 66:3,
  73:7, 73:12,
  82:19, 84:10,
  84:19, 88:10,
  89:11, 98:18,
  102:12,
  105:15,
  107:12,
  111:23,
  117:4,
  117:14,
  125:5,
  141:12.
opened 25:22,
  79:6.
opening 5:13.
opens 28:3.
operates 23:17,
  25:19.
operating 5:22,
  6:6, 6:7,
  18:13, 19:12,
  33:1, 38:6,
  43:3, 43:6,
  53:9, 55:17,
  59:7, 59:15,
  60:23, 60:25,
  82:3.
Operations
  11:10,
  63:2.
opined
  106:21.
opinion 70:5,
  98:6, 107:2,
  107:17,
  115:3,
  132:10,
  132:12,
  132:15,
  132:25,
  133:4,
  133:10,

134:1,
134:10,
134:12,
134:15,
142:6,
143:10,
143:13,
154:8,
154:16,
154:19,
155:22.
opinions 68:8,
115:3,
120:18,
132:22,
133:1, 133:5,
133:16,
133:24,
134:17,
136:1, 137:3,
144:3,
146:20,
148:19,
152:19,
152:21,
155:15.
opportunity
55:19, 58:9,
58:21, 114:2,
152:20,
152:23,
155:17,
155:19.
opposed 108:14,
149:11.
optimize 11:3,
15:11,
62:21.
option 40:22,
74:12.
options 40:15,
84:18, 85:10,
105:8,
105:11,
105:17,
106:1.
Oracle 74:17,
77:5.
order 16:4,
41:13, 133:4,

137:12,
147:9,
147:17,
157:23.
organization
47:1, 70:21,
90:24.
organizations
64:5, 64:16,
90:15.
organize
64:19.
organizing
108:14.
orientation
99:14.
oriented
95:23.
original
84:5.
OS 39:1, 39:4,
42:1, 42:5,
42:8, 42:18,
42:24, 43:1,
43:2, 43:9,
43:10, 43:14,
44:10,
44:11.
Osterloh 36:15,
36:18,
43:24.
Ostiguy 2:27.
others 7:23,
18:8, 20:21,
22:15, 76:23,
83:15, 84:25,
85:7, 92:8,
96:11, 100:5,
102:21,
108:20,
125:6,
128:22,
143:17,
148:11.
others.
122:10.
out- 94:12.
out-of-court
23:14.
outcome

59:17.
outcomes 64:8,
68:4, 69:25,
95:5,
107:4.
outperform
89:17, 92:8,
94:13,
95:12.
outperformed
93:10.
outside 136:20,
156:3,
156:9.
outstripped
74:23.
Over. 37:22.
overall 76:14,
76:16,
129:23.
overlap 111:6,
111:11,
111:14,
111:15,
111:16,
112:4.
overlaps
111:11.
overnight
150:20.
Overview 46:14,
46:18.
Overviews
145:16,
146:7, 147:2,
147:10.
own 12:5, 60:9,
60:15, 74:4,
74:8, 74:13,
75:4, 77:8,
84:19, 84:22,
101:12,
118:4,
120:24.
.
.
< P >.
P&D 46:14.
P&E 52:9.
P&L 45:20,

45:23, 52:9,
53:16.
P. 1:17.
p.m. 5:2,
67:11,
158:18.
pace 129:8,
129:9.
packaged
70:23.
page 23:19,
37:3, 37:17,
39:8, 46:10,
47:20, 48:23,
51:23.
pages 37:3,
37:16, 39:8,
47:21, 48:23,
51:22, 59:22,
59:23,
144:18.
paid 54:10.
painting
156:8.
papers
138:19.
paragraph 40:5,
40:7, 43:24,
51:3.
parameters
10:8.
parentheses
39:14.
partial
125:25.
partially 98:3,
112:17,
113:4,
130:12.
participant
75:15,
107:11,
129:1,
129:2.
participants
75:19, 77:17,
77:19, 99:4,
117:19,
129:3,
139:17,

Cross-examination - Hitt

142:11.
participate
  56:4, 88:19,
  107:9,
  128:14.
participates
  75:9, 75:13,
  140:2.
participating
  128:21.
participation
  25:10.
particular 9:2,
  16:4, 18:11,
  21:9, 44:4,
  53:13, 66:9,
  69:17, 72:21,
  73:2, 87:1,
  91:8, 98:12,
  106:8, 107:2,
  110:12,
  117:3, 122:3,
  122:17,
  128:6,
  141:2.
particularly
  20:2, 78:15,
  78:24, 81:2,
  93:16,
  119:10,
  125:8.
parties 56:4,
  78:10,
  79:4.
partition
  145:18.
partner 21:24,
  47:1, 47:4.
partnered
  22:13.
partners 54:10,
  59:12, 59:13,
  59:18.
partnership
  20:18.
partnerships
  124:13,
  124:23.
parts 10:5,
  22:21, 31:20,

148:23.
party 23:15.
Pass 29:15,
  56:23.
passed 48:21.
past 108:2,
  137:18,
  152:22.
paths 103:20,
  104:15,
  104:16,
  104:22,
  104:23.
patterns
  71:11.
pause 106:6.
pay 72:3,
  73:16, 78:11,
  80:23,
  80:24.
payments 30:16,
  54:13.
Pennsylvania
  63:3,
  66:19.
people. 77:4.
per 19:11,
  19:12,
  23:20.
percentage
  51:15, 115:9,
  115:13,
  115:14.
perform 17:14,
  34:16, 64:20,
  90:6, 92:9,
  93:18, 95:6,
  95:7, 98:1,
  135:25,
  137:4,
  139:23,
  140:7,
  140:13.
performance
  90:10, 92:5,
  95:6,
  97:21.
performing
  5:13, 27:23,
  27:24,

34:17.
perhaps 17:3,
  53:11, 88:16,
  106:25.
period 88:4,
  101:15,
  124:12,
  155:10.
periodically
  66:7.
periodicals
  79:21.
periods
  74:23.
personal
  60:9.
personally
  17:15, 32:24,
  48:19.
perspective
  70:15, 70:18,
  97:3,
  101:5.
pervasive
  108:3,
  108:8.
Ph 63:12,
  63:14, 65:22,
  66:5,
  80:22.
phase 82:2,
  100:23,
  155:10.
philosophy
  60:23.
phone 9:8,
  9:18, 15:17,
  24:11, 24:21,
  25:21, 26:8,
  26:18, 27:10,
  27:12, 29:4,
  30:5, 30:6,
  30:9, 30:10,
  30:11, 31:7,
  31:16, 32:17,
  32:19, 33:5,
  60:13.
phones 10:19,
  21:14, 21:15,
  28:16, 28:19,

30:14, 31:1,
  75:10.
phrase 113:22,
  149:23.
physics
  63:10.
Pichai
  108:22.
pick 27:5,
  109:12,
  109:24.
picked 16:14,
  117:14.
picking
  72:24.
piece 154:13.
pieces 53:2,
  92:23.
pits 90:24.
Pixel 28:13,
  28:15, 28:16,
  28:19, 28:20,
  28:23, 28:24,
  28:25, 29:1,
  29:2, 29:4,
  60:9,
  75:10.
Pixels 29:11.
place 24:18,
  75:1, 84:1,
  97:21.
placement
  116:12.
places 13:3,
  31:11, 108:3,
  109:11,
  110:11,
  130:23.
Plaintiff 1:7,
  2:5, 13:17,
  57:6, 115:3,
  116:8.
PLAINTIFFS
  1:23,
  116:17.
plan 151:20.
plane 9:23.
planning 34:19,
  47:7.
plans 42:15.

plat- 52:15.
platform 38:16,
   38:20, 38:25,
   45:1, 51:15,
   53:1, 60:18,
   60:20, 60:21,
   61:6, 61:7,
   119:3.
Platforms 36:7,
   36:19, 38:21,
   38:23, 47:11,
   52:12,
   52:15.
plausible
   142:2.
Play 50:14,
   50:18, 50:22,
   53:3,
   156:22.
player 75:7.
players 76:21,
   87:18,
   139:10.
playlist 14:11,
   14:14.
plays 156:11.
Please 35:25,
   40:4, 40:5,
   43:16, 46:3,
   47:20, 48:23,
   49:5, 52:7,
   52:8, 54:3,
   61:24, 62:12,
   63:5, 65:8,
   67:19,
   110:9.
plentiful
   102:16,
   142:23.
plenty 133:22,
   133:23.
point 27:2,
   28:7, 69:18,
   80:13, 81:13,
   87:5, 95:17,
   98:10, 106:7,
   107:3,
   107:13,
   107:18,
   112:3,

113:17,
113:21,
113:23,
114:21,
120:18,
123:14,
130:20,
145:23,
148:15,
153:2,
154:6.
points 26:10,
   26:14, 91:21,
   101:22,
   104:12,
   124:22.
popping
   89:15.
popular 20:3.
portion 51:9,
   52:8, 52:25,
   53:10,
   146:16.
portions
   47:17.
ports 78:1.
position 25:22,
   59:12, 63:1,
   74:22, 91:11,
   92:7,
   104:9.
positions
   89:18, 89:21,
   91:14.
positively
   108:24.
possibility
   57:14, 59:16,
   153:15,
   153:16.
possible 9:9,
   9:18, 31:10,
   39:20, 56:7,
   71:7, 74:1,
   108:25,
   109:11,
   115:15,
   118:1, 122:2,
   140:23.
possibly 79:23,

93:10.
potential 59:7,
   108:24,
   120:4,
   125:13.
Potentially
   41:15, 41:18,
   41:22, 93:13,
   120:16,
   125:2,
   125:15,
   128:21,
   128:24,
   130:22,
   133:11,
   146:18.
power 5:20,
   10:12, 14:21,
   15:5, 22:14,
   22:21, 24:25,
   34:12, 68:12,
   108:13,
   133:15,
   134:10,
   142:7, 142:9,
   142:17.
powering
   21:18.
powers 34:14.
practical
   95:4.
practically
   20:6.
practice 81:15,
   81:19,
   118:15,
   119:6, 121:3,
   124:2,
   124:25.
practices
   135:18.
pre-eminent
   127:14.
precise
   148:20.
predecessor
   52:16.
predictions
   141:23,
   142:1.

predominant
   55:17.
prefer 37:9,
   119:19.
preinstallation
   116:12.
preliminaries
   62:21.
preload 35:4.
preloaded
   12:15, 12:17,
   12:22, 12:24,
   13:4, 28:25,
   35:12.
preloading
   13:8,
   13:10.
premium
   19:24.
prepared 47:9,
   47:10, 47:16,
   62:14.
preparing
   132:13.
presence 17:4,
   55:19.
present 17:13,
   26:17,
   106:11,
   151:19.
presentation
   36:6, 41:2,
   53:25, 62:15,
   91:8.
presented
   36:14, 36:23,
   39:23, 55:1,
   55:4, 55:5,
   55:6, 111:3,
   111:4,
   111:23.
presenters
   36:12.
presents
   41:2.
president
   36:18.
press 21:11,
   22:5, 25:2,
   25:9, 25:13,

25:24, 26:1,
26:11, 27:20,
80:18.
pressing
115:10.
Presumably
27:14, 58:12,
86:19.
pretraining
82:21.
pretty 9:16,
10:4, 10:10,
10:24, 11:14,
13:2, 20:15,
96:8, 108:22,
109:1,
110:5.
prevalent
81:5.
prevents
17:22.
previewed
40:21.
previous 16:25,
17:1, 87:20,
89:17,
94:13.
previously
7:14, 7:18,
10:7, 34:23,
93:3, 137:14,
137:23.
price 86:24,
121:22,
121:23,
122:7,
122:15,
123:22.
pricing
123:7.
primarily
100:6,
135:14,
136:11.
principally
136:12.
Prior 24:14,
74:2,
104:23.
privacy 9:4,

9:6, 9:7,
9:19.
private 9:13,
83:10, 87:3,
88:21.
privately
72:4.
probably 24:2,
74:21, 83:24,
150:11.
problem 19:24,
38:9, 38:11,
38:15, 39:6,
39:18, 39:21,
69:23, 130:7,
130:16,
151:18.
Problems 9:3,
11:2, 37:21,
37:25, 38:4,
123:4.
proceed 29:23,
157:10.
Proceedings
1:16, 3:49,
158:18,
158:22.
process 10:12,
70:10,
72:11.
processes
128:14.
processing
8:14, 14:19,
14:23,
14:24.
processor
5:19.
procompetitive
122:1, 122:4,
122:11,
122:13.
produce 69:5,
71:1, 71:2,
72:2, 72:12,
75:21, 93:18,
103:17.
produced 3:49,
91:9,
143:17.

producing
70:10, 70:11,
71:10, 75:2,
129:25.
product 42:4,
44:17, 44:22,
44:24, 44:25,
45:1, 45:2,
47:12, 52:16,
68:23, 69:5,
70:12, 70:13,
92:9, 99:6,
101:18,
103:17,
104:2,
118:10,
118:24,
121:24,
121:25,
127:17.
production
71:15, 71:17,
72:11, 75:16,
80:19.
productive
109:25.
productivity
64:6.
proficient
11:19.
Profit 45:17,
52:12.
profound
109:21.
progress 75:5,
79:15,
113:9.
Project 32:2,
32:5, 32:9,
42:10, 42:15,
42:17, 43:13,
44:20,
53:12.
prominently
29:6.
promote
123:13.
promoted
101:18.
prompt 40:14,

114:7.
prompts
114:13.
pronunciation
42:12.
proof 125:11,
152:17.
properties
69:10,
100:7.
property
79:1.
proposal
57:23.
proposed 40:14,
57:6, 68:3,
115:3, 116:9,
116:17,
117:14,
117:23,
118:4,
124:10.
proposition
29:3.
proprietary
12:5, 72:4,
150:7.
Protection
2:19, 2:29,
79:1.
provide 8:7,
18:5, 34:18,
68:7, 71:3,
74:13, 75:20,
98:16, 121:1,
122:9,
124:11,
125:9.
provided 34:3,
53:5, 77:6,
114:12.
provider 27:6,
74:21.
providers
15:18, 18:9,
21:4, 21:18,
27:9, 27:15,
74:16, 75:22,
75:24, 77:10,
79:20, 98:14,

Cross-examination - Hitt

98:16, 105:2,
123:19,
124:5.
provides 8:3,
18:15,
27:8.
providing
27:17,
109:17,
122:10,
139:16.
Prudential
3:17.
public 76:8,
78:23, 95:20,
96:22,
136:14,
136:17,
146:16.
publicly 21:19,
24:1, 78:9,
78:12,
136:11.
published
64:22, 135:6,
135:8.
pull 32:13,
46:3.
pulled
136:10.
purchase
74:14.
pure 153:3,
153:16.
purely 8:19.
purpose 69:8,
69:14, 74:7,
107:17,
107:22,
108:16,
108:21,
108:23,
109:1, 109:6,
109:23,
110:11,
110:16,
113:25,
129:10,
130:17,
130:21,

130:24,
149:10,
155:21,
157:10.
purposes 78:8,
79:4, 85:15,
139:4,
149:24.
pursue 114:13,
117:22,
120:2.
pursued 106:4,
119:15,
121:2.
pursuing
118:19,
120:25.
push 16:3,
131:16.
pushes 79:15,
114:12.
put 13:15,
17:6, 22:9,
34:4, 34:9,
36:2, 59:11,
72:11, 81:18,
86:4, 97:24,
108:13,
123:5,
137:25,
153:9,
153:13,
153:19,
155:9,
157:15,
157:18.
puts 113:24.
putting 59:6,
104:11,
104:19,
144:25,
153:19.
PXR 36:1,
43:16, 46:4,
48:24.
.
.
< Q >.
Qualcom
15:18.

qualifications
62:19.
qualified
61:21, 66:20,
66:24,
67:5.
quality 90:1,
93:25,
121:24,
123:23.
quality-oriente
d 122:8.
quantities
145:2.
quantity 144:8,
144:10,
145:6.
queries 84:8,
85:19, 86:19,
100:4,
100:14,
112:2, 113:1,
115:15,
117:5,
149:11.
query 19:7,
85:24, 86:23,
100:15,
115:21.
questioning
23:13,
24:4.
questions 30:4,
37:14, 42:14,
55:8, 57:3,
59:1, 59:20,
60:17, 61:9,
85:22, 90:19,
90:20,
112:13,
114:4,
114:17,
131:7, 132:6,
133:20,
137:7,
139:8.
quick 15:5,
30:4, 96:18,
139:19.
quickly 10:16,

14:21, 69:11,
74:11,
78:4.
quite 41:3,
88:9, 100:20,
101:13,
104:4,
104:17,
123:9.
quoted
144:22.
.
.
< R >.
R. 2:8, 2:10.
radically
97:19.
raise 61:24,
102:7,
102:11.
raised 60:4,
102:12,
102:13,
153:18.
Ralph 2:21.
RAM 19:14,
19:17, 19:18,
19:20, 20:5,
20:8.
ranked 91:14.
rapid 108:5,
108:7,
142:23.
rapidly 100:1,
100:10,
101:11,
105:9, 108:6,
141:11.
rate 79:15,
80:25, 86:25,
87:4, 89:4,
89:13,
125:16,
127:18,
131:14.
Razr 7:13,
7:14, 12:9,
21:12, 22:12,
22:18, 24:11,
24:13, 24:24,

Cross-examination - Hitt

25:20,
60:11.
RDXD 22:8,
    29:14, 29:18,
    32:14.
RDXD-32
    67:16.
reach 92:5,
    99:11,
    103:16,
    121:19,
    122:23,
    122:25,
    123:10,
    130:10,
    133:1.
reached 68:8,
    106:20,
    133:7,
    134:17.
reaching
    104:17,
    116:19,
    123:7,
    123:10,
    124:5,
    133:16.
read 39:2,
    44:3, 44:4,
    44:7, 57:5,
    57:8, 57:9,
    94:20, 96:9,
    105:9.
readable 78:14,
    78:23.
readily
    87:21.
reading
    96:23.
reads 38:11,
    40:7, 49:24,
    54:6,
    54:17.
ready 67:13,
    131:9,
    158:1.
real 139:19.
real-time
    86:25.
realized

41:5.
realizing
    75:1.
really 6:2,
    9:17, 9:21,
    10:4, 10:7,
    10:22, 11:1,
    15:25, 23:9,
    38:19, 38:20,
    74:20, 86:10,
    91:16, 95:18,
    98:22,
    120:23,
    122:17,
    133:25,
    135:24,
    141:23.
reason 23:21,
    36:16, 50:23,
    50:25, 51:19,
    53:18, 55:16,
    58:24.
reasonable
    86:6, 86:22,
    147:12.
reasonably
    97:9.
reasoning
    90:19.
reasoning-based
    90:18.
reasons 29:10,
    43:5, 60:18,
    73:24,
    86:13.
rebut 152:20.
rebuttal 89:6,
    151:20,
    152:10,
    152:15,
    152:17,
    153:3, 153:6,
    153:7,
    153:17,
    154:19,
    155:1,
    155:25,
    156:3.
rebutted
    153:10.

recall 13:2,
    30:17, 31:3,
    31:22, 32:15,
    33:11, 42:2,
    58:17, 143:9,
    151:22.
receive
    32:22.
received.
    29:19.
receives 40:14,
    114:4.
receiving
    102:22.
recent 74:23,
    91:10, 92:24,
    93:7, 93:8,
    94:7,
    104:6.
recently 65:6,
    80:18, 88:10,
    100:25.
recess 67:11.
recognize 6:10,
    67:2, 103:1,
    105:3,
    141:8.
recognized
    122:1,
    127:22.
recognizing
    79:22.
recommending
    101:2.
record 24:3,
    67:15,
    147:23,
    154:8,
    154:10,
    158:22.
record.
    150:17.
recorded
    3:49.
red 27:21,
    49:3, 50:13,
    50:17, 51:6,
    51:9, 51:14,
    52:6, 52:19,
    54:4, 54:6,

54:16, 54:17,
    54:21.
red-boxed
    59:23,
    113:19.
redacted
    49:2.
REDIRECT 59:3,
    59:4.
redress
    153:23.
reduce 81:21,
    125:13,
    129:8,
    131:3.
reduced
    130:20.
reduces 125:12,
    131:3.
refer 83:6,
    150:3.
reference
    21:16, 22:16,
    25:8.
referenced
    21:20,
    144:18,
    146:8.
referencing
    50:20.
referred 37:25,
    90:22.
referring 8:12,
    40:1, 40:3.
refers 43:15,
    49:22.
reflect
    53:19.
reformulating
    19:7.
refresh 34:22,
    39:3.
regard 76:6,
    94:22, 99:10,
    110:14,
    113:20,
    116:17,
    120:9,
    120:10,
    121:10,

Cross-examination - Hitt

121:15,
127:4,
138:25,
139:9,
139:10,
147:16.
Regarding
83:13, 85:18,
116:10,
118:8.
Regardless
76:2.
regular
48:17.
regularity
141:13.
relate 44:14.
related 82:3,
93:24,
121:22,
121:24,
122:6,
132:19,
133:15,
134:13,
135:6,
148:22,
154:11,
154:12,
157:16,
157:17.
relationship
69:16, 126:3,
126:25.
relationships
126:20,
126:22,
127:9,
128:9.
relative 75:11,
90:1.
relatively
74:11, 75:7,
93:7, 98:20,
112:1,
135:10.
release 22:5,
23:6, 25:9,
25:13, 26:11,
91:24.

released 8:20,
88:3.
relevant 83:15,
87:10,
120:15,
120:17,
122:5,
122:16,
137:15,
137:19,
138:24,
139:10,
139:24.
reliability
86:15.
reliant
125:7.
relied
136:17.
Relief 57:23,
58:4.
relies 136:4.
rely 136:13,
139:14,
145:17.
remain 61:24.
Remedies 1:16,
57:22, 68:2,
69:20, 69:21,
69:23, 69:24,
115:3, 116:3,
116:9,
117:23,
121:17,
124:10,
128:18,
129:18,
130:25,
132:24,
153:6,
154:9.
remedy 116:17,
118:4,
118:13,
152:11,
153:19,
153:20,
154:15.
remember 46:23,
57:25, 58:6,

58:18,
140:22,
157:22.
remind 28:15.
reminder
103:12.
remove 81:16.
removing
129:14.
renting
77:15.
repeat 33:16,
44:18, 78:2,
86:1.
repeated
60:10.
repetitive
154:23,
155:24.
replace
79:23.
report 36:24,
68:9, 89:6,
120:24,
132:6,
132:13,
134:7, 136:3,
136:10,
140:2, 148:9,
148:12,
150:9,
152:11,
152:14,
153:4, 153:6,
153:20,
154:7,
154:23,
155:1,
155:18,
156:4.
Reported
3:41.
Reporter 3:42,
87:12,
103:12,
131:17,
131:19,
158:26.
reports 89:19,
94:20,

136:17,
136:22,
142:19,
152:22,
153:8,
154:11.
repositories
80:1.
repository
80:20,
148:10,
148:14,
148:22.
represent
16:15, 57:2,
152:2.
representing
54:23.
represents
35:3, 49:20,
52:23,
78:20.
req- 85:22.
request 8:10,
14:10, 41:9,
41:10, 41:12,
41:14, 57:10,
58:20,
151:11,
151:12,
156:10.
request.
40:9.
requests
14:8.
require 34:12,
84:8, 87:7,
143:2.
required
45:13.
requirement
124:11.
requirements
128:3.
resale 75:14.
research 63:22,
64:9, 64:12,
64:15, 64:22,
65:5, 65:7,
110:24,

Cross-examination - Hitt

111:6,
141:1.
reserve
158:6.
reserving
158:5.
resource 45:13,
72:10.
respect 18:5,
72:16, 73:20,
77:24, 82:4,
83:4, 95:22,
105:4,
113:22,
116:9,
118:10,
118:12,
124:17,
126:13,
139:23,
140:9, 148:6,
155:21.
respond 5:12,
7:19, 41:10,
41:14, 58:21,
111:21,
151:23,
155:19,
155:23.
responding
137:17.
responds
114:5.
response 86:11,
111:22,
128:2,
151:22.
responses 83:9,
84:8.
responsibility
47:18.
responsible
42:4, 44:21,
45:4.
responsive
153:8.
rest 41:2,
62:22,
131:11.
restate

133:2.
restrict 76:4,
117:2,
143:10.
restriction
120:19.
restrictions
116:10,
118:8,
120:8.
result 16:13,
131:2.
resulting
72:23.
results 9:25,
41:22.
resume 67:7,
67:8.
retrieval
84:20.
retrieval-augme
nted 41:19.
return
127:18.
reveal 49:4.
revealing
49:16,
52:22.
Revenue 47:5,
49:22, 49:25,
50:9, 50:11,
50:17, 50:18,
50:21, 51:10,
51:12, 54:24,
79:23, 79:24,
80:8.
revenue.
54:18.
revenues 54:22,
59:21, 59:24,
59:25.
review 45:6,
57:5.
reviewed
132:12.
reviewing
142:18.
revised 57:6,
116:8.
revolution

108:12.
Rick 36:15,
43:24.
right-hand
37:4, 40:5,
52:8, 73:9,
99:15, 99:18,
123:17.
ripples
129:9.
role 24:21,
78:1.
Room 1:33,
156:20.
Ropes 3:16.
rough 65:8.
roughly
138:22.
round 105:18,
148:5.
route 84:24.
routes 40:8.
routine
81:19.
RPR 3:41,
158:20.
ruled 117:25.
ruling 155:5.
run 5:20, 6:2,
6:9, 8:8,
8:9, 8:25,
10:8, 10:10,
10:15, 10:22,
11:17, 14:17,
17:19, 18:19,
18:21, 21:25,
22:4, 43:1,
92:25, 146:7,
146:14,
147:18,
149:15,
151:17.
runaway 96:9.
running 9:10,
12:3, 12:8,
14:8, 17:2,
17:5, 17:11,
17:17,
43:2.
runs 8:13,

11:4, 11:12,
147:10.
Ryan 2:9,
29:22.
.
.
< S >.
S. 1:31, 1:37,
59:24.
S25 60:11.
Safe 61:14.
safely
113:11.
safety 53:6.
Safty 3:7.
sale 30:13.
Salesforce
126:22.
SALLET 2:17,
56:24, 57:1,
57:2, 59:1,
59:2, 59:9,
156:10,
156:14.
Samsung 7:3,
7:17, 12:1,
15:19, 15:20,
17:9, 20:10,
20:16, 28:21,
106:10,
106:13,
106:14.
San 1:34.
Sara 2:7.
Sarah 1:36.
saw 103:14,
103:23,
128:3.
saying 14:1,
58:25, 59:18,
108:20.
says 9:18,
51:11, 51:17,
54:12, 73:2,
90:25, 93:12,
102:16.
Scale 43:14,
43:15, 44:11,
80:21,
100:11,

Cross-examination - Hitt

148:16.
scale-back
  156:19.
scaling
  156:21.
scam 9:9.
scan 80:4.
Schmidtlein
  3:6.
Schmidtlien
  13:16, 16:22,
  16:23, 22:9,
  22:10, 25:15,
  25:16, 26:12,
  28:11, 59:3,
  61:16, 87:14,
  87:16,
  151:11,
  153:2,
  153:17,
  156:11.
Scholar
  65:10.
Scholarly
  78:19.
School 63:4,
  63:6, 65:20,
  135:22.
schoolwide
  66:16.
Schwartz
  2:33.
science 10:13,
  10:14, 10:24,
  20:15,
  109:14,
  144:1,
  144:3.
sciences
  109:14.
scientific
  90:19,
  141:1.
scientist
  143:24,
  144:2.
scientists
  127:14.
scored 90:7.
scores 83:11.

scoring 91:2.
screen 26:15,
  26:18, 27:17,
  36:3, 37:8,
  49:4, 54:17,
  113:19.
screenshots
  60:10.
SDK 13:25.
se 23:20.
se. 19:11,
  19:12.
search-related
  145:14,
  145:21.
search. 27:2.
searched
  146:17.
searches
  100:14.
seat 5:4.
seated 62:5.
Second 30:5,
  31:25, 37:11,
  46:1, 51:14,
  54:1, 68:1,
  68:19, 69:16,
  78:24, 91:13,
  97:9, 98:6,
  102:23,
  115:9,
  115:17,
  118:6,
  119:22,
  123:14,
  124:1,
  130:20.
Section 2:19,
  37:2, 37:11,
  37:15, 37:16,
  40:6, 57:22,
  58:1, 116:9,
  120:8,
  124:11,
  148:5,
  150:11.
sections
  118:7.
seeing 23:23,
  79:21,

100:23,
  112:14.
seek 85:22.
seeking
  125:8.
seem 101:12,
  102:20,
  105:24,
  113:1, 124:6,
  128:6, 130:6,
  130:16,
  148:13.
seems 9:16,
  24:3, 50:21,
  54:23, 84:9,
  94:15,
  100:24,
  101:25,
  102:8,
  102:15,
  102:18,
  110:3,
  112:22,
  119:11,
  121:3, 121:4,
  141:12.
seen 30:9,
  30:10, 48:19,
  67:18, 79:17,
  80:4, 106:21,
  108:18,
  113:7, 117:4,
  151:14.
sees 98:7.
segment
  76:15.
segments
  63:17.
select 16:11,
  109:17.
selection
  17:7.
self-interested
  56:3.
self-preferenci
  ng 118:9,
  120:14.
sell 77:4,
  121:20.
semiconductor

63:10.
senior 36:18,
  36:24.
sense 43:5,
  72:5, 74:24,
  75:6, 75:8,
  79:13, 87:25,
  95:17, 96:5,
  104:18,
  110:25,
  112:17,
  112:23,
  119:23,
  133:18,
  134:11,
  141:12,
  142:8,
  144:10,
  150:11.
sentence 51:6,
  51:14, 58:2,
  58:6,
  58:14.
sentences
  44:6.
separate
  75:8.
serious
  122:17.
seriously
  102:10,
  135:22,
  135:23.
serve 40:9,
  41:8,
  77:13.
served 134:23,
  143:19,
  143:22.
server 8:8,
  10:8, 10:11,
  40:8.
service 31:21,
  31:24,
  109:17.
services 8:8,
  13:24, 22:20,
  29:12, 49:23,
  53:3, 53:4,
  55:15, 56:8,

Cross-examination - Hitt

56:9, 56:21,
59:15, 61:1,
61:2, 71:4,
74:14, 75:20,
75:23, 76:3,
76:13, 76:16,
121:2.
Session 1:13.
set 8:3, 14:7,
16:11, 16:12,
16:13, 18:9,
27:10, 27:12,
31:24, 33:1,
41:24, 44:8,
45:18, 81:1,
81:6, 81:9,
86:9, 86:12,
86:14, 86:16,
99:18, 105:4,
114:13,
133:24,
140:24,
142:21,
153:7.
sets 81:21,
135:19.
settle
157:21.
settled
103:3.
seven 58:21,
59:8, 128:4,
137:12.
several 9:2,
26:14, 63:11,
63:17, 91:22,
138:3.
Severt 2:6.
shaded
123:20.
share 30:21,
30:22, 30:25,
75:12, 76:12,
157:19,
158:2.
shared 21:19.
sharing 9:11,
154:12.
Sheets 120:1.
shifted

113:10.
shifting 66:10,
89:21.
shipping
21:8.
shock 96:20.
short 65:17,
151:21,
155:10,
155:20.
shortage
109:24.
shorthand
3:49.
shortly 66:3,
67:10.
shots 153:11.
show 80:23,
108:17.
showed 47:15,
60:3, 66:3,
92:21,
125:4.
shown 85:2.
shows 99:17,
108:3.
Shrinking
129:6.
side 13:22,
25:2, 25:22,
26:8, 26:15,
40:5, 70:25,
73:9, 99:18,
123:17.
sides 152:21.
sign 104:5,
105:11,
105:21.
signal 5:19.
significant
10:4, 82:14,
101:16,
101:21,
103:23,
122:4, 129:2,
138:19,
140:11,
148:16.
significantly
76:18,

107:12,
126:5.
Similar 7:8,
64:13, 95:22,
157:24.
Similarly
75:18,
105:18,
117:8,
130:8.
simplest
40:24.
Simply 40:25,
73:2, 88:20,
103:21,
104:19,
127:18,
144:11.
singing
114:6.
single 56:5.
sir 156:6.
sit 19:2,
35:13.
site 86:24.
sits 19:1.
sitting
141:14.
situation
95:11, 123:5,
149:15.
situations
123:21.
six 58:21,
59:8, 92:4,
92:19, 101:8,
128:5.
six-month
101:15.
size 20:6.
sizes 127:20.
SLI 15:20.
slides 22:8,
67:17, 96:1,
99:15,
103:14,
136:10,
138:3.
slightly 99:18,
153:18,

155:24.
slow 9:21,
83:19, 87:13,
130:22,
131:16,
131:25.
slowly 15:8.
small 18:18,
75:12, 112:1,
112:4,
114:18,
114:20,
114:24,
125:3, 126:7,
128:9,
130:19.
small-scale
135:23.
smaller 76:18,
76:21, 77:12,
88:12, 125:7,
127:25.
smart 10:10,
21:14, 21:15,
40:18.
smarter
97:11.
smartphone
11:21.
Smartphones
49:21, 49:23,
49:25, 50:9,
54:22.
sniff 140:4,
140:7.
so-called
118:9.
social
100:22.
society
108:24.
software 8:1,
12:12, 12:17,
14:1, 19:13,
19:21, 26:16,
26:17, 28:25,
29:8, 77:7.
sold 30:22,
31:1.
solution 38:11,

38:22, 39:20,
40:15, 41:3,
56:5.
solve 9:4,
11:2, 38:15,
39:18.
Solving
37:21.
somebody 9:9,
16:8, 74:15,
83:12,
109:25,
113:25,
121:23,
153:21.
somehow 60:4.
someone 9:14.
sometime
89:6.
Sometimes 16:2,
16:3, 38:22,
86:8, 86:10,
91:6, 91:7,
91:24,
100:18,
135:24.
somewhat
112:22.
somewhere
8:8.
soon 30:13.
sophisticated
129:8.
Sorry 12:10,
17:25, 19:4,
33:16, 34:21,
38:25, 44:18,
52:22, 70:17,
76:12, 79:19,
80:14, 83:17,
95:16, 96:16,
115:5,
115:14,
120:11,
125:17.
sorts 109:19.
source 83:25,
97:7, 117:18,
141:4.
sources 78:15,

79:7, 81:11,
83:14, 95:20,
136:11,
136:14,
146:21,
146:22,
147:25,
148:2.
South 1:26.
spaces 77:1,
93:17.
spam 81:16,
144:19.
span 65:21,
128:5.
spans 135:16.
spare 41:6.
speaking 20:7,
38:5,
147:8.
speaks 58:14.
special 5:18,
18:5, 18:13,
18:16.
specialization
63:20.
specialize
77:15,
80:18.
specialized
78:15, 88:12,
97:25.
specific 14:18,
14:25, 47:18,
69:10, 69:16,
73:8, 81:4,
83:25,
110:21,
110:22,
132:18,
132:22,
139:14,
146:14,
146:20,
148:4, 149:5,
150:2.
specifically
65:1, 73:4,
82:7, 82:17,
82:24, 85:17,

132:20,
134:3, 135:9,
146:10,
146:22,
147:14,
148:1,
148:25,
150:3,
150:4.
specifics
49:16.
speed 42:20,
42:22.
spend 122:24,
123:6,
156:24,
156:25.
spirit 96:3,
98:23,
105:20,
121:5.
sports 83:11.
spot 88:24.
Spotify 13:23,
14:3.
SQR 154:11.
Square 2:12.
squeezing
152:4.
stability
141:11.
stable 141:8.
Stack 78:16.
stage 110:5,
125:7,
125:11,
128:13.
stake 125:25.
stand 14:22.
stand-alone
68:20.
standard
121:19.
standing
61:24.
stands 52:12,
99:21.
start 46:9,
54:5, 70:4,
88:4, 117:1,

124:5, 132:8,
138:4,
147:11,
150:15,
151:17,
156:17.
started 56:1,
65:1, 65:4,
65:16, 66:3,
151:19,
157:8.
Starting 65:4,
151:17.
startup 75:2.
State 2:6,
2:34, 5:20,
57:2, 62:12,
67:24,
143:4.
statement
45:17,
53:16.
statements
23:14,
23:15.
States 1:1,
1:5, 1:18,
1:24,
29:23.
statistics
103:14,
136:6,
139:16.
status
116:13.
Stayed 63:8.
steam 108:1,
108:10.
steel 141:15.
Stenographer
70:16,
78:3.
stenographic
158:21.
step 14:25.
steps 59:16.
stint 65:17.
stop 131:22.
stops 12:20,
35:8,

Cross-examination - Hitt

35:11.
Storage 19:13,
  19:16, 19:19,
  19:25.
store 33:8,
  53:3, 101:23,
  103:22,
  117:10.
story 79:22,
  148:12.
strained
  131:19.
strategic
  55:13, 55:20,
  55:22, 55:25,
  56:12, 56:15,
  56:19, 60:18,
  127:11,
  127:17.
strategy 37:11,
  45:10, 45:14,
  48:11, 63:25,
  65:24, 65:25,
  70:20,
  127:21.
stream 79:23,
  80:8.
streams
  79:24.
Street 1:26,
  1:39, 1:44,
  2:13, 2:37,
  3:18.
strictly
  122:11.
striving
  94:8.
struck 7:10,
  104:24.
Structural
  57:23,
  58:4.
structure
  70:24.
structured
  157:23.
student
  66:13.
students 65:22,
  66:6.

studied
  129:23.
studies
  135:22.
studying
  132:23.
stuff 81:17,
  109:18.
subgroup
  63:18.
subject 30:5.
submit 153:4,
  154:7,
  154:22.
submitted
  152:14,
  152:22,
  153:6.
subset
  144:24.
subsidiary
  15:20.
substantial
  102:12.
substitutabilit
  y 140:19.
substitutable
  98:3.
substitute
  140:14.
substituted
  112:24.
substitutes
  97:17.
substitution
  140:13,
  140:16,
  141:6.
subsumed
  113:7.
success 100:8,
  100:11.
success-
  84:9.
successful
  84:6, 84:7,
  84:12, 99:22,
  103:6, 103:8,
  104:2,
  104:16,

104:17,
  106:1, 110:5,
  110:6, 127:1,
  129:25.
successfully
  130:3.
sudden
  100:17.
suffered
  79:25.
sufficient
  73:23.
suggest 45:8,
  124:4,
  147:24,
  149:8.
suggested
  82:19,
  100:25,
  114:13.
suggestions
  115:17.
suggestive
  113:6.
suggests 40:13,
  79:17,
  103:23,
  104:14,
  107:10,
  122:17,
  142:14,
  150:6.
suitable
  111:17.
Suite 1:27,
  1:45, 2:14,
  2:24,
  118:16.
suited
  111:18.
Sullivan 32:13,
  36:2, 40:4,
  46:3, 52:7,
  54:2.
summaries
  152:1.
summarize 9:22,
  129:24.
summarizing
  25:12.

summary 68:8,
  155:1,
  155:3.
super 11:19,
  114:9,
  114:12.
supplementing
  83:6.
supply 74:23,
  112:12,
  142:24.
support 6:20,
  6:22, 6:23,
  53:9,
  153:20.
supported
  154:9.
supporting
  71:4.
surprised
  76:21.
surprisingly
  111:12.
suspect
  90:11.
suspicious
  9:16.
swap 20:9.
swipe 26:23.
swiping
  26:22.
switch 5:7,
  7:6, 61:1,
  61:2.
Switching
  20:23.
sworn 62:2.
system 5:22,
  6:6, 6:7,
  10:3, 18:13,
  19:12, 19:17,
  33:1, 43:3,
  43:6, 53:9,
  55:18, 59:7,
  59:15,
  60:23.
systematically
  95:12,
  116:22.
systems 38:6,

Cross-examination - Hitt

60:25,
63:12.
.
.
< T >.
T. 2:6, 2:9,
  3:41,
  158:25.
tab 36:1.
tables 89:18.
tabulating
  90:16.
takeaways
  94:3.
talent 71:23,
  72:16, 72:17,
  72:19, 72:21,
  72:23, 73:10,
  73:13, 73:15,
  127:12,
  138:7,
  138:16,
  138:25,
  143:12.
talked 9:4,
  20:18, 30:15,
  31:20, 33:11,
  35:18, 42:1,
  42:7, 53:2,
  67:18, 86:17,
  87:16, 89:24,
  90:23, 94:3,
  95:18, 95:19,
  104:22,
  109:9,
  116:19,
  120:13,
  120:16,
  126:11,
  138:3,
  139:19,
  144:14,
  151:11.
talks 58:15,
  131:15.
tap 19:20,
  26:20, 27:3,
  151:2.
task 9:24,
  11:14,

110:22,
110:23,
133:22.
tasks 25:11,
  142:9.
taught 65:14,
  65:25,
  66:2.
teach 63:24,
  64:13, 65:19,
  65:20, 65:21,
  65:23, 66:5,
  66:7.
teaching 63:20,
  63:22, 65:17,
  66:12,
  66:14.
team 10:7,
  11:17, 22:23,
  28:20, 28:23,
  44:23, 45:1,
  45:2, 45:3,
  45:17, 53:23,
  73:12.
teams 53:5.
Tech 75:3,
  88:6, 105:2,
  118:15,
  118:19,
  124:21.
technical 41:4,
  90:5, 95:2,
  136:5, 136:6,
  143:22.
technically
  12:18, 12:20,
  35:8, 35:11,
  39:22,
  41:5.
technological
  79:15, 94:13,
  142:12.
technologically
  124:20,
  129:7.
technologies
  69:2, 69:14,
  108:1, 111:3,
  111:8, 113:8,
  129:11,

130:11,
130:21,
130:24,
132:19,
134:21.
teenagers
  80:25.
Telekom
  126:18.
ten 92:5.
tend 71:13,
  77:18, 79:8,
  79:11, 81:12,
  91:11, 92:8,
  106:15,
  145:3.
tendency
  132:1.
Tennessee
  2:28.
Tensor 14:23,
  15:19.
term 5:11,
  81:4.
test 90:10,
  140:7.
testified 15:9,
  62:3, 134:24,
  152:24,
  154:20.
testifying
  151:7.
Testimony
  13:18, 13:19,
  16:16, 16:20,
  28:12, 30:17,
  30:18, 31:4,
  31:21, 32:21,
  56:10, 56:11,
  56:13, 60:19,
  61:12, 67:10,
  82:9, 83:2,
  93:24, 94:19,
  94:21,
  105:10,
  107:23,
  150:20,
  155:13,
  156:22.
testing

11:14.
tests 140:4.
text 40:12,
  78:22,
  133:16.
THE CLERK
  61:24,
  62:5.
themselves
  18:10, 64:20,
  75:14,
  75:22.
theoretical
  41:3, 136:25,
  137:4,
  137:5.
theory 137:1.
they'll 91:14,
  119:20.
They've 22:13,
  28:9, 73:9,
  73:10, 74:21,
  74:22, 84:7,
  101:20,
  102:10,
  105:16,
  117:23,
  117:25,
  118:3,
  127:25,
  130:11.
thinking 15:22,
  64:6, 64:17,
  65:6, 74:19,
  83:22, 86:23,
  105:5, 108:1,
  111:7,
  113:23,
  114:21,
  117:12,
  129:10.
third 38:9,
  39:18, 66:10,
  69:7, 76:9,
  78:10, 79:3,
  107:16,
  115:12,
  115:14,
  120:7,
  121:9.

Cross-examination - Hitt

third-party
  6:12, 33:14,
  33:17, 33:19,
  56:8,
  119:4.
though 27:21,
  30:11, 41:20,
  84:14,
  102:16,
  105:16,
  136:4,
  140:18,
  155:15.
thoughts 96:25,
  157:16.
Three 37:21,
  43:25, 44:5,
  71:12, 76:18,
  78:7, 81:10,
  90:17, 91:4,
  108:18,
  138:6,
  138:12.
throughout
  140:1.
throws
  131:21.
tied 93:10.
Tim 107:25.
timeliness
  122:9.
timely 153:7.
tiny 151:10.
title 37:25,
  40:1, 49:24,
  50:2.
titled 36:7,
  37:21, 39:13,
  48:1.
TN 2:31.
together 7:16,
  17:6, 47:15,
  128:18.
together.
  43:25.
tomorrow 112:9,
  122:23,
  123:1,
  150:15,
  150:18,

150:22,
151:1,
151:13,
151:17,
155:6,
156:11,
156:23,
157:5, 157:9,
158:2,
158:14.
took 24:18,
  57:14,
  63:10.
tool 82:23,
  118:25.
tools 11:14,
  42:18, 42:23,
  43:10, 43:11,
  43:14, 44:10,
  64:24, 84:23,
  104:12,
  109:21,
  118:23.
top 6:2, 7:22,
  15:17, 26:1,
  26:3, 45:18,
  49:17, 54:4,
  54:16, 59:14,
  88:24, 91:7,
  91:8, 91:12,
  91:14, 91:25,
  92:5, 94:6,
  94:10, 99:25,
  111:7,
  111:13,
  113:18.
topic 31:4,
  44:13, 92:17,
  146:3.
topics 5:7,
  20:23,
  154:18.
total 49:20,
  101:12,
  102:1.
totally
  77:11.
touch 26:4,
  80:15,
  116:3.

touched 107:22,
  127:5.
tougher
  145:4.
toward 80:5.
Tower 3:17.
town 151:15.
TPU 14:16,
  14:19, 14:22,
  14:23, 15:6,
  15:16, 16:7,
  16:14,
  18:14.
TPU/NPU 15:15,
  16:18.
Tpus 15:11.
tracked
  92:21.
trading
  122:14.
traditional
  79:20,
  104:18.
traffic 40:8,
  103:23,
  113:2.
train 71:3,
  73:22, 74:1,
  74:8, 75:25,
  78:21, 97:14,
  115:8,
  125:25,
  144:6, 144:9,
  145:13,
  145:14,
  146:13,
  147:10,
  147:14,
  147:18,
  148:17,
  149:7,
  149:10,
  149:14,
  150:7.
trained 86:7,
  96:23, 97:24,
  143:18,
  143:19.
training 75:4,
  75:21, 75:23,

75:25, 78:1,
78:17, 79:5,
80:2, 80:7,
80:19, 81:3,
81:9, 81:15,
82:7, 82:13,
82:15, 82:16,
82:17, 82:23,
86:9, 86:12,
86:14, 86:16,
102:17,
144:1,
146:22,
147:24,
148:23,
149:3,
149:21.
trajectories
  113:11.
Trajtenberg
  107:25.
Transcript
  1:16, 3:49,
  158:21.
transcription
  3:50.
translate
  106:24.
translated
  71:19.
translates
  130:13.
transparent
  123:8.
travel
  109:16.
travels
  61:14.
Travis 2:8.
tremendously
  82:16,
  111:6.
Trent 2:7.
trial 83:3,
  92:14, 93:23,
  94:19, 94:20,
  111:23.
tried 11:2,
  11:3, 32:24,
  33:5,

Cross-examination - Hitt

48:16.
trigger 5:12,
    7:11, 32:8.
trivializing
    16:5.
true 95:4,
    112:8, 112:9,
    133:4, 140:1,
    145:5,
    147:15,
    155:25.
trust 53:5.
try 39:20,
    40:16, 69:21,
    88:24, 89:17,
    91:3, 95:2,
    99:15, 101:3,
    131:15,
    131:23,
    136:13,
    144:24,
    156:20.
trying 9:3,
    9:9, 25:17,
    32:19, 39:18,
    83:8, 89:3,
    94:12,
    100:21,
    122:24,
    152:14.
Turley 103:7.
turn 35:25,
    43:16, 44:13,
    47:20, 48:23,
    51:22, 78:17,
    96:14, 102:4,
    112:11.
turned
    108:10.
Turns 11:13,
    15:7, 38:20,
    82:13, 91:7,
    100:17,
    110:22.
type 82:9.
types 70:25,
    78:7, 84:8,
    87:6, 118:22,
    119:14,
    119:24,

145:20.
typical
    114:7.
Typically 93:4,
    98:12, 105:8,
    111:8,
    126:7.

.
.
< U >.
ultimate
    86:18.
ultimately
    44:21, 45:3,
    45:22,
    155:12.
umbrella
    83:23.
unambiguously
    149:21.
undergoes
    108:5.
undergraduate
    63:7.
undergraduates
    65:22,
    65:23.
underlying
    43:2, 68:12,
    70:21, 97:4,
    107:8.
understand
    15:15, 27:20,
    40:12, 57:10,
    57:21, 62:18,
    77:25, 95:17,
    105:16,
    106:9,
    106:13,
    121:16,
    132:8,
    136:19,
    146:17,
    147:3, 147:7,
    148:22,
    149:2,
    149:20.
Understanding
    28:24, 29:7,
    58:11, 69:21,

121:18,
    127:10,
    132:11,
    136:19,
    143:4,
    145:18,
    146:9,
    146:21,
    149:4,
    150:8.
Understood
    60:24,
    132:18,
    133:8,
    133:23,
    134:4, 146:4,
    150:21,
    158:3.
unhelpful
    144:17.
unidentified
    76:23.
unique 6:8,
    70:11, 82:10,
    146:21,
    146:22,
    149:1, 149:7,
    149:8.
Unit 2:20,
    14:19, 14:23,
    14:24.
United 1:1,
    1:5, 1:18,
    1:24,
    29:23.
University
    63:3,
    66:19.
universitywide
    66:18.
Unless
    158:12.
unrelated
    118:23,
    119:1.
unstable
    142:19.
until 158:6.
Update. 36:8.
upper 63:22.

usable 141:4.
usage 103:14,
    108:8,
    112:13.
use- 30:12.
User 25:25,
    26:22, 27:5,
    27:23, 28:6,
    30:11, 31:7,
    31:15, 31:21,
    32:1, 32:17,
    71:20, 91:1,
    107:12,
    114:12,
    114:19,
    136:5,
    136:15,
    150:7.
users 28:24,
    29:4, 42:18,
    42:24, 43:10,
    43:14, 90:12,
    95:8, 99:23,
    99:25,
    101:13,
    102:1,
    103:16,
    103:18,
    103:20,
    111:2, 111:3,
    140:14.
uses 81:4,
    110:21,
    126:19,
    145:10,
    145:12,
    145:14,
    145:25,
    146:7,
    146:13,
    147:9,
    147:17,
    149:20.
using 7:15,
    15:7, 17:14,
    20:8, 20:9,
    25:11, 29:11,
    31:7, 41:22,
    64:24, 72:3,
    83:5, 93:3,

Cross-examination - Hitt

99:16,
100:16,
104:1,
109:13,
110:25,
111:19,
145:15,
149:14.
utility 82:4,
82:15,
82:22.
utilize 8:2.
utterance
5:21.
.
.
< V >.
V.B 118:7.
valuable 81:2,
82:16, 82:19,
119:22.
value 48:8,
48:10, 48:14,
49:20, 64:4,
64:6, 70:14,
70:19, 105:1,
118:18,
129:4, 131:4,
140:12.
Value. 48:2.
variety 22:13,
64:21, 69:11,
103:20,
109:22,
110:21,
119:11,
127:20,
130:9,
130:10.
various 78:11,
81:16, 89:18,
91:19, 110:4,
120:14,
124:13,
137:10,
139:15,
140:2, 140:3,
142:17.
varying
127:20.

vast 71:6.
vastly 74:23.
VC 127:18.
vehicle
153:9.
venture 88:17,
102:25.
Veronica
1:42.
versa 140:15.
version 33:3,
33:7, 33:8,
41:9, 41:10,
42:7, 113:19,
123:16.
versus 38:6,
100:16,
115:22,
149:25.
verticals
53:4.
via 22:6.
vice 36:18,
140:15.
video 78:25.
view 42:17,
51:11, 113:3,
132:15,
132:17,
132:25,
134:1,
135:14,
148:2.
viewed
136:20.
voice 9:11.
VOIR 62:10.
volunteer
49:5.
vote 66:13.
vs 1:8.
.
.
< W >.
W. 3:12.
Wait 9:15,
158:14.
wait- 124:12.
waiting
124:12.

walk 133:24,
138:2.
walks 27:12.
wanted 6:24,
13:23, 19:5,
108:14,
156:14,
157:15.
wants 62:18,
155:10.
warning 9:18.
Washington
1:12, 1:40,
1:46, 2:15,
3:13, 3:44.
watching
26:19.
water 108:15.
ways 12:15,
26:7, 35:1,
43:7, 64:19,
74:3, 78:11,
81:16, 84:15,
90:2, 97:8,
100:21,
110:4,
116:20,
119:11,
129:19,
130:10,
136:19,
140:19,
143:1.
weather 83:11,
83:25.
web 23:19,
76:16, 83:10,
84:2, 86:21,
108:16,
144:18,
145:10,
149:19.
website 68:21,
103:22,
104:19.
websites
103:24.
weeks 24:18,
92:14, 128:5,
157:22.

welcome 62:6.
Wharton 63:3,
63:21, 65:14,
65:19, 65:20,
66:17.
whatever 26:1,
26:20, 34:18,
98:15,
107:7.
Whatsapp 100:7,
100:16.
wheel 108:15.
whenever 66:5,
67:12,
108:14,
131:9,
131:17.
Whereas
83:25.
who've
101:16.
whole 39:3,
119:14.
whom 13:9,
36:24.
wide 64:20,
65:21,
109:22,
110:20,
127:20,
130:9,
130:10.
widely 78:20,
109:18,
110:3.
widespread
100:1,
135:12.
wife 60:16.
Wikipedia
78:16.
Williams
3:11.
willing
129:6.
Win 37:22,
38:1,
38:15.
wind 85:19,
92:5, 114:20,

Christine T. Asif, RPR, FCRR, Federal Official Court Reporter

Cross-examination - Hitt

114:22.
winding
    97:21.
Windows 61:7.
winds 81:14.
winner 91:19.
winning 38:5.
wins 91:2.
wireless 30:16,
    30:22,
    30:24.
within 27:6,
    37:16, 77:10,
    105:6, 114:2,
    117:22,
    118:2.
Without 9:25,
    10:16, 49:16,
    52:22, 93:19,
    104:17,
    148:3.
WITNESS 7:22,
    24:24, 26:13,
    29:15, 34:25,
    35:22, 39:2,
    56:23, 61:13,
    62:2, 62:4,
    70:17, 71:25,
    78:4, 83:18,
    96:21,
    115:20,
    134:23,
    151:14.
witnesses
    151:20,
    152:2,
    156:19,
    157:1.
won 14:11,
    66:12, 66:13,
    66:15, 66:17,
    105:15,
    105:16.
word 5:8, 5:10,
    5:11, 5:12,
    5:21, 5:23,
    5:25, 6:2,
    6:8, 6:9,
    6:10, 6:12,
    6:17, 6:25,

7:4, 7:5,
    7:11, 7:15,
    7:20, 58:7,
    96:19,
    148:8.
words 6:4,
    6:18, 6:21,
    7:2, 95:20,
    112:10.
worked 73:5,
    134:25,
    135:3, 137:9,
    137:10.
working 11:6,
    18:9, 19:17,
    42:16, 65:1,
    66:6, 123:25,
    126:21,
    135:19.
works 6:15,
    16:6, 23:7,
    27:10, 35:19,
    38:22, 59:13,
    97:20,
    111:12,
    126:14,
    126:15,
    126:17.
world 65:3,
    71:5, 74:20,
    80:17, 80:20,
    81:5, 93:1,
    111:8,
    122:20,
    123:6,
    126:15,
    127:11,
    128:7, 129:4,
    138:6,
    141:14,
    145:8,
    147:1.
worldwide
    59:24, 60:1,
    108:16.
worried
    152:4.
worth 103:1.
wrap-up 55:8.
written 136:23,

136:24,
    138:19.
wrote 43:23.
.
.
< X >.
X. 101:18.
xai 74:10,
    88:10, 98:19,
    101:17,
    119:11.
.
.
< Y >.
year 11:16,
    11:18, 14:12,
    63:8, 65:15,
    84:10,
    92:19.
years 19:8,
    48:17, 58:16,
    58:18, 58:19,
    58:22, 59:8,
    63:11, 66:1,
    66:9, 79:25,
    135:1.
yes/no 34:8,
    56:17.
yesterday
    151:12.
yield 95:5,
    114:18,
    145:3,
    148:13.
yields
    148:11.
York 2:34,
    2:39.
yourself 44:6,
    85:6, 123:5,
    135:14,
    143:16,
    143:24.
.
.
< Z >.
zoom 40:4.